UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICIA HARAN,

    Plaintiff/Counterclaim Defendant,

v.

ORANGE BUSINESS SERVICES, INC.,

    Defendant/Counterclaim Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:21-CV-10585 (VSB)

~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF SAIMA Z. SHEIKH

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Saima Z. Sheikh, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant Orange Business Services, Inc.

**SO ORDERED.**

_/s/ Vernon Broderick_
U.S.D.J.          April 22, 2022