```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
PATRICIA HARAN,                                          :
                                                         :
                            Plaintiff,                   :
                                                         :      21-CV-10585 (VSB)
              - against -                                :
                                                         :           ORDER
                                                         :
ORANGE BUSINESS SERVICES INC.,                           :
                                                         :
                            Defendant.                   :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Discovery in this case has been extended to July 13, 2023.  (Doc. 41.)  Accordingly, the post-discovery conference currently scheduled for June 9, 2023, at 4:00 p.m., is hereby adjourned to July 18, 2023, at 2:00 pm.

SO ORDERED.

Dated: June 5, 2023
       New York, New York

Vernon S. Broderick
United States District Judge