**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 7/17/2023

The post-discovery conference currently scheduled for July 18, 2023, is hereby adjourned to August 31, 2023, at 4:00 p.m.

# BakerHostetler

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Justin A. Guilfoyle
direct dial: 212-589-4607
jguilfoyle@bakerlaw.com

July 17, 2023

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Patricia Haran v. Orange Business Services, Inc.* – **1:21-cv-10585-VSB**

Dear Judge Broderick:

This Firm represents Defendant Orange Business Services NA, Inc. ("OBS") in the above-referenced matter. We write jointly with counsel for Plaintiff Patricia Haran ("Plaintiff") (OBS and Plaintiff collectively, the "Parties") pursuant to Rule 1.G. of Your Honor's Individual Rules & Practices in Civil Cases, to request an adjournment of the telephonic Post-Discovery Conference currently scheduled for July 18, 2023.

Following Magistrate Judge Willis' order granting Plaintiff's motion to compel certain discovery (Dkt. No. 41), the Parties requested a brief extension of the discovery deadline to provide time for OBS to voluntarily produce additional documents related to individuals whom Plaintiff contends are her comparators (Dkt. No. 43). Magistrate Judge Willis granted the letter motion and extended the discovery deadline to August 28, 2023 (Dkt. No. 44). Therefore, the Parties respectfully request an adjournment of the Post-Discovery Conference before Your Honor to a date and time after August 28, 2023 that is convenient for the Court.

OBS thanks the Court for Your Honor's time and attention to this matter. Should the Court require any additional information, OBS is available at Your Honor's convenience.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ Justin A. Guilfoyle
Justin A. Guilfoyle

*Attorneys for Defendant*

**FISHER TAUBENFELD LLP**

/s/ Liane Fisher
Liane Fisher

*Attorneys for Plaintiff*