```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
PATRICIA HARAN,                                          :
                                                         :
                            Plaintiff,                   :
                                                         :            21-CV-10585 (VSB)
            - against -                                  :
                                                         :              **ORDER**
ORANGE BUSINESS SERVICES INC.,                           :
                                                         :
                            Defendant.                   :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The post-discovery conference scheduled for August 31, 2023, is hereby adjourned to August 29, at 4:00 p.m.

SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge