UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PATRICIA HARAN,                                             :
:
                             Plaintiff,    :
:    21-CV-10585 (VSB)
      - against -                                        :
:    **ORDER**
ORANGE BUSINESS SERVICES INC.,                              :
:
                            Defendant.    :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In light of the discovery adjournment requested by parties, (Doc. 48), the post-discovery conference scheduled for August 29, at 4:00 p.m., is hereby adjourned to October 4, 2023, at 2:00 p.m. The parties shall submit a joint status letter updating the Court on any outstanding discovery issues by September 29, 2023.

SO ORDERED.

Dated: August 28, 2023
       New York, New York

                                           Vernon S. Broderick
                                           United States District Judge