UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA HARAN,<br><br>      Plaintiff(s),<br><br>    v.<br><br>ORANGE BUSINESS SERVICES, INC., et al.,<br><br>      Defendant(s). | 21-CV-10585 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

 A conference was held on December 1, 2023. For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall brief Defendants' anticipated motion for summary judgment as follows:

- Defendants shall file their opening brief by **January 30, 2024.**
- Plaintiff shall file its brief in opposition by **February 27, 2024**.
- Defendants shall file their reply by **March 12, 2024**.

The parties shall otherwise comply with the Court's Individual Rules regarding motions.

 SO ORDERED.

Dated: December 1, 2023
   New York, New York

                       DALE E. HO
                       United States District Judge