UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA HARAN,<br><br>                        *Plaintiff,*<br><br>-against-<br><br>ORANGE BUSINESS SERVICES INC.,<br><br>                        *Defendant.* | CASE NO.: 1:21-CV-10585-DEH-JW<br><br>**DECLARATION OF AMY J. TRAUB, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Amy J. Traub, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice in, among other courts, the courts of the State of New York and the United States District Court for the Southern District of New York. I also am a Partner in the law firm of Baker & Hostetler LLP, counsel for Defendant Orange Business Services U.S. Inc.[1] ("Defendant") in this action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. A true and accurate copy of Defendant's Policy Against Unlawful Discrimination and Harassment is annexed hereto as Exhibit A and bears Bates numbers OBS_000241-243.

3. True and accurate copies of excerpts from the deposition transcript of non-party Adam Kimmick, dated October 5, 2023 is annexed hereto as Exhibit B.

4. True and accurate copies of excerpts from the deposition transcript of non-party Eddy Youkhanna, dated October 4, 2023 is annexed hereto as Exhibit C.

---

[1] Plaintiff incorrectly sued "Orange Business Services Inc." At all relevant times, Orange Business Services U.S., Inc. was Plaintiff's employer.

5. True and accurate copies of excerpts from the deposition transcript of Plaintiff Patricia Haran, dated April 26, 2023 is annexed hereto as <u>Exhibit D</u>.

6. A true and accurate copy of Plaintiff's Acknowledgement of Defendant's Employee Handbook is annexed hereto as <u>Exhibit E</u> and bears Bates number OBS_000013.

7. A true and accurate copy of Defendant's Family and Medical Leave Act (FMLA) Policy as set forth in its Employee Handbook is annexed hereto as <u>Exhibit F</u> and bears Bates numbers OBS_000261-265.

8. A true and accurate copy of Plaintiff's Acknowledgement of Defendant's Notice of Employee Rights and Responsibilities under the Family and Medical Leave Act (FMLA) is annexed hereto as <u>Exhibit G</u> and bears Bates numbers OBS_000052-54.

9. A true and accurate copy of Plaintiff's First Half 2020 Performance Evaluation is annexed hereto as <u>Exhibit H</u> and bears Bates numbers OBS_000334-343.

10. A true and accurate copy of Plaintiff's Second Half 2020 Performance Evaluation is annexed hereto as <u>Exhibit I</u> and bears Bates numbers OBS_000344-353.

11. A true and accurate copy of Plaintiff's February 24, 2021 Termination Letter is annexed hereto as <u>Exhibit J</u> and bears Bates numbers OBS_000381-383.

12. A true and accurate copy of Plaintiff's Microsoft Teams chats with former co-worker Peter Singh on February 10, 2021 is annexed hereto as <u>Exhibit K</u> and bears Bates numbers OBS_000926-927.

13. A true and accurate copy of Plaintiff's Microsoft Teams chats with former co-worker Peter Singh on February 1, 2021 is annexed hereto as <u>Exhibit L</u> and bears Bates numbers OBS_000922-925.

14. A true and accurate copy of Plaintiff's Microsoft Teams chats with former co-worker Xavier Pichon on February 24, 2021 is annexed hereto as <u>Exhibit M</u> and bears Bates numbers OBS_000930-31.

15. True and accurate copies of excerpts from Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories is annexed hereto as <u>Exhibit N</u>.

16. A true and accurate copy of Plaintiff's Microsoft Teams chats with former supervisor Adam Kimmick Singh on October 8, 2020 is annexed hereto as <u>Exhibit O</u> and bears Bates numbers OBS_000575-576.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2024
New York, New York                    / s /   *Amy J. Traub*
                                          Amy J. Traub, Esq.

3