# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

In the Matter Between,

PATRICIA HARAN,

                              Plaintiff,

       -and-

ORANGE BUSINESS SERVICES INC.,

                             Defendants.
------------------------------------------X

           DATE: October 4, 2023
           TIME: 10:00 a.m.


    EXAMINATION BEFORE TRIAL of EDDIE YOUKHANNA, a non party witness in the above-entitled matter, held before Emily Glass, a Notary Public of the State of New York.

Eddie Youkhanna
October 04, 2023

1  A P P E A R A N C E S:

2

3  FISHER TAUBENFELD, LLP.
   Attorneys for the Plaintiff
4  225 Broadway, Suite 1700
   New York, New York 10007
5  BY: LIANE FISHER, ESQ.

6

7  BAKER HOSTETLER
   Attorneys for the Defendants
   45 Rockefeller Plaza
8  New York, New York 10111
   BY: JUSTIN A. GUILFOYLE, ESQ.

9

10                *         *         *

```
 1      A.    1992 was when I finished so it would be from
 2   1989 to 1992.
 3      Q.    Did you earn a degree?
 4      A.    Yes.
 5      Q.    What degree did you obtain?
 6      A.    AS art and science, it's not a four year
 7   bachelors, it's a three year degree.
 8      Q.    Where do you currently work?
 9      A.    At Checkpoint Software.
10      Q.    How long have you worked there?
11      A.    One year and five months.
12      Q.    What was your start date?
13      A.    June 13, 2022.
14      Q.    What is your position?
15      A.    Vice President of Sales.
16      Q.    What are your job duties?
17      A.    I run sales for the central area of North
18   America for Checkpoint.
19      Q.    Where did you work before Checkpoint?
20      A.    At Orange Business Services.
21      Q.    What were your dates of employment for
22   Orange?
23      A.    I don't recall the exact start date. I
24   finished June 13th, it would be around five years, so,
25   probably June of 2017 to June of 2022.
```

1    Q.   What were the circumstances of your ending of
2    your employment with Orange?
3    **A.   Just wanted to move to cyber security.**
4    Q.   Did you resign?
5    **A.   Yes, I did.**
6    Q.   What was your position with Orange at the time
7    that you left?
8    **A.   I was Vice President of North America Sales.**
9    Q.   What were your job duties that capacity?
10   **A.   Running sales for North America.**
11   Q.   What did that entail?
12   **A.   That entailed managing five retail managers**
13   **that managed around probably anywhere between five and**
14   **seven account managers. We ran all aspects of sales and**
15   **engineering.**
16   Q.   Was Adam Kimmick one of the retail managers
17   you managed?
18   **A.   One of the regional managers, yes.**
19   Q.   Did you say retail, five retail manageRs or
20   regional managers?
21   **A.   Regional managers.**
22   Q.   Okay. I apologize.
23   **A.   Sorry I talked over you, yes regional**
24   **managers.**
25   Q.   How long did you hold the position of VP of

1   North American sales for orange?
2       **A.   I held it for four and a half years.**
3       Q.   What was your position before that?
4       **A.   Head of IS sales which stands for Innovation**
5   **Services Sales.**
6       Q.   While working for Orange did you receive any
7   training on discrimination or retaliation in the
8   workplace?
9       **A.   Yes.**
10      Q.   When did you receive training?
11      **A.   I don't recall.**
12      Q.   Did receive training more than once?
13      **A.   Yes.**
14      Q.   When was the most recent training that you
15  received at Orange?
16      **A.   I don't recall the exact dates.**
17      Q.   Was it within the last year of your
18  employment?
19      **A.   Honestly I don't remember.**
20      Q.   What did the training entail?
21      **A.   The training entailed videos that would show**
22  **sample work case scenarios you would have to answer at**
23  **the end multiple choice questions about what is right**
24  **and what is wrong.**
25      Q.   What is your understanding of discrimination

```
 1      A.   I believe her position was account manager.
 2      Q.   What were her job duties?
 3      A.   To handle the day-to-day activities and grow
 4   accounts, revenue on accounts.
 5      Q.   Who did she report to?
 6      A.   Adam Kimmick.
 7      Q.   Did you ever have a chance to observe her
 8   performance?
 9      A.   Yes.
10      Q.   When?
11      A.   I don't know the dates. It was a dinner with
12   one of her costumers and her.
13      Q.   Who was the costumer?
14      A.   Cap Gemini (phonetic).
15      Q.   Who was present at this dinner?
16      A.   Me and her and twelve, at least maybe ten to
17   twelve employees from Cap Gemini.
18      Q.   I know you don't know a date, was this within
19   the last year of her employment or prior to that?
20      A.   Prior to that.
21      Q.   What was it that you observed about her
22   performance?
23      A.   At the dinner she was quite.
24      Q.   Anything else?
25      A.   No.
```

```
 1   Haran's daughter?
 2        A.   I do not recall.
 3        Q.   Okay. I have no further questions.
 4             EXAMINATION BY:
 5             MR. GUILFOYLE:  I have a couple.
 6        Q.   Do you remember being asked about your title
 7   when you were at or Orange?
 8        A.   During this call?
 9        Q.   Yes.
10        A.   Yes, I do.
11        Q.   Is it correct you had about 100 people
12   reporting to you in your role?
13        A.   Yes.
14        Q.   How many regional managers reported to you?
15        A.   Five or five, it varied.
16        Q.   Okay. Adam Kimmick was one of those regional
17   managers?
18        A.   Yes.
19        Q.   Ms. Haran reported to Mr. Kimmick in that
20   role?
21        A.   Yes.
22        Q.   So, would Mr. Kimmick be a source of
23   information regarding the reasons why Patty was
24   terminated?
25        A.   Yes.
```

## CHANGES AND SIGNATURE PAGE

WITNESS NAME:           EDDY YOUKHANNA
DATE OF DEPOSITION:     October 4, 2023

| PAGE / LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|
| Global | "Eddie" to "Eddy" | Transcription Error / Word |
| 12:23 | Change "quite" to "quiet" | Transcription Error / Word |
| 13:3-6 | Unintelligible Transcription | Transcription Error / General |
| 16:1 | Change "than" to "then" | Transcription Error / Word |
| 17:2 | Change "baring" to "faring" | Transcription Error / Word |
| 17:25 | Change "their" to "they're" | Transcription Error / Word |
| 21:21 | Change "review ing" to "reviewing" | Transcription Error / Word |
| 32:15 | Change "five and five" to "four and five" | Transcription Error / Word |

```
 1
 2         I hereby certify that having been first duly sworn
 3    to testify to the truth, I gave the above testimony.
 4
 5         I FURTHER CERTIFY that the foregoing transcript is
 6    a true and correct transcript of the testimony given by
 7    me at the time and place specified hereinbefore.
 8
 9
10                         EY
                  _____
11
                       Eddie Youkhanna
12
13
14
          Subscribed and sworn to before me
15
        this 16th day of
16
      _____November_____ 2023__.
17
      _____
18       NOTARY PUBLIC
19
20
21
22
23
24
25                  C E R T I F I C A T E
```

```
 1    STATE OF NEW YORK        )
 2                             :  SS.:
      COUNTY OF RICHMOND       )
 3
 4        I, EMILY GLASS, a Notary Public for and within the
 5    State of New York, do hereby certify:
 6        That the witness whose examination is hereinbefore
 7    set forth was duly sworn and that such examination is a
 8    true record of the testimony given by that witness.
 9        I further certify that I am not related to any of
10    the parties to this action by blood or by marriage and
11    that I am in no way interested in the outcome of this
12    matter.
13        IN WITNESS WHEREOF, I have hereunto set my hand
14    this 16th day of October 2023.
15
16                        [signature: Emily Glass]
17
18
19
20
21
22
23
24
25
```

|  1  |  3  | actions<br>  10:13 11:4 | 23:22 24:1,<br>  3,6,11,14 |
|---|---|---|---|
| **1**<br>  24:25 25:12<br>**100**<br>  24:8 32:11<br>**1003**<br>  4:2<br>**11:15**<br>  33:2<br>**13**<br>  7:13<br>**13th**<br>  7:24<br>**16**<br>  25:2,12<br>**19**<br>  25:2,12<br>**1989**<br>  7:2<br>**1992**<br>  7:1,2<br>**1994**<br>  6:10<br>**1995**<br>  6:10 | **3**<br>  30:13<br><br>    **6**<br><br>**60089**<br>  4:3<br><br>    **9**<br><br>**982**<br>  29:17<br>**9983**<br>  29:17<br><br>    **A**<br><br>**a.m.**<br>  33:2<br>**ability**<br>  5:3,6<br>**accommodate**<br>  4:23<br>**account**<br>  8:14 12:1<br>  15:23,24<br>  16:3,5 17:16<br>  18:1 20:11,<br>  14 27:11 | **activities**<br>  12:3<br>**activity**<br>  17:18,20,23<br>**Adam**<br>  5:24 6:2<br>  8:16 12:6<br>  13:13 15:4<br>  32:16<br>**address**<br>  4:1<br>**administered**<br>  3:11<br>**affect**<br>  5:3,6<br>**agree**<br>  3:19<br>**Agreed**<br>  3:18<br>**agreement**<br>  3:16,17<br>**ahead**<br>  17:14<br>**alright**<br>  28:19 31:10<br>**America**<br>  7:18 8:8,10<br>**American**<br>  9:1<br>**annual**<br>  27:15 28:5<br>**answer**<br>  4:13,24 6:15<br>  9:22 10:3,<br>  15,16,19<br>  13:6 16:15<br>  17:8 23:21<br>  30:18,19 | **apologize**<br>  8:22<br>**appears**<br>  25:19<br>**approve**<br>  16:16,19<br>  19:12,18<br>  22:2,4 23:25<br>  24:3,6,21<br>**approved**<br>  17:4 18:6,<br>  18,23 19:2,8<br>**approving**<br>  19:24 20:7<br>**approximate**<br>  21:3<br>**area**<br>  7:17<br>**around**<br>  7:24 8:13<br>  22:16 23:1<br>  26:19 31:18<br>**arrangement**<br>  3:15<br>**art**<br>  7:6<br>**asked**<br>  6:14 18:9<br>  32:6<br>**asking**<br>  4:5,21 27:25<br>**aspect**<br>  14:22 15:5<br>  16:21 18:9<br>**aspects**<br>  8:14<br>**attend**<br>  6:25 31:15,<br>  19 |
|  **2**  | **accounts**<br>  12:4 15:21<br>  16:7,9,13<br>**accused**<br>  6:17<br>**achieved**<br>  6:21 28:4<br>**achievement**<br>  27:15,16,21<br>  28:2,3,5<br>**acknowledge**<br>  3:8,11<br>**act**<br>  11:14 31:5 | **answers**<br>  4:21<br>**anticipated**<br>  15:2<br>**anyone**<br>  5:10,16,18<br>  13:10 21:11 | **attorneys**<br>  3:7<br>**aware**<br>  31:3,7 |
| **2**<br>  26:9<br>**2017**<br>  7:25 11:24<br>**2020**<br>  15:15 21:8<br>  24:17,20<br>  26:8 31:14<br>**2021**<br>  21:4,5 25:20<br>**2022**<br>  7:13,25<br>**24**<br>  25:20 | | | |

|  |  |  |  |
|---|---|---|---|
| **B** | bunch   29:10 | clear   26:19 | 32:11 |
| bachelors   7:7 | Business   7:20 | close   11:17 | costumer   12:13 |
| back   18:5 27:14 | butcher   5:14 | college   6:22,24,25 | costumers   12:12 17:19,   21,24 |
| baring   17:2 | **C** | come   14:15 27:6,   10 30:16 | counsel   3:14 |
| based   16:20 17:4   18:6 25:25 | calendar   21:8 | comes   17:17 | Country   15:24,25   16:1,4 |
| bate   25:12 26:8   29:16 30:12 | call   32:8 | commission   16:9 | Country's   16:5 |
| bates   26:14,16 | called   3:1 | commissions   16:6,12 | couple   32:5 |
| beginning   25:18 | camera   3:22 | community   6:22 | court   4:12,16,19 |
| believe   10:22 12:1   14:17,21   21:19 | Cap   12:14,17 | company   15:25 | covered   29:10 |
|  | capacity   8:9 | compensation   16:14 26:9 | cyber   8:3 |
| besides   19:9 | care   11:17 31:1 | complained   31:4,7 |  |
| best   4:14 | case   5:25 6:11   9:22 | complication   16:15 | **D** |
| better   14:8,11 | categories   10:11 | components   18:25 | date   7:12,23   12:18 25:25   27:21 28:2,   3,4 |
| big   30:3 | central   7:17 | concept   11:13 15:20 |  |
| bit   29:12 | chance   12:7 13:6 | concluded   33:3 | dates   7:21 9:16   12:11 |
| black   29:10,13 | chat   24:23 25:1   26:1 29:5,25 | condition   30:17 | daughter   30:17,20,23   31:1,20,22   32:1 |
| book   28:16 |  | conditions   11:6 |  |
| box   27:15 | Checkpoint   7:9,18,19 | consent   3:14 | day   25:20 31:15 |
| break   4:22,25   31:13 | choice   9:23 | considered   10:12 19:16   24:20 | day-to-day   12:3 |
|  | circumstances   8:1 14:12 |  | deals   14:9 15:9 |
| Buffalo   4:2 | City   10:20 11:3,4 | conversations   30:22 | decision   16:16 17:4   18:6 19:12,   18 21:11,20   24:21 |
| building   17:25 | claims   6:3 | copy   3:19 |  |
|  |  | correct   18:7 28:22 |  |

Eddie Youkhanna
October 04, 2023

| | | | |
|---|---|---|---|
| Defendant 6:5 | 14 26:19 | ending 8:1 | family 11:13,17 31:4 |
| definition 28:17 | doing 18:14 19:2 | engineering 8:15 | faring 17:5 18:19 |
| degree 7:3,5,7 | download 26:4 | entail 8:11 9:20 | February 25:20 |
| deposition 3:8,9,10 5:8,11 | Drive 4:2 | entailed 8:12 9:21 | federal 11:8 |
| determine 21:7 | dual 27:7 | entitled 25:2 | feedback 23:15 |
| differ 28:9 | duly 3:2 | equate 18:3 | female 10:8,10 |
| different 16:4 18:24 29:9 | duties 7:16 8:9 12:2 | equivalent 18:2 | fill 14:10 27:7 |
| difficult 24:9 | **E** | Everyone 14:2 | finish 4:21 |
| dinner 12:11,15,23 | earlier 18:5 | exact 7:23 9:16 | finished 7:1,24 |
| directors 20:14 | earn 7:3 16:6,9,12 | exactly 11:10 15:3 21:23 22:25 | first 3:2 11:22 25:19 |
| discriminating 6:17 | Eddie 3:25 | Examination 3:5 32:4 33:2 | Fisher 3:6,18 4:4 26:15,20 28:1 |
| discrimination 9:7,25 10:6 11:9 31:8 | education 6:20 | examined 3:3 | five 7:11,24 8:12,13,19 32:15 |
| discuss 22:9,14,19 23:6,9,12 | else's 24:4 | exist 20:20 | follows 3:4 |
| discussion 5:18 | employee 6:18 10:13 11:5,17 23:18 | explain 13:25 15:23 | force 19:15,17,20,23 20:2,10 |
| document 19:16,21 20:1 24:23 25:1,5,9,13,15,18 26:1,7,11,23 27:2,3,14,24,25 29:5,8,16,17,20,22,24 30:1,4,10,12,14 | employees 12:17 31:3,7 | **F** | form 10:2,14 17:7 23:20 27:23 |
| documents 5:21 19:11, | employer 10:12 11:5 | fact 13:1 22:4 | forward 14:9 |
| | employment 7:21 8:2 9:18 10:13 11:6 12:19 13:20 14:13 25:20 27:7 | fail 24:14 | four 7:6 9:2 |
| | end 9:23 15:21,23,24 16:2,3,7,9,12,13 | fairing 23:12 | front 25:6 |
| | | familiar 10:20,23 11:1,2,8,13,20,22 15:20 27:3 | |
| | | familiarize 30:6,7 | |

## G

gap
  17:18
gave
  4:14
Gemini
  12:14,17
general
  27:25 28:1
getting
  10:7,9
give
  4:17 10:5
  19:13 23:15
  24:24 31:10
given
  6:7 15:14
goal
  17:2,6,18
  18:20 19:3
  28:4,8
going
  4:5,13 21:21
  24:23 26:1
  27:14 29:5,
  24
Good
  4:4
government-
issued
  3:21
Great
  25:8
Grove
  4:2
grow
  12:3
guess
  14:24 21:4
GUILFOYLE
  3:19 10:2,14
  17:7 20:9
  23:20 24:25
  26:13,18,21
  27:23 30:18

  31:13 32:5

## H

half
  9:2
handle
  12:3
handled
  16:10
handwriting
  29:11,19
happy
  4:23
Haran
  4:5 11:20
  14:15 15:9,
  14,17 16:7,
  10,17 20:3,
  7,25 21:12,
  24 23:1,16,
  18,23 24:4
  25:16 26:10
  30:23,25
  31:15,19
  32:19
Haran's
  14:13 20:4,
  22 22:7,9
  23:6,9 24:17
  27:6 28:16
  30:16 32:1
head
  4:17 9:4
headquarters
  15:25
hear
  4:11 26:20
held
  9:2 22:6
high
  16:22,23
  17:5,10
  18:10 19:6
highest
  6:20

Hobson
  4:2
hold
  8:25 26:4
  29:15
holding
  3:21
honest
  24:9
Honestly
  9:19
HR
  21:15,16,17,
  23
human
  10:21,23
  21:15

## I

identificatio
n
  3:21
Illinois
  4:2
illnesses
  5:2
imagine
  21:4
incident
  6:13
increase
  15:17
indicate
  3:16
indicating
  3:23
inform
  31:18
information
  20:3,6,10,
  13,16,19
  32:23
ing
  20:7 21:21
Innovation

  9:4
instant
  6:16
insufficient
  24:12
insufficientl
y
  18:19
Integration
  20:20
Intergration
  20:17

## J

Jennifer
  21:19
job
  7:16 8:9
  12:2
June
  7:13,24,25
Junior
  6:22,24,25
Justin
  5:14,19
  26:17

## K

keep
  29:3
Kimmick
  5:24 6:2
  8:16 12:6
  13:13 15:12
  22:7,21,24
  23:4,7,10,
  15,19,22
  24:1,7,11,14
  31:18,25
  32:16,19,22
kindly
  3:20
know
  4:9,12,23
  6:14 10:3,

|  |  |  |  |
|---|---|---|---|
| 16,19,25 11:1,2,3,4, 7,10,11,16 12:11,18 13:18,24 15:3,9,14, 16,19 16:14, 15 17:8 19:21 20:18, 21 21:1,23 22:1,18 23:14,21,24 25:5 26:14 28:10,11,17, 20,23 29:6, 19 30:7,19 31:2 ——— **L** ——— **lack** 14:24,25 15:1 16:22, 23 17:5,10, 11 18:10 19:19 **law** 10:21,24 11:3,8 **Lawson** 21:19,24 22:6,10,15, 19 **Lawson's** 21:20 22:22 **lawsuit** 6:5 **lawyer** 6:14 **learn** 13:9,17 30:16,20 **learned** 13:14 **leave** 11:14 31:5 | **left** 8:7 27:18 **letter** 25:2,19 **level** 6:20 **lieu** 3:11 **line** 13:16 30:7 **little** 29:12 **long** 7:10 8:25 **look** 14:3,5 26:17 29:12,15 30:5 **looking** 21:7 26:19 29:9 **looks** 21:23 **Lorraine** 27:11 **loss** 6:12 **lot** 26:19 ——— **M** ——— **made** 24:21 **make** 14:10 21:21 26:18 **making** 19:11,17 **male** 10:8,9 **manage** 21:23 **managed** 8:13,17 16:7 | **manager** 12:1 17:16 **managers** 8:12,14,16, 18,19,20,21, 24 20:11 32:14,17 **managing** 8:12 **manner** 3:15 **marked** 25:11 **mat** 27:3 **matter** 6:16 **mean** 11:10 13:2, 25 14:5,23, 25 16:23 17:1,23 21:1 28:2,3,6 30:5 **meaning** 11:1 **means** 17:2 28:21, 24 **medical** 11:14 30:17 31:4 **medications** 5:5 **meet** 24:15 **meeting** 22:6 **member** 11:18 **met** 20:23 21:8 **minute** 29:8 30:5 31:10,13 **Modesto** 6:24,25 | **moment** 25:8 30:2 **month** 21:1 22:17 **months** 7:11 **morning** 4:4 **move** 8:3 **multiple** 9:23 **mute** 25:3 ——— **N** ——— **name** 3:17,24 4:4 5:15 26:10 27:11 **nature** 6:11 **necessarily** 11:15 **need** 4:22 22:2 26:21 **needs** 14:4,7 21:22 **negative** 23:15 **never** 27:2,24 28:18 **nods** 4:16 **nonverbal** 4:17 **North** 7:17 8:8,10 9:1 **Notary** 3:2 **number** 14:2,5,6 |

| | | | |
|---|---|---|---|
| 16:25 26:14,16 | opened 29:6 30:1 | Patty 26:10 32:23 | plan 15:17 16:14 |
| **numbers** 16:23 17:11 18:11,13,17 | **opportunities** 17:25 | **payment** 26:9 | **please** 3:16,19,24 4:1,9,17,20 |
| | **opportunity** 14:3,6 | **penalty** 3:12 4:7 | **point** 15:1 17:6 18:15 |
| **O** | **orange** 7:20,22 8:2,6 9:1,6,15 11:16 14:16,17 31:3,8 32:7 | **pending** 4:24 | **policy** 11:16 |
| **oath** 3:11 4:7 | | **people** 4:20 24:8 32:11 | **poor** 14:21 15:7 |
| **Objection** 10:2,14 17:7 20:9 23:20 27:23 30:18 | | **perceive** 13:1 | **poorly** 19:2 |
| | **order** 14:10 | **performance** 12:8,22 13:9,15 14:19,21,22 15:1,6,7 16:20,21 17:16 18:7,10,25 19:14 23:6 24:17,20 | **PORPL** 13:6 |
| **objections** 3:15 | **orders** 28:23 29:3 | | **POS** 13:5 |
| **OBS** 29:16 | **owns** 15:25 | | **position** 7:14 8:6,25 9:3 11:25 12:1 |
| **observe** 12:7 | | | |
| **observed** 12:21 | **P** | | **preparation** 5:10 |
| **obtain** 7:5 | **P170** 30:13 | **period** 21:3,6 | **prepare** 5:8 |
| **October** 31:14 | **P179** 30:13 | **perjury** 3:13 4:7 | **present** 3:9,20 5:18 12:15 15:17 |
| **OEB** 13:6 | **page** 29:11 | **person** 3:12 | **President** 7:15 8:8 |
| **Okay** 8:22 10:20 17:9 18:5 24:23 25:7,10 26:2,6 27:21 28:11 29:7 30:1,3,9 32:3,16 | **Pain** 27:11 | **phonetic** 5:25 12:14 | **presumed** 4:13 |
| | **paragraph** 25:19 | **physically** 3:8 | **prevention** 6:12 |
| | **part** 20:22 | **pineline** 23:9 | **prior** 12:19,20 23:16 |
| | **participants** 26:10 | **pipeline** 13:22 14:1,9 15:10,18 16:22,24 17:5,11 18:2,4,10 19:6,20 20:4,10,19 24:12 | **probably** 7:25 8:13 11:24 |
| **once** 4:20 9:12 | **participate** 21:11 | | **problem** 13:22 |
| **one** 6:10 7:11 8:16,18 10:10 12:12 18:22 19:1 24:24 32:16 | **participating** 3:7 | | **procedures** 4:25 |
| | **parties** 3:14 | | **prohibited** 10:11 |
| | **Patricia** 4:5 11:20 | | |
| **open** 25:5,7 29:7 | **Patricia's** 6:3 | **place** 3:12 | |

prohibits
  11:5
promoted
  10:7,9
provide
  4:21
Public
  3:2
put
  24:23 25:1
  26:1 29:5,24
PWAOEPBG
  13:3

         Q

qualify
  17:15
quality
  16:22,23
  17:5,11
  18:10 19:6
quantify
  17:16
question
  4:8,11,13,
  14,24 10:4,
  16,17,19
  11:11 17:8
  18:5 23:21
questions
  4:6,18,21
  6:14 9:23
  32:3 33:1
quite
  12:23 13:1,3
quota
  14:2,10
  15:14 18:15
  20:22 21:8
  23:13 24:15

         R

ran
  8:14

read
  30:7
reading
  30:3
reason
  14:18 19:5
reasons
  17:10 18:22
  19:1,8 32:23
recall
  7:23 9:11,16
  20:6,22,24
  21:10 24:3,
  19,22 27:9,
  13 31:6,9
  32:2
receive
  9:6,10,12
received
  9:15 26:16
recent
  9:14
reck
  25:12
recognize
  26:10 29:17
  30:10
recollection
  25:15,23
recommend
  15:12 21:24
recommended
  27:7
record
  3:17,24 4:1
  25:11 26:7,
  13,18 29:16
  30:12
referred
  18:13 19:17
referring
  18:14
reflecting
  19:14
reflects
  20:3

refresh
  25:15,23
regarding
  11:8 22:7
  32:23
regional
  8:18,20,21,
  23 32:14,16
related
  18:3
remember
  9:19 19:10,
  25 20:8 21:2
  22:8,13,16,
  17,20,25
  23:5,17
  24:8,9,13,16
  28:25 29:2,4
  30:24 31:17,
  21,22,24
  32:6
remotely
  3:10
repeat
  4:12
rephrase
  4:9 17:9
report
  12:5 24:14
reported
  15:4 23:18,
  22 32:14,19
reporter
  3:7,20 4:12,
  16,19
reporting
  3:10,16
  24:1,7,8,11
  32:12
represent
  4:5 27:22
  28:14
represents
  28:12
resign
  8:4

resigned
  27:12
resources
  21:15
responding
  4:6
response
  4:15 10:18
responses
  4:17,18
retail
  8:12,16,19
retaliating
  6:17
retaliation
  9:7 11:9
revenue
  12:4 16:23,
  25 17:11,17
  18:11,13,17
  27:18 28:11,
  17,20
review
  5:21 19:11,
  24 21:21
  24:17,18,20
  25:8 26:23
  29:8 30:2
  31:11
reviewing
  20:6
right
  9:23 17:11
  18:11 19:6
  26:21
rights
  10:21,24
  31:4
role
  21:20 27:8
  32:12,20
room
  3:9
run
  7:17
Running
  8:10

## S

**sales**
 7:15,17 8:8,
 10,14 9:1,4,
 5 14:2,23,
 24,25 15:1,
 2,7 16:6
 17:15,17
 18:25 19:15,
 17,20,23
 20:1,2,10
 26:8 28:15,
 16
**sample**
 9:22
**says**
 25:19 26:8
 27:15,18
**scenarios**
 9:22
**science**
 7:6
**second**
 24:24
**security**
 6:13 8:3
**see**
 17:9 25:2,
 18,21 26:3
 27:14,16,19
 29:11
**selling**
 16:1
**sensation**
 14:13
**sense**
 14:11
**series**
 4:6
**serious**
 30:17
**Service**
 20:17,20
**Services**
 7:20 9:5

**seven**
 8:14
**several**
 18:24
**shakes**
 4:17
**shoplifting**
 6:13
**show**
 9:21
**showing**
 19:19
**shown**
 19:21
**sick**
 30:20 31:1
**similar**
 26:19
**single**
 30:7
**software**
 7:9 19:15
**source**
 32:22
**speak**
 5:10,13,16
 22:21,24
 23:4 31:25
**Specialists**
 20:17,20
**specific**
 11:11 27:25
**specifically**
 14:20 19:23
 28:21
**spoken**
 5:24 6:2
**stamp**
 26:8
**stamped**
 25:12 29:16
 30:12
**stands**
 9:4
**start**
 7:12,23

**started**
 11:23
**State**
 3:3,24 4:1
 10:23
**stating**
 3:16
**stop**
 14:15
**strategic**
 29:1
**subject**
 4:7
**suffering**
 5:2 30:17
**summary**
 26:9
**supporting**
 16:5
**supposed**
 29:12
**sure**
 15:5 21:21
 26:5,15,16
**surgery**
 31:20,23
**sworn**
 3:2 6:7

## T

**take**
 4:22,25
 11:17 25:8
 29:8 30:2,5,
 25
**taken**
 5:5
**taking**
 10:12 11:5
**talked**
 8:23 17:17
**talking**
 4:20
**tell**
 10:5

**ten**
 12:16 31:13
**term**
 28:11
**terminate**
 16:16 18:6
 21:12
**terminated**
 15:2,12
 18:15,22
 20:25 21:25
 22:17 23:2,
 19,23 25:16,
 24 32:24
**termination**
 15:10 17:4
 18:19,23,24
 19:2,9,12,
 18,24 20:7,
 23 21:6
 22:2,4,7,9,
 14,22 23:25
 24:4,6,21
 25:2
**terms**
 11:6 18:17
**testified**
 3:3 27:24
**testify**
 5:3,6
**testimony**
 6:7
**thank**
 14:12
**things**
 17:4 29:10,
 13 31:11
**think**
 21:5 26:15
 31:10
**third**
 27:15
**three**
 7:7 31:15
**tiff**
 13:4,5

```
time                                          witness
  4:22 6:2 8:6                                  3:1,12,20,23
  11:25 13:7              U                     33:3
  15:10 18:18                                 word
  20:23 21:3,      unable                       14:14
  6,7 23:1,19,       31:19                    work
  23 24:4          understand                   7:8,19 9:22
  27:6,10            4:8,25 10:17               11:17 30:25
  30:25 31:14,       17:3                     worked
  19               understanding                7:10
title                9:25 18:18              working
  32:6             understood                   9:6 14:15
today                4:14                    workplace
  4:6 5:3,6,22                                  6:18 9:8
  26:24 29:22                                   10:1,6,13
  30:14                    V                    11:9
top                                          wrapping
  26:8             variables                    31:12
total                17:13                   wrong
  16:23,25         varied                       9:24
  18:11,13,17        32:15
  28:16            verbal
TPHEG                4:18                          Y
  13:4,5           verification
training             3:22                    year
  9:7,10,12,       Vice                         7:6,7,11
  14,20,21           7:15 8:8                   9:17 12:19
  31:16,19         videos                       13:19 15:15
transcribe           9:21                       21:4,9 27:21
  4:19             violated                     28:2,3
true                 31:5                    years
  13:3             VP                           6:10 7:24
truthful             8:25                       9:2 28:7
  4:15                                       York
try                                             3:3 10:20,23
  4:9                      W                    11:3,4
twelve                                       Youkhanna
  12:16,17         wait                         3:25 24:25
two                  4:20                       25:11 26:9
  4:20 6:10        waive                        30:13
  17:4,10,13         3:15                    YTD
  19:9 28:9        want                         27:15
type                 5:14 11:23
  4:16 13:16         17:3 31:11
                   wanted
                     8:3 31:15
                   way
                     13:4,5 14:8
                     19:19
```