EXHIBIT D

# In the Matter Of:

*Haran vs*

*Orange Business Services Inc.*

---

*PATRICIA HARAN*

*April 26, 2023*

---



1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - - - - - - -x
    PATRICIA HARAN,
4

5                            Plaintiff,

6
                             Index No.:
7                            1:21-CV-10585-VSB

8
                  -against-
9

10
    ORANGE BUSINESS SERVICES INC.,
11

12
                             Defendant.
13  - - - - - - - - - - - - - - - - - - - - - - -x

14      IN-PERSON DEPOSITION

15                       OF

16

17      TAKEN ON:  April 26, 2023

18  - - - - - - - - -- - - - - - - - - - - - - -x

19

20

21

22

23

24

25

7

```
 1                    A P P E A R A N C E S:

 2     FISHER TAUBENFELD LLP
            Attorneys for Plaintiff
 3          225 Broadway, Suite 1700
            New York, New York 10007

 4
         BY:  LIANE FISHER, ESQ.
 5              liane@fischertaubenfeld.com

 6

 7     BAKER HOSTETLER
            Attorneys for Defendant
 8          45 Rockefeller Plaza, 14th Floor
            New York, New York 10111

 9

10     BY:  JUSTIN A. GUILFOYLE, ESQ.
            jguilfoyle@bakerlaw.com
11
            AMY I TRAUB, ESQ.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Haran vs                                                          Patricia Haran
Orange Business Services Inc.                                     April 26, 2023

8

1

2                          - o 0 o -

3

4              P A T R I C I A    H A R A N,

5          having been first duly sworn by a Notary

6     Public of the State of New York was examined and

7                    testified herein:

8

9                          - o 0 o -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

24

```
 1              P. HARAN

 2   during your employment of Level 3 or

 3   Lumen?

 4        A.   No.

 5        Q.   When were you hired by Orange

 6   Business Services -- and just for the

 7   record, I'm going to be referring to

 8   Orange Business Services NA, Inc. as

 9   Orange or OBS throughout the deposition;

10   is that okay?

11        A.   Yes.

12        Q.   So when were you hired by

13   Orange?

14        A.   I was hired -- I believe it

15   was May of 2017.

16        Q.   And what was the position for

17   which you were hired?

18        A.   Account manager.

19        Q.   Does it have a specific title

20   at Orange?

21        A.   I believe it was account

22   manager --

23        Q.   Okay.

24        A.   -- was the technical title.

25        Q.   Do you recall if you signed
```

```
 1                    P. HARAN
 2    2017?
 3         A.   Yes.
 4         Q.   Did you always have the same
 5    role throughout your entire tenure at
 6    Orange?
 7         A.   Yes.
 8         Q.   So you never changed roles?
 9         A.    No.  As far as titles, you
10    know, if that's what you mean -- titles
11    is -- has -- did not change.
12         Q.   Did your responsibilities
13    change at any time while at Orange?
14         A.    Just accounts that I was
15    working on would have changed.
16         Q.   When did that change?
17         A.    Probably several times over my
18    tenure there.  You know, just sort of
19    like somebody resigned, so we need you
20    to take on these accounts, and also work
21    on your other accounts, we're going to
22    move that account to somebody else, that
23    kind of thing.
24         Q.   Did there ever come a time
25    where you started taking on more
```

P. HARAN

2  responsibilities for A-end accounts?

3      A.   Yeah.  Yeah.  That was part

4  of -- somebody left, somebody resigned.

5  And I was asked to handle some of her

6  A-end accounts during -- because she had

7  left the company.

8      Q.   So that's not something that

9  you requested to take on?

10      A.   Well, at that time it was

11  brought to me.  I mean, over the years I

12  had spoken about the potential of

13  working on A-end accounts, yes, but

14  these particular accounts, you know, I

15  was asked to work on them because the

16  person who had them had resigned from

17  the company.

18      Q.   Do you recall about when that

19  was?

20      A.   I recall not exactly sure, but

21  I want to say it was in the January

22  of 20 -- I guess it would have been

23  January of 2020 timeframe, I believe.

24      Q.   And who is the person that

25  left that you're referring to?

P. HARAN

2      A.   Lorna Paine.

3      Q.   I'm going to show you the

4   documenter.  Mark this as Haran 2.

5   (Whereupon, Bates OBS13 was marked as

6   Exhibit 2 for identification, as  of

7   April 26th, 2023.)

8           MR. GUILFOYLE:  For the

9   record, this is a one-page document

10   bearing Bates OBS 13.

11      Q.   Ms. Haran, do you recognize

12   this document?

13      A.   Vaguely, I recognize it.  I

14   mean, it says Employee Handbook

15   acknowledgment for the United States.

16   So, I mean, I think there was a big pile

17   of paper that I signed when I went on

18   board and I'm sure this was one of them.

19   I don't specifically recall it, but it's

20   my signature.

21      Q.   Okay.  That's dated May 11,

22   2017?

23      A.   Yes.

24      Q.   I'm going to show you another

25   document that will be marked as Haran 3.

29

```
 1                    P. HARAN

 2     (Whereupon,  a  document  was  marked   as

 3     Exhibit  3  for  identification,  as    of

 4     April 26th, 2023.)

 5          Q.   And do you recognize this

 6     document as one of those documents you

 7     mentioned that you signed when you were

 8     onboarding?

 9          A.   I don't recognize it in

10     particular, but it is my signature and

11     like I said there was a big pile of

12     papers that I was asked to sign when I

13     was onboarded.

14          Q.   Okay.  That signature is dated

15     May 18, 2017?

16          A.   Yes.

17          Q.   Who did you report to during

18     your employment with Orange?

19          A.   I reported to Adam Kimmick.

20          Q.   Do you know Adam Kimmick's

21     title?

22          A.   Sales director.  Head of

23     sales, I think.  I'm not sure.

24          Q.   Okay.  What.

25     (Simultaneous speaking.)
```

30

P. HARAN

1

2      A.   Sales director.

3      Q.   Was that for a specific region

4  of the United States?

5      A.   He was responsible for the

6  northeast and the midwest regions.

7      Q.   Did you report to anyone else?

8      A.   No.

9      Q.   During your employment at

10  Orange, did you receive performance

11  evaluations?

12      A.   Yes.

13      Q.   Did you meet with anyone to

14  discuss those performance evaluations?

15      A.   Yes.

16      Q.   And who was that?

17      A.   Adam Kimmick.

18      Q.   Anyone else?

19      A.   No.

20      Q.   I'm going to show you a

21  document that will be marked as Haran 4.

22  (Whereupon, BATES OBS334 - 343   was

23  marked as Exhibit  4  for  identification,

24  as of April 26th, 2023.)

25          MR. GUILFOYLE:  And for the

```
 1                      P. HARAN

 2   record this is a document bearing Bates

 3   OBS334 through 343.

 4        Q.   Ms. Haran, do you recognize

 5     this document?

 6        A.   Let me just take a look here.

 7        Q.   Take your time.

 8        A.   Okay.

 9        Q.   Okay.  And do you recognize

10     this document?

11        A.   I do.

12        Q.   And what is this document?

13        A.   A performance review.

14        Q.   And is this for the first half

15     of 2020?

16        A.   Yes.  It appears to be.

17        Q.   Do you know who created this

18     performance review?

19        A.   It was created by Adam Kimmick

20     and myself.

21        Q.   Okay.  And if I could just

22     bring your attention --

23        A.   I mean it was filled in, I

24     would say, by us.  It wasn't created by

25     us.  It was created by a company, I
```

1                    P. HARAN

2    assume.  It's a performance review plan

3    that I think everybody fills in, but it

4    was populated by myself and Adam.

5         Q.   So the templates for the

6    performance review was created by

7    Orange?

8         A.   Correct.

9         Q.   And then the contents of what

10   went in there specific to you were

11   inputted by Adam and yourself?

12        A.   Correct, yes.

13        Q.   Okay.  If I can bring your

14   attention to page 8 of 10, if you look

15   on the lower right corner.

16        A.   Lower right corner.

17        Q.   Yes, so now if I bring your

18   attention to where it says manager's

19   comments, do you see that at the top of

20   the page?

21        A.   Yes.

22        Q.   Okay.  Could you read the

23   first two sentences under manager's

24   comments for me?

25        A.   Yes.  "First half 2020 was a

```
 1                    P. HARAN

 2   challenge for Patty in her new

 3   territory.  Results on revenue were in

 4   line with the expectations that fell

 5   short of target in both keep and new and

 6   get orders."

 7        Q.   What is the next sentence

 8   there?

 9        A.   "Her qualified pipeline is not

10   currently sufficient to meet her 2020

11   financial objectives, and the new

12   opportunities created in 2019 with her

13   B-end accounts exploring partnership and

14   sell with opportunities to expand our

15   portfolio, have not yet matured as ample

16   opportunities."

17        Q.   Okay.  What does it mean that

18   your qualified pipe library is not

19   currently sufficient to meet 2020

20   financial objectives?

21        A.   Well, I mean I'd be

22   speculating on what Adam means there; is

23   that what would you like for me to do?

24        Q.   Sure.  What is your

25   understanding of what that means?
```

```
 1                   P. HARAN

 2        A.   My understanding is that

 3   pipeline is a sales forecast and

 4   typically sales forecasts, you know, are

 5   larger than what the quota is that's

 6   assigned.  And so when he's saying that

 7   he thinks that my pipeline is not, you

 8   know, his words here, my pipeline is not

 9   sufficient, then he doesn't feel that I

10   have enough opportunities in my sales

11   forecast to meet my target quota for

12   2020.

13        Q.   If we could turn to the next

14   page, please?

15   (Witness complies.)

16        Q.   And do you see where it says

17   acknowledgment by the employee the 30th

18   of July 2020?

19        A.   Yes.

20        Q.   Okay.  Do you recall having

21   completed the performance review on or

22   about July 30, 2020?

23        A.   Yes.

24        Q.   And is that typical for

25   first-half performance reviews to be
```

Case 1:21-cv-10585-DEH-JW    Document 67-4    Filed 02/13/24    Page 16 of 62
Haran vs                                                                              Patricia Haran
Orange Business Services Inc.                                                          April 26, 2023

35

                              P. HARAN

1
2    done towards the end of July, in your

3    experience?

4         A.   I don't know.  I'd have to --

5    you know, I really don't know.  I mean

6    typically they'd be done somewhere

7    around the end of the first half, so it

8    seems a little late, but that's just,

9    you know, it's probably -- it's

10   probably, you know, it could be done

11   earlier in June or something, so, but,

12   you know, it's not -- it seems to be at

13   the end of July, so.

14        Q.   Okay.  I'm going to show you

15   another document.

16             MR. GUILFOYLE:  For the

17   record, this will be Haran 5.

18   (Whereupon, BATES OBS344 - 353   was

19   marked as Exhibit 5 for identification,

20   as of April 26th, 2023.)

21        Q.   I just ask that you take a

22   moment and look through that document,

23   please.

24             MR. GUILFOYLE:  For the

25   record, it's OBS344 through 353.

Haran vs                                                        Patricia Haran
Orange Business Services Inc.                                   April 26, 2023

36

                              P. HARAN

1

2      Q.   Do you recognize this

3  document?

4      A.   Yes.

5      Q.   What do you recognize it to

6  be?

7      A.   A performance review.

8      Q.   Do you know who input the

9  substance of text within this review?

10     A.   Yes.

11     Q.   Who was that?

12     A.   Adam Kimmick and myself.

13     Q.   If I could bring your

14  attention to the page identified by nine

15  out of ten.  Can you tell me what the

16  overall rating is there?

17     A.   Yes.  The rating is two,

18  improvement needed.

19     Q.   Okay.  And with the evaluation

20  process at Orange, you were given the

21  opportunity to respond to your manager's

22  comments and conclusions in here, right?

23     A.   Correct.

24     Q.   Okay.  And it looks like you

25  did so below the manager's comments here

37

```
                         P. HARAN
 1
 2        on this page?
 3             A.   Yes.
 4             Q.   Okay.  Did you note anywhere
 5        in this performance review that you
 6        believed your improvement needed rating
 7        was due to you having taken time off in
 8        connection with your daughter's or your
 9        mother's illness?
10             A.   Could you repeat the question?
11             Q.   Sure.
12                  MR. GUILFOYLE:  Could you read
13     that back for me?
14        (Whereupon, the requested portion  was
15        read back by the reporter.)
16             A.   No, it's -- I don't see that
17        in here.
18   BY MR. GUILFOYLE:
19             Q.   Do you see anything on this
20        page about your lack of focus?
21             A.   There's just a comment that
22        says, "urgent focus, it needs to be on
23        identifying new opportunities and moving
24        these progressively through the
25        pipeline."  It's the last sentence.
```

42

1                          P. HARAN

2          A.   It was -- we did discuss it,

3     yes.   I brought it up to him and said

4     you know again like I've mentioned in my

5     earlier statement, you know, I was

6     dealing with the -- my mother -- my

7     daughter's illness.   I was dealing with

8     all of the events that were preceding

9     that and that it was difficult for me

10    to, you know, juggle that along with

11    everything else that my responsibilities

12    were for the job.

13              MR. GUILFOYLE:   Okay.   I'm

14   going to move to strike the nonresponsive

15   answer.

16         Q.   The question was:   Did

17    Mr. Kimmick say anything about you

18    taking time off in connection with your

19    daughter's or mother's illness; not if

20    you said anything?

21         A.   He did not bring it up, but he

22    responded to my bringing it up, did

23    that --

24         Q.   Makes sense?

25         A.   Makes sense.

43

```
1              P. HARAN

2         Q.   So what makes you think that

3    your two rating here has anything to do

4    with the days you take off in connection

5    with your daughter's illness in October?

6         A.   Well, the focus commentary

7    that we had, and in the conversation

8    that the lack of focus was his

9    assessment around why he thought that I

10   was not able to -- to meet the objective

11   in this -- in this overall rating.

12        Q.   And do you believe you had

13   a -- you did indeed have a lack of focus

14   during this time?

15        A.   Yeah, I mean, it was something

16   that was -- it was something that I was

17   trying to work through, and, you know,

18   balance as best as I could to do the

19   right thing for the company, to do the

20   right thing to advance all of my sales,

21   and also, you know, manage my daughter's

22   illness and all -- everything that was

23   associated with that, so yeah.

24        Q.   Let me show you another

25   document.
```

53

P. HARAN

1

2     Q.   What do you recognize it to

3   be?

4     A.   I actually -- I mean, I

5   recognize it now.  I hadn't -- it's been

6   a while since, you know, I wrote this,

7   so I recognize it to be a correspondence

8   between Michelle Rocco and myself.

9     Q.   Okay.  And in these emails did

10  you request any sort of leave for any

11  time off from Michelle Rocco?

12    A.   No.

13    Q.   Okay.  How did you come to

14  learn that your employment at Orange had

15  been terminated?

16    A.   I was invited to a call, I

17  believe it might have even been my

18  weekly -- I don't know, it was a call

19  that I was invited to by Adam Kimmick,

20  WebEx.

21    Q.   A virtual meeting type thing?

22    A.   Yes.

23    Q.   And do you recall when that

24  was?

25    A.   It was -- I believe, it was

54

1              P. HARAN

2    February 24, 2021.

3        Q.   And do you know where Adam was

4    during this meeting?

5        A.   Physically?

6        Q.   Yes.

7        A.   I don't recall.

8        Q.   Okay.  Was anyone else present

9    at this meeting?

10       A.   Yes.

11       Q.   Who was that?

12       A.   Jennifer Lawson.

13       Q.   And who is Jennifer Lawson?

14       A.   She's a human resources

15   manager or associate.  I don't know her

16   title exactly.

17       Q.   And did they provide a reason

18   for your termination during that

19   meeting?

20       A.   There were two reasons

21   provided.

22       Q.   And what were those two

23   reasons?

24       A.   The reason number one, I

25   believe it was Adam who said -- well,

55

```
                        P. HARAN
1
2    Jennifer first said, as I recall, when I
3    asked her why I was terminated, she said
4    it was because you didn't make your 2020
5    quota or something along those lines.
6    Don't quote me exactly, but it was that
7    I didn't -- maybe it was my sales
8    achievement I don't know how she said
9    it, but it was my 2020 quota.  And then
10   Adam jumped in and said no, it's because
11   you don't have an adequate forecast for
12   2021.  But as I had mentioned earlier I
13   did not get a quota, and I said this to
14   him in that conversation, I was never
15   given a quota for 2021.
16        Q.   Okay.  And I believe you had
17   testified before that you only reported
18   to Adam Kimmick; is that correct?
19        A.   Correct.
20        Q.   And Ms. Lawson was not your
21   supervisor, correct?
22        A.   Correct.
23        Q.   Do you know who made the
24   decision to terminate your employment
25   from Orange?
```

56

P. HARAN

1

2    A.   I could speculate, but I don't

3    know if that makes sense to guess, you

4    know, I mean -- I -- I'm not a hundred

5    percent sure who made the decision, but

6    I believe it was Adam Kimmick who made

7    the decision.

8         And I believe that he -- Eddy

9    Youkhanna was also part of that decision

10   process.  He was a sales director that

11   Adam reported to.

12   Q.   Okay.  So he was one level

13   higher than Mr. Kimmick?

14   A.   Correct.

15   Q.   All right.  I'm going to show

16   you a document that will be marked as

17   Haran 9.

18   (Whereupon,  Bates  OBS381 -  383   was

19   marked as Exhibit  9  for  identification,

20   as of April 26th, 2023.)

21        MR. GUILFOYLE:  And for the

22   record, this is a document bearing Bates

23   OBS381 through 383.

24   Q.   And Ms. Haran, I just ask that

25   you take a moment and review this

Haran vs                                                              Patricia Haran
Orange Business Services Inc.                                         April 26, 2023

57

```
 1                    P. HARAN
 2   document.
 3        A.   Okay.
 4        Q.   Do you recognize this
 5   document?
 6        A.   Yes.
 7        Q.   What do you recognize it to
 8   be?
 9        A.   It's a termination letter that
10   I received after -- after I was
11   terminated.
12        Q.   Do you recall on what date you
13   received this letter?
14        A.   I do not recall exactly what
15   date.  It was -- it has the 24th in the
16   letter.  I don't know if that's what --
17   it was emailed to me.  I don't remember
18   the day that it was emailed to me.
19        Q.   And did you receive this
20   letter after your meeting with
21   Mr. Kimmick and Ms. Lawson?
22        A.   Yes.
23        Q.   Prior to your termination, did
24   you ever feel that your employment could
25   be in jeopardy because of your
```

Case 1:21-cv-10585-DEH-JW    Document 67-4    Filed 02/13/24    Page 26 of 62
Haran vs                                                              Patricia Haran
Orange Business Services Inc.                                         April 26, 2023

58

```
1                    P. HARAN

2   performance?

3        A.   Yes.

4        Q.   Okay.  Did you discuss that

5   with anyone?

6        A.   Yes.

7        Q.   Who did you discuss that with?

8        A.   Well, the question is who did

9   I discuss the concerns that I had about

10  it being in jeopardy about my

11  employment?

12       Q.   Because of your performance.

13       A.   Because of my performance.

14            Well, I mean, when we say it

15  was because of my performance, it was

16  also because of the time off, you know,

17  that I was taking and the lack of focus,

18  and the perception that was there.  So

19  it wasn't just one thing, you know, it

20  was -- but performance was part of that.

21  So I just want to be careful about how

22  to answer that so that -- because

23  usually it was like a combined

24  conversation.  It was sort of like, Hey,

25  the performance is, you know, always an
```

60

                              P. HARAN

1

2              I talked to Marie-Cecile

3    Deraedt about it.  I talked to Paul

4    Reticker about it.  I talked to Phillipe

5    Melegrito did about it, and I talked to

6    M.J. Hubert about it.

7         Q.   Let me show you a document

8    that's going to be marked as Haran 10.

9    (Whereupon, a  document  was  marked  as

10   Exhibit  10  for  identification,  as   of

11   April 26th, 2023.)

12        A.   Okay.

13        Q.   Do you recognize this

14   document?

15        A.   I -- yeah, I mean, it's --

16   I've not seen it before, so -- but I

17   recognize, you know, the -- that it's --

18   looks like a Teams chat.

19        Q.   Okay.  Who is that Teams chat

20   between?

21        A.   Myself and Peter Singh.

22        Q.   Your email address while at

23   Orange was Patty.Haran@Orange.com?

24        A.   Yes.

25        Q.   Prior to your termination from

```
 1                    P. HARAN

 2             MR. GUILFOYLE:  I'm going to

 3    show you what'll be marked as Haran 11.

 4         For the record, it's a document

 5    bearing Bates OBS926 through 927.

 6      (Whereupon,  Bates  OBS926  -  927   was

 7      marked as Exhibit 11  for  identification,

 8      as of April 26th, 2023.)

 9         Q.   I just ask that you take a

10    moment and review that document for me.

11         A.   Okay.

12         Q.   Do you recognize this

13    document?

14         A.   I have not seen this document

15    before, but it appears to be a -- a

16    Teams chat, again, between Peter Singh

17    and myself.

18         Q.   And it appears that these were

19    dated February 10, 2021; is that

20    correct?

21         A.   Yes.

22         Q.   Following being notified of

23    your termination from Orange, did you

24    speak about that termination with any

25    Orange employees?
```

69

P. HARAN

1

2      Q.   I'll show you what will be

3   marked as Haran 12.

4   (Whereupon,  Bates  OBS930  -   931   was

5   marked as Exhibit 12  for  identification,

6   as of April 26th, 2023.)

7            MR. GUILFOYLE:  For the

8   record, it's a two-page document bearing

9   Bates OBS930 through 931.

10      A.   Yes.

11      Q.   I just ask that you take a

12   moment and review that document and let

13   me know when you've had the opportunity

14   to do so.

15      A.   Okay.

16      Q.   Do you recognize this

17   document?

18      A.   This is the first time I'm

19   seeing this document, but it looks like

20   a text exchange that were a Teams

21   exchange I believe between Xavier Pichon

22   and myself.

23      Q.   Okay.  And who is Xavier

24   Pichon?

25      A.   Global account director at

74

```
 1              P. HARAN

 2   inability to attend a training that he

 3   had wanted me to be apart of.  So he was

 4   aware of my daughter's condition, and he

 5   was aware of, you know, the time off

 6   that I needed to care for her.

 7        Q.   And when did you have that

 8   conversation with Mr. Youkhanna?

 9        A.   So I had a -- I don't remember

10   the exact date of the conversation, but

11   it was at some point in between --

12   between September and October before her

13   surgery.

14        Q.   And when was your daughter

15   diagnosed with her illness?

16        A.   Well, the diagnosis exact

17   date, I don't recall, but it was

18   somewhere in the late-September,

19   early-October timeframe.  And it was in

20   a series of discoveries, the diagnosis.

21   It was several different appointments

22   and things, you know, where we got bits

23   of information that added to the

24   diagnosis.

25        Q.   And that was in 2020?
```

75

```
 1                    P. HARAN

 2        A.    Correct.

 3        Q.    And who is Peter Singh?

 4        A.    He's a technical director at

 5   Orange.

 6        Q.    Okay.  And what information do

 7   you believe Mr. Singh has with regard to

 8   your complaint?

 9        A.    So, he was aware of the

10   increased pressure and stress and

11   scrutiny that I was under about

12   developing my quota and making my

13   numbers.  He was aware of -- that -- my

14   daughter's illness, and that -- my

15   belief that there was a connection and

16   that that was something that was, you

17   know, causing the increased pressure.

18   So, yeah, he was aware of all that.

19        Q.    Okay.  When did you have these

20   conversations with Mr. Singh?

21        A.    So, we had the Teams

22   conversations.  We also met in person

23   in -- in February.  I don't know the

24   exact date, but it was some time in

25   February.  We had coffee in New York
```

```
1              P. HARAN

2   more quickly through the funnel and

3   close things, you know that coincided

4   with my daughter's, you know, medical

5   activities.

6        Q.   Why do you believe the

7   increased pressure that you've mentioned

8   a few times regarding getting sales

9   closed and moving sales quickly, had

10  anything to do with your daughter's

11  condition?

12       A.   So, Adam felt that, as I

13  mentioned to your earlier, that I lacked

14  focus and so he'd think -- he thought --

15  his commentary was around the fact that

16  I wasn't as focused on developing, you

17  know, these accounts more quickly, and

18  that I could take off if I needed to

19  take off, but I needed to get this --

20  sales completed.  And so, you know, it

21  was just a real lack of -- a lack of,

22  you know, it was kind of just cold and,

23  you know, and unsympathetic like, you

24  know, you've got to get this done.

25            And, you know, I don't
```

P. HARAN

1

2    really -- it was like stonewalling, you

3    know, any time I talked about, you know,

4    needing time off.  It was kind of like,

5    I don't want to hear about that, I just

6    want you to close these sales.  And so

7    that's why -- that was the situation

8    that I was experiencing.

9         Q.   Okay.  Did you believe that

10   your performance expectation should be

11   changed as a result of you needing to

12   take time off to care for your daughter?

13        A.   Did I believe that?  I thought

14   that I should be -- yeah, I mean given

15   some accommodation to account for, you

16   know, what I was -- what I -- trying to

17   juggle it all.  But it was also -- I

18   think that, you know, the expectations

19   were -- the expectations there were --

20   were heightened, you know, during the --

21   all of the episodes around my daughter's

22   condition.  It was kind of like, you

23   know, it changed at that time and became

24   more, you know, focused and more, you

25   know, persistent around, you know, the

```
 1                    P. HARAN
 2        need for me to close those sales.
 3             Q.   Did those expectations
 4        actually change because of your
 5        daughter's illness?  I'm just trying to
 6        understand.
 7                  MS. FISHER:  Objection.
 8   BY MR. GUILFOYLE:
 9             Q.   You can answer.
10             A.   I -- you know, it's hard to
11        speculate on what, you know, whether or
12        not -- I just know that it was like, you
13        know --
14             Q.   I'm not asking you to
15        speculate, I'm only asking what you
16        know.
17             A.   Make sure I understand, repeat
18        the question again.
19             Q.   Sure.  You had mentioned that
20        you believed expectations changed, and I
21        was asking if you were ever informed
22        that your sales or quota or your numbers
23        changed at any point in 2020?
24             A.   No, my numbers didn't --
25        weren't changed in 2020.
```

                    P. HARAN

1
2    know, it was -- I don't know the all the

3    exact times of the conversations, but I

4    would say for the most part, yes.

5         Q.    All right.  And in this

6    lawsuit you have a claim of FMLA

7    interference, how do you contend that

8    Orange interfered with your FMLA rights?

9         A.    So, I believe that when I took

10   the time off to care for my mother and

11   my daughter, that that time should have

12   been counted as FMLA.  It should have

13   been offered to me as an option at that

14   time and it was not, and it was held

15   against me and, you know, then I was

16   retaliated against by being terminated.

17        Q.    Is that all the ways that you

18   believe Orange interfered with your FMLA

19   rights?

20        A.    Yeah, I believe so.

21        Q.    Did Orange prohibit you from

22   taking any time off for your daughter's

23   procedure and recovery?

24        A.    No.

25        Q.    Okay.  For the days you took

```
 1                    P. HARAN
 2    off, you used paid time off or PTO; is
 3    that right?
 4         A.   Yeah, sometimes and then
 5    sometimes it was just, Just go do what
 6    you need to do, you know.  So, it was
 7    sometimes half days and partial days and
 8    things like that.  Because I was trying
 9    to, you know, juggle it all.
10         Q.   You were paid for those days
11    that you took off or the half days you
12    took off as well?
13         A.   Yeah, the system doesn't -- I
14    don't think has a way to pay for half
15    days.
16         Q.   So you were --
17         A.    It was salary not hourly.
18         Q.   So for all the days you took
19    off, you were paid for those days?
20         A.   Yes.
21         Q.   Did Orange prohibit you from
22    taking any time off to take your mother
23    to the eye doctor?
24         A.   No.
25         Q.   And for the days that you took
```

107

```
1                      P. HARAN

2      off or half days that you took off as

3      well to take your mom to the eye doctor,

4      did you use PTO for that?

5           A.   Yes.

6           Q.   So you were paid for those

7      days off?

8           A.   Yes.

9           MR. GUILFOYLE:  I'm going to

10     show you what will be marked as Haran 13.

11     (Whereupon,  Bates  OBS575  -   576   was

12      marked as Exhibit 13  for  identification,

13      as of April 26th, 2023.)

14           MR. GUILFOYLE:  And for the

15     record, it's Bates OBS575 to 576.

16          Q.   I ask that you take a moment

17      and review that document and let me know

18      when you've had the opportunity to do

19      so?

20          A.   Okay.

21          Q.   Do you recognize that

22      document?

23          A.   It looks like a Teams exchange

24      between Adam and I.

25          Q.   It appears to be on
```

108

                        P. HARAN

1

2    October 8th of 2020?

3        A.    Mh-hm.

4        Q.    Okay.  And you also have a

5    claim of FMLA retaliation in this case;

6    how do you contend that Orange

7    retaliated against you in violation of

8    the FMLA?

9        A.    By firing me.

10       Q.    Okay.  Is that all the ways

11   that you believe Orange retaliated

12   against you in violation of the FMLA?

13       A.    Yes.

14       Q.    Did you ever take FMLA leave

15   while at Orange?

16       A.    No.

17       Q.    Did you ever request FMLA

18   leave while employed at Orange --

19       A.    No.

20       Q.    -- so if we turn back to

21   Exhibit 7, your Interrogatory Responses

22   --

23       A.    Okay.

24       Q.    -- so Number 15 there.

25       A.    Fifteen?

```
 1                    P. HARAN

 2        Q.    Correct.

 3        A.    The person --

 4        Q.    Interrogatory Number 15.

 5   There's no page numbers it's a little

 6   difficult I appreciate that.

 7        A.    Number 15 --

 8        Q.    Do you see that this

 9   interrogatory asks you identify each day

10   off work you took to take your daughter

11   to doctor's appointments and for

12   treatment as alleged in the Paragraph 19

13   of the complaint.  Do you see that?

14        A.    Yes.

15        Q.    Do you see your response that

16   identifies October 14th half day,

17   October 15th through the 19th --

18        A.    Mh-hm.

19        Q.    November 11, December 18,

20   December 28th, December 30, and

21   February 12th; do you see that?

22        A.    Yes.

23        Q.    Okay.  Is that answer

24   accurate?

25        A.    I believe so; yeah, to the
```

110

                              P. HARAN

1

2    best of my knowledge.

3        Q.   If you turn to response

4    Interrogatory Number 8 within this

5    document.

6            And this interrogatory asks

7    you to identify each employee, agent or

8    representative of defendant who you

9    purport subjected you to discrimination

10   or retaliation; do you see that?

11       A.   Mh-hm, yes.

12       Q.   And you identified Adam

13   Kimmick and Eddy Youhanna (sic), which I

14   believe should be Youkhanna; is that

15   correct?

16       A.   Yes.

17       Q.   Okay.  Is that answer

18   accurate?

19       A.   Yes.

20       Q.   Okay.  You also have a claim

21   for discrimination under the New York

22   City Human Rights Law; how do you

23   contend that Orange discriminated

24   against you in violation of the New York

25   City Human Rights Law?

111

1                    P. HARAN

2        A.   So, my lawyer filed, you know,

3   the details.  You know, in summary

4   it's -- it's because of being a

5   caregiver to my mother and my daughter,

6   then needing to have accommodation to

7   take care of them.  And I believe that

8   that -- that's -- the contention is the

9   fact that I was terminated in

10  retaliation for taking that time off.

11  It's related to that New York State law

12  that you're referring to.

13       Q.   That claim is only for

14  discrimination and not retaliation; are

15  you aware of that?

16       A.   Okay.

17       Q.   And you mentioned an

18  accommodation; did you ever request an

19  accommodation from Orange?

20       A.   So, I didn't.  No, I didn't.

21       Q.   And when you were hired by

22  Orange, you were already a mother of two

23  children, correct?

24       A.   Yes.

25       Q.   At the time you were hired by

Case 1:21-cv-10585-DEH-JW    Document 67-4    Filed 02/13/24    Page 42 of 62

Haran vs
Orange Business Services Inc.

Patricia Haran
April 26, 2023

112

                        P. HARAN

 1

 2    Orange, you were also a daughter to your

 3    mother, correct?

 4         A.   Yes.

 5         Q.   Other than what you just

 6    mentioned, are you there any other ways

 7    you believe that Orange discriminated

 8    against you based upon your status as a

 9    mother?

10         A.   No.

11         Q.   If you could go back to

12    Exhibit 7, the Interrogatory Responses,

13    specifically Interrogatory Number 8?

14         A.   Okay.

15         Q.   And do you see that this

16    interrogatory asked you to identify each

17    employee, agent, representative of

18    defendant who you purport subjected you

19    to discrimination or retaliation; do you

20    see that?

21         A.   Yes.

22         Q.   You identified Mr. Kimmick and

23    Mr. Youkhanna?

24         A.   Yes.

25         Q.   Is that answer accurate and

```
 1                    P. HARAN

 2   complete?

 3        A.   Yes.

 4        Q.   If you could turn to the next

 5   page, Interrogatory Number 9.  It asks

 6   to you identify each and every

 7   discriminatory and/or retaliatory

 8   comment, behavior or action that you

 9   contend defendant or defendant's agents,

10   representatives and/or employees made

11   two or concerning you; do you see that?

12        A.   Yes.

13        Q.   And do you see your response

14   below?

15        A.   Yes.

16        Q.   Okay.  And is your response --

17   your response to this interrogatory

18   accurate?

19        A.   Yes.

20        Q.   Is this response complete?

21        A.   Yes.

22        Q.   Did anyone at Orange ever make

23   any negative comments about your

24   daughter's illness?

25        A.   Can you explain what you mean
```

Haran vs
Orange Business Services Inc.

Patricia Haran
April 26, 2023

114

```
 1                P. HARAN

 2   by negative comments?

 3        Q.   Did anyone at Orange make any

 4   disparaging comments about your

 5   daughter's illness?

 6        A.   No.

 7        Q.   Did anyone at Orange ever make

 8   any negative or disparaging comments

 9   about you taking days off in connection

10   with your daughter's illness?

11        A.   Not specifically about taking

12   days off.  It was about the lack of

13   focus.

14        Q.   Move to strike.

15             My question was did anyone at

16   Orange ever make any negative or

17   disparaging comments about you taking

18   days off --

19        A.   No.

20        Q.   -- in connection with --

21   okay.

22             Did anyone at Orange ever make

23   any negative or disparaging comments

24   about your mother's illness?

25        A.   No.
```

115

```
 1                    P. HARAN

 2        Q.   Did anyone at Orange ever make

 3   any negative or disparaging comments

 4   about you taking days off in connection

 5   with your mother's illness?

 6        A.   No.

 7        Q.   During your employment with

 8   Orange, did you ever report

 9   discrimination or retaliation to anyone

10   at Orange?

11        A.   No.

12        Q.   Why not?

13        A.   I was afraid that I would

14   ruffle feathers if I went and took up my

15   request to human resources, or to higher

16   up the leadership chain.  I just thought

17   that it was -- I was already feeling --

18   yeah, so I -- I was afraid to.

19        Q.   And you're aware that as part

20   of this lawsuit you're seeking damages

21   in this case?

22        A.   Yes.

23        Q.   And are you aware of what

24   damages you're seeking here?

25        A.   Yes.
```

Haran vs                                                          Patricia Haran
Orange Business Services Inc.                                     April 26, 2023

157

1                    C E R T I F I C A T E

2              I, AMBRIA IANAZZI, a Registered

3    Professional Reporter, Certified Realtime

4    Reporter, New York Association Certified Reporter,

5    New York Realtime Certified Reporter, Certified

6    Shorthand Reporter and Notary Public in New York

7    do hereby certify:

8              That PATRICIA HARAN whose

9    examination is hereinbefore set forth, was duly

10   sworn, and that such examination is a true record

11   of the testimony given by PATRICIA HARAN.

12             I further certify that I am not

13   related to any of the parties to this action by

14   blood or marriage; and that I am in no way

15   interested in the outcome of this matter.

16

17             In  witness  whereof,  I  have   hereunto   set

18   my hand this 2nd day of May, 2023.

19

20

21   _____

22              AMBRIA IANAZZI, RPR, CRR, CSR

23

24

25

**-**

**-o0o-** 156:7

**0**

**0** 8:2,9

**1**

**1** 25:9 71:24 72:12

**10** 32:14 60:8,10 65:19 92:15 95:6

**11** 23:18 25:12,25 28:21 65:3,7
109:19

**11741** 9:9

**12** 69:3,5 71:10

**128,000-dollar** 132:7

**12th** 109:21

**13** 28:10 107:10,12

**14** 143:3 147:16

**14th** 109:16

**15** 108:24 109:4,7 147:17,21

**150** 138:23 139:3

**15th** 109:17

**17** 127:17,20

**18** 29:15 48:13 109:19 128:4

**18th** 48:9

**19** 17:22 109:12

**1972** 17:6

**1990** 18:9

**1994** 18:15 19:18

**1995** 21:2

**1997** 21:2,24

**1999** 16:16

**19th** 109:17

**2**

**2** 28:4,6

**2/24/2021** 143:22

**20** 16:17 27:22 83:15 123:20

**2004** 22:4

**2005** 22:11

**2006** 22:11

**200K** 132:14

**2017** 23:18 24:15 26:2 28:22 29:15

**2019** 33:12 92:12

**2020** 27:23 31:15 32:25 33:10,19
34:12,18,22 48:13 55:4,9 74:25
82:23,25 83:2,6,11,15,20 86:12 91:14
103:18 108:2 140:19

**2021** 38:19 54:2 55:12,15 65:19
89:15 123:21 138:14,17 140:16

**2022** 122:9 131:11 140:20,24

**2023** 25:10 28:7 29:4 30:24 35:20
44:5 45:5 52:18 56:20 60:11 65:8
69:6 107:13 143:4 147:22

**24** 12:14 54:2 138:17

**24th** 57:15 67:11,19,25 144:5

**26th** 25:10 28:7 29:4 30:24 35:20
44:5 45:5 52:18 56:20 60:11 65:8
69:6 107:13 143:4 147:22

**28th** 109:20

**2:08** 156:9

**3**

**3** 23:15,21 24:2 28:25 29:3

**30** 34:22 109:20

**30th** 34:17

**343** 30:22 31:3

**353** 35:18,25

**383** 56:18,23

**4**

**4** 30:21,23

**40** 48:17

**40-minute** 52:3

**4th** 138:13

**5**

**5** 25:11 35:17,19

**53** 9:8 16:12

**576** 107:11,15

**6**

**6** 44:2,4 116:7

**7**

**7** 45:2,4 52:13 71:6,8 92:15 108:21
112:12 127:16

**8**

**8** 32:14 52:15,17 110:4 112:13

**8th** 108:2

**9**

**9** 56:17,19 113:5

**90** 20:23

**911** 143:2,7

**919** 147:20,25

**927** 65:5,6

**931** 69:4,9

**94** 20:24

**95** 20:24 21:2

**97** 21:2

**98** 16:17

**A**

**A-END** 27:2,6,13 83:4 86:22

**ability** 12:16

**access** 142:16 144:12,14

**accommodation** 81:15 111:6,18,19

**account** 24:18,21 26:22 41:6,11
69:25 77:3 81:15 84:20,22 85:4,8
87:5 88:24 89:9,17,21 90:11 142:17,
18,20,21 144:3 149:9 153:11

**accounts** 26:14,20,21 27:2,6,13,14
33:13 40:25 68:8,14 77:13,17,20 78:5
80:17 83:4,8,9 85:25 86:15,22,23
87:7,22 91:2,3 97:13 145:6 146:4,21
147:3 151:8,18,21 152:7,11 153:6,14

**accurate** 44:21 71:24 109:24 110:18
112:25 113:18 128:13

**accurately** 12:24

**achievement** 55:8

**acknowledgment** 28:15 34:17

**acquired** 22:2 23:15

**acquisition** 22:2,4 23:14,19

**action** 113:8

**actions** 147:2,7

**activities** 40:3,18 68:10,13 80:5 145:5 146:18

**activity** 146:22

**Adam** 29:19,20 30:17 31:19 32:4,11 33:22 36:12 39:7,12,18 53:19 54:3,25 55:10,18 56:6,11 59:20 66:17 68:19 77:9 79:25 80:12 85:20 87:25 93:11, 14 97:17 99:17,23 100:14 102:14 103:5 107:24 110:12 120:19

**Adam's** 95:13

**add** 89:17

**added** 74:23 126:4

**adding** 90:11,15

**additional** 72:3 73:10 83:23 131:12

**address** 9:7 16:13,24 17:2 60:22 143:25

**addresses** 16:20

**adequate** 55:11

**administered** 10:9

**advance** 43:20 101:13 117:18

**advice** 51:17

**affect** 12:15

**affected** 50:10

**affiliated** 127:22

**afraid** 115:13,18

**aftermath** 40:8

**age** 51:19

**agent** 110:7 112:17

**agents** 113:9 127:22

**Agreement** 25:21

**agreements** 25:2

**ahead** 47:5 102:17 145:19,20

**alleged** 109:12

**allowed** 12:2 48:24

**alternatives** 94:23

**amended** 52:8

**American** 152:13

**amount** 141:18

**ample** 33:15

**and/or** 92:17,20 93:22 113:7,10

**announcement** 68:20

**anti-inflammatory** 124:13 125:5

**anxiety** 119:13,21 120:7 126:17

**apartment** 17:3

**apologize** 128:2 145:19 154:3

**apologized** 50:19

**appears** 31:16 65:15,18 107:25

**applications** 134:25

**applied** 142:4

**apply** 10:20

**applying** 131:18

**appointment** 48:11

**appointments** 40:7 74:21 109:11

**approved** 49:8

**April** 25:10 28:7 29:4 30:24 35:20 44:5 45:5 52:18 56:20 60:11 65:8 69:6 107:13 123:20 138:13 143:4 147:22

**architect** 88:7,8

**archive** 136:17

**area** 131:3

**areas** 50:3

**arrange** 48:2

**asks** 72:12 109:9 110:6 113:5 123:24 127:20 128:5

**assessment** 39:24 43:9

**assigned** 34:6 38:18 89:19

**associate** 54:15

**assume** 32:2

**assuming** 118:9

**assumption** 38:21 39:24

**AT&T** 22:3

**attend** 18:16 74:2

**attention** 31:22 32:14,18 36:14 71:5 116:7 149:13

**attorney** 9:16 12:3 13:5,9,14,20 14:16 118:20

**audible** 11:4

**availability** 123:5

**avoid** 46:25

**aware** 74:4,5 75:9,13,18 76:21 77:8, 11 79:16 84:9 85:13,14 86:10 87:20, 23,24 88:4,17 89:5,14 90:5,7,8 93:21 111:15 115:19,23 121:3 140:11 152:24

**awareness** 79:6

**B**

**B-END** 33:13 86:22,23

**BA** 18:10

**Bachelor's** 18:3

**back** 20:24 37:13,15 48:25 52:4 59:18 71:5 85:22 97:25 103:13 108:20 112:11 120:23 126:20 127:2, 15 133:20 144:12,14

**backpay** 118:15,24

**Baker** 9:16

**balance** 22:24 43:18

**Bank** 151:21

**banter** 64:8

**base** 132:5,9

**based** 38:21 112:8

**basic** 10:25

**basis** 116:18,23

**Bates** 25:8 28:5,10 30:22 31:2 35:18 56:18,22 65:5,6 69:4,9 107:11,15 143:2 147:20,25

**bearing** 28:10 31:2 56:22 65:5 69:8 143:6 147:25

**bears** 25:11

**beginning** 83:13

**behavior** 113:8

**belief** 75:15 146:10

**believed** 37:6 82:20 92:19 93:21

**benefits** 141:11,12,15,19,22 142:5, 11

**big** 28:16 29:11

**bit** 47:8 49:10 78:14 79:20

**bits** 74:22

**Blue** 16:25 17:3

**board** 28:18

**boat** 51:20

**bones** 50:3,9

**bonuses** 140:2

**born** 17:5,8,9

**Boudreau** 59:23 66:19 76:7,11 93:2 95:5

**Boudreau's** 96:13

**break** 12:6,11 46:25

**breaks** 12:7

**briefing** 22:16

**Briefly** 148:23

**bring** 31:22 32:13,17 36:13 42:21 71:4 76:16 91:4 116:6 149:12

**bringing** 42:22 85:3 88:2 91:6,21

**Brook** 18:12

**Brookhaven** 17:9

**brought** 27:11 42:3 47:17

**build** 38:24 89:15,20

**bunch** 133:11,13

**business** 9:18 19:7,11 21:8 23:24 24:6,8 41:13 70:4,9 91:4 137:13,15

**businesses** 137:19

---

**C**

**C-A-R** 19:21

**cadence** 123:4

**calculate** 118:23

**calculations** 118:13

**call** 15:3 53:16,18 61:19 62:9 68:20 85:19,21 86:14 127:5 140:18,23 142:8 155:14

**called** 67:2 85:17 130:17

**calls** 38:15,16 63:21 90:19 94:15 95:17 96:12 104:12 155:5

**Capgemini** 85:6 150:3,8,13

**Car** 19:11,21 20:15,18

**card** 137:24

**care** 74:6 81:12 94:11 105:10 111:7 117:9

**careful** 58:21

**caregiver** 111:5

**caregiving** 59:4

**case** 38:6 45:18,24 98:20 108:5 115:21 116:16 124:9

**cases** 68:9

**Cassandra** 92:25 128:11

**categorized** 117:12

**caused** 117:15 120:8

**causing** 75:17

**cease** 142:5

**cellular** 137:20,24

**cellular-related** 138:7

**center** 22:16

**chain** 115:16

**challenge** 33:2 51:4

**challenged** 64:12

**challenges** 51:8

**chance** 144:16

**change** 26:11,13,16 82:4

**changed** 26:8,15 81:11,23 82:20,23, 25

**charity** 47:22

**chat** 60:18,19 65:16

**check** 91:18

**children** 17:15,17 22:20,24 111:23

**Christophe** 67:7 88:22

**Cirrus** 9:8 16:12

**City** 76:2,5 110:22,25

**claim** 38:7 92:17 105:6 108:5 110:20 111:13

**claiming** 119:2 124:9 127:11

**class** 49:3

**client** 22:12,19 137:9,11 150:25

**client-partner** 89:25

**clients** 86:5 127:23 153:5,14

**close** 22:21 51:9 80:3 81:6 82:2 85:16

**closed** 41:13 78:8 80:9

**closely** 84:22

**closer** 51:18

**cloud** 88:7,8,11

**coaches** 40:25

**coffee** 75:25

**coincided** 80:3

**cold** 80:22

**collaboration** 76:8

**college** 19:9 51:19

**combined** 58:23

**comment** 37:21 113:8

**commentary** 43:6 80:15 95:14 97:17

**comments** 32:19,24 36:22,25 40:23 113:23 114:2,4,8,17,23 115:3

**commission** 139:13,14 144:22,24

**commissions** 139:4,12

**common** 61:22 62:16 63:18

**communicate** 12:3 145:3

**communicated** 73:24 127:24 149:16,21

**communication** 94:17 128:24

**communications** 21:19 23:15 150:16,20

**companies** 20:4,5 132:24 133:5,6 134:14 149:17 150:6

**company** 20:17 27:7,17 31:25 43:19 70:13 100:10 130:20 132:25 133:2 140:8,11 145:8

**comparable** 132:9

**compensated** 77:18

**compensation** 132:8,10,12 139:10

**compensations** 139:5

**competing** 51:11

**complained** 92:18

**complaint** 14:7 44:14 71:15 72:4,15, 24 73:11,22 75:8 76:12 77:6 78:2,17 79:22 84:8,12 85:12 86:8 87:10,19 88:14 89:4,13 90:4 109:13 116:8 127:11,14

**complete** 113:2,20

**completed** 18:2 34:21 80:20

**complexities** 101:17

**complies** 34:15

**computer** 144:12,14

**concerned** 93:18

**concerns** 58:9

**concluded** 156:9

**conclusions** 36:22

**condition** 74:4 78:10 80:11 81:22
87:23 120:5,6

**conditions** 73:16,19

**confidence** 120:2,23 126:24

**confidential** 152:4

**Confidentiality** 25:20

**confirmation** 48:12

**conjunction** 86:14

**connected** 137:21

**connection** 37:8 41:17,22 42:18
43:4 75:15 114:9,20 115:4 127:6
137:25 155:16

**constant** 61:9 90:25

**contact** 144:2

**contacted** 96:6

**contacting** 61:16

**contained** 44:20

**contempt** 120:21

**contend** 105:7 108:6 110:23 113:9

**contention** 111:8

**contents** 32:9

**contest** 47:22

**context** 93:24

**continued** 120:25

**contract** 41:8 154:25

**control** 41:20

**conversation** 15:3 38:12 39:15 43:7
52:2 55:14 58:24 59:8 64:10,20 68:25
74:8,10 79:4 90:25 92:5 93:23 97:6,7
103:4,8 123:23,24 126:21

**conversations** 13:19 15:13 59:11
62:19 64:24 67:10 68:4,6,8,16 73:15
75:20,22 78:6 93:13 94:12 95:2,16,20
96:4,8,25 98:6,10,12,23 99:6,21

101:3,19,21,23 102:8 103:21 104:7,
10,19,21 105:3 118:20 133:18
135:13,23 136:4,6

**copiers** 19:25

**copies** 144:20

**copy** 46:16 136:12 155:6 156:4

**Core** 19:20

**corner** 32:15,16

**correct** 16:14 32:8,12 36:23 45:21
55:18,19,21,22 56:14 65:20 70:16
75:2 79:11 84:2 93:6 95:25 109:2
110:15 111:23 112:3 121:16,17
129:24 143:19 145:25 146:8 151:2,16

**correspond** 155:3

**correspondence** 53:7 129:3,9

**counted** 105:12

**counterclaims** 72:18,19 152:25

**counts** 139:21

**court** 9:2,6 10:7,15,22 11:5 14:9
44:15 121:13 156:3

**courtesy** 11:14

**coverage** 103:5

**coworkers** 121:5

**create** 38:20

**created** 31:17,19,24,25 32:6 33:12
128:17

**creating** 40:24

**credit** 100:15,17,19 152:13

**current** 126:14 138:19 152:17 153:5

**customer** 22:10 68:13

**customers** 20:4 137:13,15 153:10

**cycle** 41:4


                    **D**

**damages** 115:20,24 116:3,4,15,19,
23 117:4,19 119:3 124:9 127:12
128:7

**Daniel** 76:23

**Danielle** 59:23 66:21 77:2 93:3 97:4,
5 98:15

**data** 137:21

**date** 46:16 50:21 57:12,15 67:12
74:10,17 75:24 76:3 79:17 83:17

91:8,9,13 103:11,14 122:5 125:18
138:17 143:21

**dated** 28:21 29:14 65:19

**dates** 19:14 67:14,16,23,25 98:10
121:10

**daughter** 40:19 50:23 51:20 73:19
74:14 76:18 78:10 81:12 85:18 93:15
94:11 95:13 99:15 102:15 103:12
104:5 105:11 109:10 111:5 112:2
117:9

**daughter's** 37:8 40:2 41:23 42:7,19
43:5,21 48:20 49:15 73:25 74:4 75:14
76:14 77:12 79:13 80:4,10 81:21 82:5
85:14 87:23 90:7 101:11 105:22
113:24 114:5,10

**day** 57:18 85:17 103:12 109:9,16
144:5

**day-by-day** 50:15

**days** 43:4 105:25 106:7,10,11,15,18,
19,25 107:2,7 114:9,12,18 115:4

**de** 86:24

**deal** 100:16,20

**dealing** 39:25 40:2 42:6,7 49:11
101:18 120:8,17 127:7

**deals** 51:9 101:13 146:15

**dealt** 119:15

**deaths** 126:7

**December** 109:19,20

**decide** 18:24

**decision** 15:24 55:24 56:5,7,9

**defendant** 9:17 110:8 112:18 113:9

**defendant's** 25:7 72:17,18,19 113:9
127:22

**defenses** 72:17,19

**defer** 122:23 124:17 125:14

**degree** 18:3,14

**demands** 51:5

**depending** 123:5 139:14

**depends** 139:8

**deposition** 9:22 10:2,4 11:3,25 13:4,
18,25 14:17,23 15:14 16:3 24:9 46:19
128:18

**Deraedt** 60:3 66:25 84:19 93:4
101:6,25

**describe** 119:6

**designate** 152:3

**designing** 88:10

**details** 111:3 121:11

**developing** 41:10 75:12 80:16

**devices** 138:2

**DGC** 86:15 87:7

**diagnose** 123:14

**diagnosed** 74:15 121:19

**diagnosis** 40:8 49:19 50:2 74:16,20,
24 123:12,17

**difficult** 42:9 49:13 64:7 109:6

**direct** 20:3

**director** 29:22 30:2 56:10 69:25 75:4
84:4 85:8 87:6

**disagreed** 39:23

**disciplined** 20:14 21:13 22:5,25
23:25

**disclosing** 13:8

**discounted** 139:22

**discoveries** 74:20

**discovery** 135:15 138:22

**discriminated** 92:20 93:22 110:23
112:7

**discrimination** 94:6 110:9,21
111:14 112:19 115:9

**discriminatory** 113:7

**discuss** 30:14 42:2 58:4,7,9 62:2
66:12 93:9 95:4 97:3 99:10 101:5
102:10 103:23

**discussed** 13:9 14:16 66:17,18,19,
20,21,22,23,24 72:5,25 73:12 78:18,
22 79:19 93:10,12 95:23 99:12 101:7
102:13,16 104:2,22 118:16

**discussing** 91:6,21

**discussion** 14:24 52:4 97:8 153:21

**discussions** 90:14 96:14 102:19

**disease** 50:5

**disheartening** 96:23

**disparaging** 114:4,8,17,23 115:3

**distress** 117:16 119:3,7 121:24

**DNA** 64:15

**doctor** 49:2,19 50:5 76:5 106:23
107:3 123:17

**doctor's** 109:11

**document** 25:6,13,17 28:9,12,25
29:2,6 30:21 31:2,5,10,12 35:15,22
36:3 43:25 44:3,7,10,13,17,21,24
45:3,7,11,23 46:3,9 52:15,16,20,24
56:16,22 57:2,5 60:7,9,14 65:4,10,13,
14 69:8,12,17,19 99:20 107:17,22
110:5 142:23 143:6,9,14 147:24
148:4

**documenter** 28:4

**documents** 13:24 14:3,7 15:19 29:6
118:4,7,10 122:7 124:18,21 128:6
135:7,15,18 138:22 142:9 144:16,19,
21 145:2,3,10,14,23 148:10,12
155:14

**drugs** 12:14

**due** 37:7 41:7

**duly** 8:5

**Dupixent** 125:4,13,17

**duties** 137:10 151:4


                         **E**

**earlier** 35:11 42:5 55:12 59:20 73:3
80:13 83:5 100:5 128:15

**early** 123:20

**early-october** 74:19

**Eddy** 56:8 73:21 110:13

**educated** 19:6

**education** 18:2 19:5 131:13

**educational** 18:17

**efficient** 52:6

**effort** 146:17,19

**efforts** 86:16 132:17 135:19 136:23
155:15

**Eighteen** 17:24

**elaborate** 40:20

**eligible** 139:25 144:23

**email** 60:22 142:20,21 143:18,23,24
144:3 148:13 149:8 155:8

**emailed** 57:17,18

**emails** 14:13 53:9 91:10,19 135:2,5
147:12 148:3,22,25 149:4,5,7,18,23

**emotional** 117:16 119:3,7 121:24
125:20

**employed** 20:21 61:13 62:6 63:2
67:19 108:18 140:12

**employee** 28:14 34:17 47:9 110:7
112:17

**employees** 65:25 66:4,15 113:10
127:21 150:21

**employer** 70:6,13 137:5

**employment** 19:14 20:10,15 21:9,
14 23:2 24:2 29:18 30:9 53:14 55:24
57:24 58:11 59:13 61:14,17 94:3
115:7

**enabled** 41:2

**end** 20:11 21:9 35:2,7,13 127:19

**engaged** 62:23

**engagement** 154:24

**engineer** 77:23 78:3 87:15,21

**enjoyed** 150:5

**ensure** 144:21

**ENT** 120:9 124:10,24

**entertaining** 133:17

**entire** 26:5 63:12

**entitled** 117:4 118:14 142:4

**environment** 51:8 96:22

**episodes** 81:21

**essentially** 21:22 23:10 137:25

**established** 49:7

**estimate** 132:3

**evaluation** 36:19 38:8 41:25

**evaluations** 30:11,14

**event** 47:22

**events** 42:8

**evidence** 52:9 100:23

**exact** 17:2 62:7 67:13,16,22,25 70:12
74:10,16 75:24 83:17 91:8,9,13
103:11,14 105:3 121:10 122:5

**examination** 9:10 156:8

**examined** 8:6

**examples** 41:15

**exchange** 69:20,21 107:23 129:3

**excuse** 16:9

**executive** 22:16 86:4 137:9,11 151:2

**exhibit** 25:9 28:6 29:3 30:23 35:19 44:4 45:4 46:18 52:8,13,17 56:19 60:10 65:7 69:5 71:6,8 92:15 107:12 108:21 112:12 116:7 127:16 143:3 147:21

**exit** 66:18

**expand** 33:14

**expectation** 81:10 100:12 101:12

**expectations** 33:4 81:18,19 82:3,20 100:4

**experience** 35:3

**experienced** 96:23 97:15

**experiencing** 51:7 81:8 97:16

**explain** 113:25

**explained** 97:7

**exploring** 33:13

**Express** 152:13

**expressed** 126:17

**extend** 134:14

**extended** 134:10

**extensively** 88:19

**eye** 106:23 107:3

---

**F**

**fact** 59:3 66:8 80:15 92:19 93:21 100:14 111:9

**factors** 40:16

**failure** 120:3

**fair** 62:22 83:18 96:18 101:14 102:5 131:7 136:21

**familiarize** 148:16

**family** 92:24 126:4,7 128:10

**Fargo** 151:23

**fax** 19:25

**feathers** 115:14

**February** 54:2 65:19 67:11,19 75:23, 25 109:21 138:17

**federal** 71:14

**feedback** 39:6 100:7

**feel** 34:9 57:24

**feeling** 59:12 115:17 121:6

**fell** 33:4

**felt** 41:15 80:12 96:21 120:2 121:2

**Fernandez** 122:12,17 123:11,20 128:11

**Fifteen** 108:25 147:18

**file** 121:13

**filed** 14:8 44:15,18 111:2 118:10

**filings** 14:10

**filled** 31:23

**fills** 32:3

**final** 100:22

**financial** 33:11,20 126:9

**find** 102:25 103:15 140:4

**finding** 100:9 125:25

**fine** 141:6 148:8 152:5

**finish** 11:12

**firing** 108:9

**firm** 140:10

**first-half** 34:25

**FISHER** 39:13 46:20 47:3 52:10 70:20 82:7 116:20 117:7 128:22 129:2,8,13,17,20 140:25 141:5 147:17 152:2 156:2,5

**fit** 61:21

**fixed** 138:4

**flurry** 133:8

**FMLA** 105:6,8,12,18 108:5,8,12,14, 17 117:12

**focus** 37:20,22 38:4,9 39:6,12,18,22 40:5,15,21 43:6,8,13 58:17 80:14 95:11 114:13

**focused** 41:9,16 80:16 81:24

**follow** 11:2 141:3 142:11 155:17

**forecast** 34:3,11 38:17,21 55:11

**forecasts** 34:4

**forget** 19:17

**forgot** 17:2 67:6

**formal** 18:2 44:14

**forms** 139:10

**forwarded** 149:8

**Foulon-belkacemi** 86:3

**found** 50:2

**France** 70:10,12,15 84:21 86:5,15 87:6 88:25 89:10 90:23 92:4,11

**freely** 12:7

**friend** 100:10

**friends** 68:15 130:20

**friendship** 68:15

**friendships** 126:11

**front** 10:21

**frustrating** 49:13

**funnel** 38:24 80:2 89:15,16,20 90:13, 16 91:7,21

**future** 51:17

---

**G**

**Gal** 86:24

**gap** 141:25

**gave** 100:5

**gears** 47:8

**general** 49:12

**generally** 132:4

**geographic** 130:23

**German** 59:24 66:20 77:22

**give** 11:13 12:16,20 90:12 100:14,17 147:10 153:17

**global** 18:21 69:25 84:20 85:8 87:5 88:24

**Gmail** 149:9

**good** 9:13,14 22:23 61:21 129:19

**govern** 9:23 10:18

**graduate** 18:4,7

**graduated** 19:8 20:23

**grass** 64:17

**Great** 156:2

**greener** 64:17

**ground** 9:21 10:25 13:17

**group** 21:19 86:18 87:7

**guess** 20:23 23:21 27:22 56:3 62:13 63:3,7 72:9 131:25 132:2

**guessing** 39:3

**Guilfoyle** 9:11,12,15 25:15 28:8
30:25 35:16,24 37:12,18 39:8,16
42:13 44:25 46:24 47:6,7 52:5,12
56:21 65:2 69:7 70:17,21,24 82:8
87:2 107:9,14 116:21 128:25 129:5,
11,14,18,22 140:23 141:3,6,8 142:8,
13 143:5 147:14,18,23 152:5 153:19,
23 155:13,19

---

## H

**half** 31:14 32:25 35:7 106:7,11,14
107:2 109:16

**Hames** 84:3

**Handbook** 28:14

**handing** 68:9

**handle** 27:5 85:24

**handwritten** 136:22

**Hang** 104:15

**happened** 49:16 50:14 62:21 67:24
120:3

**happening** 50:13 64:18 102:6 103:2

**Haran** 9:1,5,13 10:1 11:1 12:1 13:1
14:1 15:1 16:1,6 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1,16 26:1 27:1
28:1,4,11,25 29:1 30:1,21 31:1,4 32:1
33:1 34:1 35:1,17 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1,2,10 45:1,2
46:1 47:1 48:1 49:1 50:1 51:1 52:1,15
53:1 54:1 55:1 56:1,17,24 57:1 58:1
59:1 60:1,8 61:1 62:1 63:1 64:1 65:1,
3 66:1 67:1 68:1 69:1,3 70:1,25 71:1
72:1 73:1 74:1 75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1 105:1
106:1 107:1,10 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1 127:1 128:1
129:1,23 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1,8 144:1
145:1 146:1 147:1,16 148:1,2 149:1
150:1 151:1 152:1 153:1,24 154:1
155:1 156:1,9,13

**Haran@orange** 143:25

**hard** 64:13 82:10

**hardships** 126:9

**head** 11:5 29:22 118:5 138:24

**health** 73:16,19 139:16

**hear** 81:5

**heard** 67:3 68:17

**heightened** 81:20

**held** 19:10 98:3 105:14 117:10
136:25 153:21

**helped** 41:11 51:15

**helping** 90:10

**Hernandez** 92:25

**Hey** 58:24 61:20 64:10 67:3

**high** 18:4,7 148:23

**higher** 56:13 115:15

**highest** 17:25

**HIPAA** 122:6,24

**hired** 24:5,12,14,17 111:21,25

**hiring** 47:17

**history** 125:20

**Holbrook** 9:9 16:12

**hold** 20:6 23:11

**Holtsville** 17:4

**home** 22:21 49:17 50:24

**homeschooled** 49:4

**homeschooling** 48:23 49:8

**honestly** 12:24

**hope** 97:19

**hopeful** 49:18

**hoping** 49:22

**hospital** 49:6 50:24 85:18

**Hostetler** 9:16

**hour** 70:18 124:2

**hourly** 106:17

**hours** 12:14 13:16 104:24

**HR** 79:10

**Hubert** 60:6 67:9 89:23 90:18 91:7
93:5 103:24

**human** 11:9 47:14 54:14 110:22,25
115:15

**hundred** 56:4 138:15

**Hunter** 84:5

**husband** 14:20,23

**husband's** 17:13 139:18

**hyper** 121:3

---

## I

**IBM** 89:22 90:11,15 91:6,22 133:23

**identification** 25:9 28:6 29:3 30:23
35:19 44:4 45:4 52:17 56:19 60:10
65:7 69:5 107:12 143:3 147:21

**identified** 36:14 110:12 112:22
117:5 149:17,22 152:8

**identifies** 109:16

**identify** 72:13 109:9 110:7 112:16
113:6 127:21 128:5,10

**identifying** 37:23

**illness** 37:9 40:2,8 42:7,19 43:5,22
48:20 74:15 75:14 76:14 79:13 82:5
85:14 90:7 101:11 113:24 114:5,10,
24 115:5

**illnesses** 41:24 126:3

**imagine** 136:14

**immediately** 16:23 130:11

**impact** 119:17

**impacted** 119:22

**impacts** 120:12,13

**impasse** 41:6,7

**improvement** 36:18 37:6

**inability** 74:2

**inaccurately** 63:8

**includes** 138:2

**including** 10:19 138:2

**incorrect** 126:19,22

**incorrectly** 62:13

**increase** 51:6

**increased** 75:10,17 76:15 77:10
78:7 79:24 80:7 85:15 87:24 90:6
93:10 94:7 95:8,10 97:9 99:14 101:10
102:14 104:4

**increasing** 59:2

**individual** 20:4

**individuals** 64:23 71:12 92:16
104:22 127:21 128:6 149:22

industry 130:19

infection 50:4

infectious 50:5

inflammation 120:12

information 13:19 44:20 51:24
71:13 72:3,14,23 73:7,10,21 74:23
75:6 76:10,14 77:4,24 78:15 79:21,24
84:6 85:10 86:6 87:8,17 89:2,11 90:2
145:12,15,23

informed 38:7 82:21 92:18 93:20

initiative 38:20

input 36:8

inputted 32:11

insomnia 120:16 121:18,20

instance 64:7

instances 61:24

institutions 18:17

instruct 146:25 147:5

insurance 139:16 142:10

integration 77:3,15 97:23

Intelenet 20:19

interested 130:21 153:6

interfered 105:8,18

interference 105:7

international 89:24

Internet 137:23 138:5

Interrogatories 45:15,20 71:7 92:14

interrogatory 71:17,24 72:12 78:25
93:19 95:6 108:21 109:4,9 110:4,6
112:12,13,16 113:5,17 127:16,17,18,
20 128:3

interrupt 11:10

interview 133:22

interviews 132:16,19,22 134:4,10

introduce 46:18

investigation 40:10

invited 53:16,19

involuntary 68:23

involved 47:23 97:13

IOT 137:22

issue 100:6 120:13 121:25 127:3

issues 41:19 48:22

ITHELPDESK@ORANGE.COM
143:19

## J

January 27:21,23 49:3 83:6,12,14,20
86:12

Jennifer 54:12,13 55:2 66:23 78:14

jeopardy 57:25 58:10 59:13

job 19:9 21:11,17,18 22:8,9,19 23:5
40:5 42:12 61:3,5,20 63:23 64:2
90:20 93:18 94:24 96:19 102:24,25
120:24 125:25 126:14,18 127:8
130:4,10,24 132:15 133:12 134:9,10,
14,21,25 135:19 136:22 137:10 138:9
140:5 151:4,6 152:17 154:7

jobs 130:12,14,15,25 131:18 136:5,
25

joined 20:18

judge 10:15,21

juggle 42:10 81:17 90:9 106:9

juggling 51:4 59:5 78:11

Julia 17:20,23

July 34:18,22 35:2,13

jump 11:10

jumped 55:10

June 35:11

jury 10:16,22

Justin 9:15

## K

key 88:24

kickoff 86:19

kid 104:15

Kimmick 29:19 30:17 31:19 36:12
38:7 40:20 41:21 42:17 53:19 55:18
56:6,13 57:21 59:21 66:17 73:9 85:20
110:13 112:22

Kimmick's 29:20

kind 11:9 15:23 19:5 22:21 26:23
52:4 61:9 64:24 80:22 81:4,22 84:15
86:9 93:15 100:3 104:15 120:20,22
134:24

kinds 133:17

knew 15:20 47:18 76:17 84:12,25
130:18,19

knowledge 45:17 70:5 71:13 72:14,
23 73:17 88:13 110:2 153:8,12

Kyndryl 133:25

## L

lack 37:20 38:3,9 39:5,12,18,22
40:21 43:8,13 58:17 80:21 114:12

lacked 80:13

Lacosto 88:6

lamenting 68:16,25

laptops 137:22

larger 34:5 90:12

late 35:8

late-september 74:18

Laurie 86:24

law 10:19 110:22,25 111:11

laws 142:2

Lawson 54:12,13 55:20 57:21 66:23
78:15,16

lawsuit 15:25 44:16 105:6 115:20
119:4 153:2

lawyer 111:2 118:17 135:10

leader 86:17

leadership 115:16

Leading 98:7

learn 53:14

leave 23:20 53:10 102:24 108:14,18

leaving 146:23

led 86:15

left 10:8 27:4,7,25 145:24 150:2

legal 41:5,6,7,19 100:6,9

Lesterson 154:12,16

letter 57:9,13,16,20 154:25

level 17:25 23:14,15,21 24:2 56:12
148:23

Liam 17:20,21

library 33:18

Hargave                                                                    Patricia Haran
Orange Business Services Inc.                                              April 26, 2023

**life** 125:23 126:5

**lines** 55:5

**Linkedin** 130:16

**list** 59:18 66:6 70:13 71:11 92:16

**listed** 45:17 84:14

**litigation** 135:7 150:17,22

**live** 16:18

**lived** 16:12,15,25

**LMHC** 92:25

**log** 129:15

**long** 13:13 16:15 20:6,24 21:23 64:10 125:9,12

**longer** 125:13

**looked** 14:6 136:15

**Lorna** 28:2 83:5

**loss** 126:11

**losses** 97:14

**lost** 117:23 118:2 120:16

**lot** 73:14 85:2 97:12 148:6

**Lou** 59:22 66:19 76:7 93:2 95:5,17,23

**lower** 32:15,16

**Lumen** 23:16,22 24:3

**lunch** 129:19

---

**M**

**M-A-T-E-J-O-V-I-C** 16:10

**M.J.** 60:6 67:9 89:23 92:7 93:5 103:23

**M.j.'s** 104:13

**machines** 19:12 20:2

**made** 22:17 55:23 56:5,6 68:19 85:19 93:21 113:10 134:13

**maiden** 16:7

**maintaining** 83:9

**major** 86:5 87:7 89:9

**make** 39:2 41:16,17 50:7 55:4 59:6 62:15 82:17 113:22 114:3,7,16,22 115:2 118:19 129:11

**makes** 42:24,25 43:2 56:3 62:21 120:13

**making** 15:24 75:12

**manage** 43:21 90:21 100:8 119:14, 20 120:11,18 124:13 133:12

**manager** 24:18,22 54:15 76:8 77:3, 15 84:21 87:5 88:24 89:9 97:23 121:5

**manager's** 32:18,23 36:21,25

**managing** 40:7

**manifestations** 121:23

**Marie-cecile** 60:2 66:25 84:19 93:4 101:6,24

**Mark** 28:4

**marked** 25:6,9 28:5,25 29:2 30:21,23 35:19 44:3 45:3 52:15,16 56:16,19 60:8,9 65:3,7 69:3,5 71:5 107:10,12 143:3 147:16,21

**marketing** 22:15

**married** 17:11

**match** 131:20

**Matejovic** 16:10

**matter** 9:18 71:14 72:15 116:8 128:7

**matters** 145:24 146:2

**matured** 33:15

**MBA** 18:20,25 131:8

**means** 33:22,25 151:12

**meant** 40:21 99:4

**medical** 77:12 78:10 80:4 121:19 123:16

**medically** 76:20

**medication** 12:14 124:5 125:5

**medications** 124:16,23 125:7,10

**meet** 30:13 33:10,19 34:11 43:10 48:2 50:20,21 152:22

**meeting** 53:21 54:4,9,19 57:20 122:21

**Melegrito** 60:5 67:6 87:13

**Mellon** 151:22

**member** 79:10

**members** 92:24 128:11

**memory** 48:9

**mental** 125:20

**mentioned** 29:7 38:13 39:12,15,18 41:4 42:4 55:12 80:7,13 82:19 83:5 103:3 111:17 112:6 121:18 128:16

131:8 145:16,21 150:24 154:5

**message** 62:10

**messages** 98:20

**met** 48:6,14,17 73:4 75:22 92:3 93:15

**method** 94:16

**metrics** 100:21

**metro** 131:3

**MFS** 20:19 21:6,16,17

**mh-hm** 10:12 72:16 83:21 103:7 108:3 109:18 110:11 127:25 128:9

**Michel** 67:6 88:6

**Michelle** 47:10,13,14,22 48:2,14 53:8,11 59:19 72:2

**middle** 116:13

**midway** 15:10

**midwest** 30:6

**mind** 46:6

**mine** 22:13

**minutes** 48:18 70:19 147:11 153:17

**misquote** 124:19

**missed** 150:12

**missing** 133:16 139:24 152:15

**mitigating** 40:16

**mixture** 148:12

**module** 83:9 89:18 90:12 91:2

**mom** 107:3

**moment** 9:21 35:22 44:7 45:6 56:25 65:10 69:12 107:16

**monetary** 116:4

**money** 117:22

**month** 19:17

**monthly** 123:8

**Moody's** 77:19 150:10

**Morgan** 151:22

**morning** 9:13,14

**mother** 14:21,25 42:6 73:20 76:4 94:11 105:10 106:22 111:5,22 112:3, 9 117:9

**mother's** 37:9 41:23 42:19 114:24 115:5

**move** 26:22 39:9 42:14 79:25 85:16

114:14

**moved** 150:4

**moving** 37:23 80:9

**multiple-page** 147:24

---

**N**

**NA** 9:18 24:8 70:3

**Nadine** 86:2

**named** 47:9

**names** 16:6 17:19 71:19 87:3 92:21 124:19 133:3,5,6

**Natalie** 67:8 89:8 91:25

**nature** 11:9 63:23 119:7 122:16

**navigate** 41:12

**needed** 36:18 37:6 49:4 74:6 80:18, 19 103:6 144:21 145:4 146:21

**needing** 81:4,11 111:6

**negative** 113:23 114:2,8,16,23 115:3

**neglect** 46:22

**negotiated** 89:16

**network** 88:11

**Nodding** 18:19

**nods** 11:5

**Non-solicitation** 25:21

**nonresponsive** 39:9 42:14

**northeast** 30:6

**Notary** 8:5

**note** 37:4 62:15

**notes** 136:22 150:3,7

**notice** 92:17

**notified** 65:22 67:20 142:15 144:7 146:7

**November** 109:19

**number** 39:3,4 54:24 71:17,24 72:12 92:15,24 95:6 108:24 109:4,7 110:4 112:13 113:5 127:17,20 128:3

**numbers** 75:13 76:16 82:22,24 100:15,18 109:5

---

**O**

**oath** 10:7,9,13,14 71:2 129:24 153:25

**Objection** 82:7 116:20 117:7

**objective** 43:10

**objectives** 33:11,20

**OBS** 24:9 25:11 28:10 85:9 86:5

**OBS11** 25:8

**OBS13** 28:5

**OBS334** 30:22 31:3

**OBS344** 35:18,25

**OBS381** 56:18,23

**OBS5** 25:8

**OBS575** 107:11,15

**OBS821** 147:20,25

**OBS910** 143:2,6

**OBS926** 65:5,6

**OBS930** 69:4,9

**obstacle** 41:12 100:9,11

**obstacles** 41:3

**obtain** 18:11 138:9 144:15,17,19

**occasions** 38:14

**occurrence** 61:23 62:17 63:18

**October** 43:5 48:9,13 74:12 103:18 108:2 109:16,17

**offended** 40:13

**offer** 61:25 134:14

**offered** 105:13

**offers** 134:10

**office** 47:19

**onboard** 47:18

**onboarded** 29:13

**onboarding** 29:8

**one-page** 28:9

**onerous** 41:19

**ongoing** 14:24 15:2 48:21,22 50:4 51:3,11 64:20

**online** 18:22 131:8

**opportunities** 33:12,14,16 34:10 37:23 61:5 95:19

**opportunity** 10:5 20:13 36:21 69:13 107:18 143:10 148:5,22

**option** 105:13 139:19

**options** 124:13

**Orange** 9:17 23:24 24:5,8,9,13,20 25:3,22 26:6,13 29:18 30:10 32:7 36:20 45:21 46:12 47:9 53:14 55:25 60:23 61:2,14 62:6 63:2,25 64:2,5 65:23,25 66:3,10,15 70:2,3,4,9,11,14 75:5 76:9 84:5 87:16 88:7,25 89:10, 25 90:22,23 97:22 105:8,18,21 106:21 108:6,11,15,18 110:23 111:19,22 112:2,7 113:22 114:3,7,16, 22 115:2,8,10 121:16 125:24 130:3,6 131:14,20 132:12 134:22 137:2 138:17 141:10 142:17,18 143:24 144:3 145:25 146:12 149:8,19,24 150:21 151:6,14 152:19 153:5,11,14

**Orange's** 152:24

**Oranges's** 92:14

**order** 50:6 90:12

**ordering** 156:4

**orders** 33:6

**overcome** 100:9

**overlay** 77:14 87:21 88:9

**oversee** 90:21

---

**P**

**p.m.** 156:9

**paid** 106:2,10,19 107:6 144:22,24

**Paine** 28:2 83:6

**paper** 28:17

**papers** 29:12

**paperwork** 49:7

**paragraph** 109:12 116:13

**part** 27:3 38:6,8 47:15,17 56:9 58:20 63:22 64:15 79:3 90:20 98:20 105:4 115:19 135:7,15 136:2 146:16 150:16 152:3

**partial** 106:7

**partner** 137:9,11 150:25

**partnership** 33:13

**parts** 50:9

**pass** 41:18

**past** 41:2,12

**Patricia** 9:5 16:6,9 156:8,13

**Patrick** 17:14

**Patty** 33:2 143:25

**Patty.haran@orange.com** 60:23

**Paul** 60:3 67:4 85:7 93:4 102:10,12 103:4,21

**Paul's** 102:22,23

**pay** 106:14 117:23 118:2

**paying** 139:20

**pending** 12:9 142:25

**people** 45:16 64:4 66:6,8,9,25 68:6, 10,20 93:20 132:23 145:7 146:17,19

**percent** 56:5 138:15

**perception** 58:18

**perform** 76:16

**performance** 30:10,14 31:13,18 32:2,6 34:21,25 36:7 37:5 39:19,20 41:24 58:2,12,13,15,20,25 59:15 81:10 86:11,13 87:12 88:3,16,20 89:6

**perjury** 10:20

**persistent** 81:25

**person** 27:16,24 75:22 88:10,12 109:3

**personal** 149:9

**persons** 72:13

**Perusing** 44:8 45:8 52:21

**Peter** 59:22 60:21 65:16 66:18 67:4 75:3 92:25 93:9,24

**Pfizer** 41:6 77:19 100:6,16,21

**Phillipe** 60:4 67:5 87:13

**phone** 94:15 95:21 96:12 99:19 101:22 104:11,21 137:21 155:5,11

**phones** 138:3

**phrase** 38:3

**physical** 121:23

**Physically** 54:5

**Pichon** 66:24 69:21,24 79:20 93:3 99:10 101:3

**pick** 146:23

**pile** 28:16 29:11

**pipe** 33:18

**pipeline** 33:9 34:3,7,8 37:25 38:25

**pizza** 73:5

**pizzeria** 48:3,15

**place** 67:11,18 73:5 95:16 96:4 103:9 104:23

**Plaintiff's** 155:15

**plan** 32:2 38:17,23 139:18,19

**plans** 137:20,21,22

**point** 15:8 16:25 17:3 47:25 50:25 74:11 76:19 82:23 83:2 91:12 92:4 123:10 133:18,24

**Pons** 86:25

**poor** 121:7

**populated** 32:4

**portfolio** 33:15

**portion** 37:14 39:9

**position** 19:19,24 20:7 21:3 23:12 24:16 62:25 137:7

**positive** 86:10,12 87:12 88:16,20 89:6

**possession** 46:12 72:7,10

**possibility** 92:6

**potential** 27:12 50:3 62:2 91:3 136:5

**praying** 49:22

**preceding** 16:24 42:8

**preexisting** 120:5

**preparation** 13:6,24 128:17 129:7

**prepare** 13:4

**presales** 77:23 87:15

**prescribed** 124:4,24,25

**present** 54:8 94:25 96:24 99:5 101:2 102:7 103:20 104:18

**presented** 38:16,23

**pressing** 59:4

**pressure** 51:6 59:2 75:10,17 76:15 77:10 78:7 79:24 80:7 85:2,15 87:24 90:6 93:11 94:8 95:8 97:10,11,16 99:14 101:10 102:14 104:4

**presume** 11:20

**pretty** 14:8 138:6 150:12 155:10

**previous** 14:9 38:22 125:19 130:18

**previously** 78:13 79:19 83:10,24

**primarily** 130:20,25 150:13 155:5

**prior** 44:18 45:24 57:23 59:10 60:25 63:24 79:5 83:20 92:4 98:15

**priorities** 51:12

**privilege** 129:15

**privileged** 13:21 128:23

**prize** 47:23 48:3,7

**problem** 52:7

**procedure** 105:23

**process** 36:20 51:21 56:10 135:16

**produce** 135:20

**produced** 98:19 135:6 150:15,22

**producing** 135:8

**production** 128:21 129:16 140:19, 24 141:7 142:9,12 155:14,18

**products** 137:14,17 151:15

**professional** 121:20

**program** 18:22 131:8,10

**progressively** 37:24

**prohibit** 105:21 106:21

**promoted** 87:6

**pronouncing** 154:11

**properly** 11:21

**Proprietary** 25:20

**prospect** 91:6

**provide** 54:17

**provided** 54:21 145:12,14 148:11

**providing** 146:11

**PTO** 106:2 107:4

**Public** 8:6

**pull** 144:25

**pulled** 144:25 148:13

**purchase** 139:19

**Purdue** 18:21 131:9

**purport** 110:9 112:18

**purpose** 9:22 68:3

**purposes** 11:2 100:21 118:15 145:22

**pursuing** 18:20

**put** 14:6 92:7 129:14 141:2

## Q

**qualified** 33:9,18

**question** 11:11,12,16 12:9,10 37:10 39:11 42:16 58:8 59:9 66:7 72:11,22 82:18 102:18 114:15 116:5,25 126:22 142:25 147:4

**questions** 10:6,7 11:20 12:2 148:14, 18

**quickly** 76:17 80:2,9,17 101:14

**quota** 34:5,11 38:18,22 55:5,9,13,15 64:19 75:12 82:22 89:18 100:15,18 137:13

**quotas** 152:22

**quote** 55:6

## R

**ran** 140:9

**range** 132:7

**rating** 36:16,17 37:6 43:3,11

**reached** 62:24 153:4,13

**reaching** 62:18

**read** 32:22 37:12,15 71:18 92:21

**real** 80:21

**realistic** 101:15,16

**reason** 12:20,23 46:8,11 54:17,24

**reasons** 54:20,23

**recall** 13:11 16:2 24:25 27:18,20 28:19 34:20 53:23 54:7 55:2 57:12,14 59:10 62:7,11 63:4,14,15 64:7,25 67:13,15,22,25 74:17 83:16 91:8,9,15 92:8 94:14,16 96:3,11 98:9 103:11,13 104:10 118:4 121:10 122:5 123:19 124:15 125:18 128:18 131:9,21,24 132:11 135:14 141:20,21 142:2 145:9,13 150:9 154:7

**receive** 30:10 57:19 139:4,7 140:15, 20 141:10

**received** 57:10,13 142:4

**receiving** 59:2 79:25 85:16 87:25 93:11 119:19 141:22

**recess** 70:23 129:21 147:13

**recognize** 25:16 28:11,13 29:5,9 31:4,9 36:2,5 44:9 45:10,13 52:23 53:2,5,7 57:4,7 60:13,17 65:12 69:16

107:21 143:13 148:25 149:3

**recognized** 86:11,18

**recollection** 64:22 124:23 134:3

**recommended** 49:2

**record** 9:3,20 24:7 28:9 31:2 35:17, 25 56:22 65:4 69:8 107:15 135:11 136:11 143:6 147:24 153:20,22

**recorded** 126:16

**records** 46:17 91:19 103:15 121:12 122:24,25 125:15 133:21 134:20,24 136:13 138:25

**recovering** 49:17

**recovery** 40:9 105:23

**recruited** 23:23 47:16

**recruiter** 61:12,15,19,25 62:18,24 140:6,7 154:5,25 155:4,16

**recruiters** 61:8,16 130:17

**refer** 91:10 145:11

**reference** 84:16 86:9 87:11 88:16,21

**referenced** 73:23

**referred** 121:25 129:5

**referring** 24:7 27:25 111:12 118:8

**refresh** 14:10

**regain** 119:25 120:22 121:4 142:16

**regard** 75:7 76:11 77:5,25 78:16 84:7 85:11 86:7 87:9,18 89:3,12 90:3 93:9 95:6,14 97:4 99:11 102:11 103:24

**region** 30:3 91:4

**regions** 30:6

**regular** 78:5 90:19 95:17,19

**regularly** 77:9 79:23 84:24

**related** 40:4,17 45:17 50:17 95:20 111:11 119:13 126:23

**relating** 124:8 128:6 135:18 142:9 155:15

**relation** 50:13

**relations** 90:22

**relationship** 41:10

**release** 15:18 122:7,25 124:21

**released** 85:18

**relocate** 131:5

**remember** 20:20 57:17 63:9 74:9

98:16 133:7,15 135:8,11 154:19

**remembering** 134:7

**remotely** 131:3

**removed** 100:11

**rep** 19:22 21:4,6,21 22:18 23:10

**repeat** 37:10 82:17

**repercussions** 117:20

**rephrase** 11:18

**report** 29:17 30:7 115:8

**reported** 29:19 55:17 56:11

**reporter** 9:2,6 10:8 11:6 37:15 156:3

**reporting** 123:19

**represent** 9:17

**representative** 110:8 112:17

**representatives** 113:10 132:25 133:4

**request** 53:10 85:20 108:17 111:18 115:15 128:20 129:12,16 141:7 142:12 155:18

**requested** 15:18 27:9 37:14

**reschedule** 51:2

**resign** 83:11

**resigned** 20:12 21:10 26:19 27:4,16 83:6,22

**resources** 47:15 54:14 115:15

**respect** 86:21 99:24 147:2,8

**respond** 36:21

**responded** 42:22

**response** 11:4 39:17,22 71:16,23 92:15,23 93:16 94:18 96:14 101:25 102:22,23 104:13,14 109:15 110:3 113:13,16,17,20

**responses** 45:19 46:13 71:6,11 92:13 108:21 112:12 127:16

**responsibilities** 19:24 21:5 26:12 27:2 40:6 42:11 59:5 78:9 83:3,20,24 90:9 151:6

**responsibility** 83:7 90:21

**responsible** 30:5 77:16 83:10 137:12 152:20 153:15

**result** 81:11 126:13,18 132:16 134:9

**results** 33:3 88:2

**resume** 155:6,9

**retaliated** 92:20 93:22 105:16 108:7, 11

**retaliation** 93:25 94:5 108:5 110:10 111:10,14 112:19 115:9

**retaliatory** 113:7

**Reticker** 60:4 67:4 85:7 93:5 102:11, 12

**return** 49:2

**returning** 129:9

**revenue** 33:3

**review** 13:23 14:12 31:13,18 32:2,6 34:21 36:7,9 37:5 38:12 39:19,21 44:7,17 45:7,23 56:25 65:10 69:12 71:15,20 107:17 148:3,9,22

**reviewed** 14:5 128:16 129:6

**reviews** 34:25

**rights** 25:20 105:8,19 110:22,25

**Road** 9:8 16:12,25 17:3

**Robert** 67:8 88:23 89:3

**Rocco** 47:10 48:2,6 53:8,11 59:19 72:2,6,23

**role** 21:20 22:18 23:8 26:5 62:2 84:18 151:5

**roles** 26:8

**Romero** 59:25 66:21 77:22,25

**roughly** 20:22 123:2

**ruffle** 115:14

**rule** 13:17

**rules** 9:21,23 10:18,25

---

**S**

**Saint** 86:24

**salary** 106:17 131:16,20,21 132:6 138:19 139:11

**sales** 19:21 20:3 21:4,6,21 22:18 23:10 29:22,23 30:2 34:3,4,10 41:3 43:20 51:7 55:7 56:10 61:4 64:15 78:3,7 79:25 80:8,9,20 81:6 82:2,22 84:4 85:3,16 86:16,19 87:6,21 89:16 90:15 91:7,21 95:19 130:14 137:12 146:19 152:20

**salespeople** 61:23

**salesperson** 63:19

**Samsung** 152:12

**scare** 76:20

**scholarship** 51:21

**school** 18:5,8 48:23,25 49:11 51:16

**schools** 49:12

**scope** 130:23

**scrutiny** 75:11 94:8 95:10 100:7 101:9 102:15

**search** 130:15,24 132:16 134:21 135:19 136:23 155:15

**secondary** 18:16

**seek** 18:24 131:12

**seeking** 115:20,24 116:16 117:22,25

**self-confidence** 119:23 127:3

**self-induced** 127:4

**sell** 33:14 139:9,14 151:13

**selling** 19:25 21:7 137:13,14,18,20, 22

**send** 62:9

**sender** 143:17

**sending** 46:23 135:9 155:9

**sense** 42:24,25 56:3 62:21

**sentence** 33:7 37:25

**sentences** 32:23

**separated** 151:7

**separation** 125:24 131:14 134:21 137:2 141:9 149:18,23

**September** 74:12 122:8 131:11

**series** 74:20

**served** 45:24

**serves** 48:9

**service** 138:4,5

**services** 9:18 21:8 23:24 24:6,8 70:4,9 77:3,15,16 97:23 137:15,18,23 146:11 151:15 153:7

**session** 10:11 13:6

**sessions** 15:10 122:18

**set** 83:19 151:9,10

**Shaman** 154:12,23 155:16

**share** 51:23

**shared** 15:19,21 51:25 59:19

**short** 22:10 33:5 70:23 129:21 147:13

**show** 25:5 28:3,24 30:20 35:14 43:24 44:23 52:14 56:15 60:7 65:3 69:2 107:10 122:25 142:22 147:15

**sic** 110:13

**side** 70:11

**sign** 29:12 41:8 46:9,10,16

**signature** 25:25 28:20 29:10,14 46:3,13

**signed** 24:25 25:22 28:17 29:7 100:20 122:25

**SIM** 137:24

**Simal** 22:11

**similar** 76:20 152:18

**simultaneous** 29:25 70:7 135:3 145:17

**Singh** 59:22 60:21 65:16 66:18 75:3, 7,20 93:2,9,24 94:13 95:2

**Singh's** 94:18

**single** 67:24

**sinus** 120:13 121:24

**sinuses** 120:6

**Sitting** 134:2

**situated** 48:24

**situation** 77:12 79:12 81:7 94:21 96:17 102:4 117:21 120:19 124:14

**situations** 120:16

**sleep** 120:16

**small** 22:20,24

**social** 49:5 51:14,15

**sold** 77:18

**solution** 151:9,10

**solutions** 88:11

**son** 51:18

**sort** 14:24 26:18 41:14 47:21 50:15 53:10 58:24 64:20 68:16,24 139:25 141:10

**sorts** 138:2

**sought** 122:17 142:16

**sound** 122:9

**space** 19:6

**speak** 12:3 13:13 14:22 63:25 65:24

**speaking** 29:25 47:19 70:7 135:3 145:17

**specific** 24:19 30:3 32:10 64:23 68:12 98:9 134:3 145:9

**specifically** 28:19 38:3 95:5 112:13 114:11

**specifics** 64:25 92:9 94:14,16 98:16

**speculate** 56:2 82:11,15

**speculating** 33:22

**spend** 124:2

**spin** 133:25

**spoke** 15:7 48:18,19 49:14 67:5,6,7, 8,9,14,16 77:9 79:23

**spoken** 27:12 95:24

**spokesperson** 79:8

**Stanley** 151:22

**start** 91:5 121:8 123:25 130:9

**started** 19:15 25:2,22 26:25 125:16 128:15 130:4,11 131:9 138:13 141:21 142:6

**state** 8:6 9:2 63:7 111:11 141:11 142:2,10

**stated** 16:11

**statement** 42:5 100:22

**States** 28:15 30:4

**status** 112:8

**stay** 64:11,18

**stayed** 22:4

**stemming** 127:3

**step** 22:17 85:24

**steps** 118:23

**steroids** 124:25 125:11

**stock** 139:19

**stonewalled** 93:16

**stonewalling** 81:2 99:25 120:20

**Stony** 18:12

**stop** 88:4

**stopped** 122:3

**stress** 15:23 75:10 119:14,17,21 120:12 125:20 126:13,17 127:5

**stressors** 125:23 126:4

**strike** 39:9 42:14 114:14 128:2 132:20 140:19

**struggle** 50:17 51:12

**stuff** 104:6

**subject** 71:14 72:15 94:9 121:7

**subjected** 110:9 112:18

**submit** 136:10

**submitted** 136:9 138:21 139:2

**submitting** 135:14

**subset** 77:16

**substance** 36:9

**successful** 40:24

**sufficient** 33:10,19 34:9 38:25 39:2

**Suisse** 152:13

**summary** 111:3

**supervisor** 55:21

**support** 88:10

**supported** 78:4 87:22

**supposed** 50:20

**surgery** 40:9 49:16,21,23 73:25 74:13 103:13

**Switching** 47:8

**sworn** 8:5

**sympathetic** 94:20 96:16 97:19 102:3

**system** 106:13 142:17

---

**T**

**T-MOBILE** 126:18 133:9 134:15 137:6,8 138:10,20 140:2,5,13,16,21 142:6 151:2,5,14,19 152:7,18,22 153:7 154:6

**T-Mobile's** 137:14,18

**tablets** 138:3

**takes** 137:24

**taking** 26:25 41:22 42:18 50:18 58:17 67:11 94:10,24 95:12 104:23 105:22 106:22 111:10 114:9,11,17 115:4 124:12 125:6,17

**talk** 13:10 48:15 61:22 63:21 66:7 99:13 120:25 122:19

**talked** 15:11 39:21 49:10 50:16 51:3, 5,13,21 59:17,19,20,21,22,23,24 60:2,3,4,5 73:3,14 78:6,8,14 81:3 84:10,23 90:23 93:17 94:4,6,22 95:8, 9 99:13,14 101:8,10,12 133:14 134:8

**talking** 16:3 124:2

**target** 33:5 34:11

**targets** 152:21

**tax** 140:16

**team** 47:17 84:5 86:17,20

**teaming** 68:12 146:16

**teams** 60:18,19 65:16 69:20 75:21 98:21,22 99:3,21 101:23 104:9 107:23 146:14

**technical** 24:24 75:4 88:9,10

**technologies** 22:12 23:17 138:8

**technology** 130:14

**Telecom** 23:7

**telecommunication** 21:7

**Teleport** 21:18,23,24

**templates** 32:5

**ten** 36:15 70:18

**tenure** 26:5,18 63:12

**term** 99:3 125:13

**termed** 39:2

**terminate** 55:24

**terminated** 53:15 55:3 57:11 59:11 66:9,11 67:3 68:21 95:25 105:16 111:9 117:14 121:16 144:4

**termination** 54:18 57:9,23 60:25 63:24 65:23,24 66:13 67:21 68:23 79:3,9,17 94:2,4 95:9,23 98:8 120:4 130:3,5 138:16 141:24 142:15 144:8 146:8

**terms** 51:7 86:15 101:8

**territory** 33:3

**testified** 8:7 55:17

**testify** 12:25

**testimony** 10:19 12:16,21 154:7

**text** 36:9 69:20 98:15,19,25

**texts** 135:25 136:2,3

**that'll** 52:12

**therapist** 14:20 15:6,13 119:25

121:2,9,14 122:4,11 123:14 124:7
126:16

**therapy** 15:9 119:9,10,13 122:18,19

**Theron** 67:8 89:8 91:22,23

**thing** 15:4 26:23 43:19,20 53:21
58:19 63:20 95:7 104:16

**things** 11:6 15:23 22:24 48:19 61:9
64:11,14 68:14 74:22 78:17 80:3
85:17 91:11,19 100:4,5 102:17
103:25 106:8 119:12,14 124:19
135:13,23 136:16 137:23 139:12,21
144:23 151:12

**thinks** 34:7

**thought** 22:22 40:13 43:9 61:10
80:14 81:13 115:16

**thoughts** 15:22

**three-and-a-half** 13:15

**Thursday** 13:12

**tied** 59:3

**time** 12:7 19:16 20:25 21:14 22:6,10
23:21 26:13,24 27:10 31:7 37:7 41:22
42:18 43:14 47:25 49:19 50:18,25
53:11 58:16 61:13 62:5,20 63:5,9
67:20 69:18 74:5 75:24 76:4,19 81:3,
4,12,23 83:12,14 87:25 88:19 93:12
94:10,24 95:12 97:9,18 99:15 102:15
103:6,17 104:4 105:10,11,14,22
106:2,22 111:10,25 117:8,12,17
119:16 129:19 130:2 134:8 136:10
141:23 142:14 146:6,12 148:3,9

**timeframe** 27:23 74:19 103:16

**timeline** 14:5 128:17,21,22 129:6

**times** 26:17 49:13 61:17 62:8 63:11,
15,16,17 80:8 105:3

**title** 24:19,24 29:21 54:16 97:21,24
98:2

**titles** 21:21 26:9,10

**today** 10:20 12:17,21,25 72:5,25
73:12 78:18 134:2

**today's** 10:11 13:4,24 14:16,23 16:3

**Todd** 84:3,4

**told** 48:20,21 49:9,14,21,24 50:11
51:14,23 68:19 73:3,18 79:4,16 85:20
94:19 103:4

**top** 32:19 118:5 138:24

**total** 119:10 132:7,10,11

**training** 74:2 131:13

**transcript** 152:4

**transition** 68:7 145:4,24 146:2,22,24

**transitioning** 145:6 146:13 147:3,8

**travel** 92:10

**treatment** 99:16,23 102:13 104:3
109:12 119:19 121:7 122:17

**tress** 120:7

**trust** 121:4 126:25

**turn** 25:24 34:13 108:20 110:3 113:4
116:10 127:15 128:3

**TW** 23:6,13

**two-page** 69:8

**twofold** 59:8

**type** 15:3 53:21 68:16,25 123:4
124:13 125:4

**types** 124:12 130:12 137:17

**typical** 34:24

**typically** 34:4 35:6

**typo** 76:25

## U

**U.S.** 25:21 90:22

**uh-huhs** 11:5

**ultimately** 23:21 48:6

**unaware** 79:14

**understand** 10:16,23 11:7,17 44:12
70:25 82:6,17 83:19 116:5 117:2
129:23 153:24

**understanding** 9:19 33:25 34:2

**understood** 11:21

**underway** 15:16 68:10 145:5

**unemployment** 141:11,15,18,22
142:3,10

**unfair** 99:18,24 100:3,12 101:8

**United** 28:15 30:4

**University** 18:12,21

**unlock** 144:3

**unrealistic** 100:3

**unsympathetic** 80:23

**urgent** 37:22

**utilizing** 153:7

## V

**Vaguely** 28:13

**varied** 21:22

**vary** 139:15

**venture** 63:7

**verification** 46:22

**verifying** 134:20

**Verizon** 133:14 134:17

**violation** 108:7,12 110:24

**virtual** 53:21

**visits** 50:5

**VP** 86:4

## W

**W-2** 140:15,20,24

**wanted** 15:16 19:4 74:3 144:11,15,
19,20,25 145:2,22

**ways** 105:17 108:10 112:6

**Webex** 53:20

**websites** 130:21

**Wednesday** 13:12

**week** 13:6 85:23 141:25

**weekly** 15:3 38:14,16 53:18 78:6
123:3,4

**Wells** 151:22

**what'll** 65:3

**Willins** 59:24 66:22 76:23 77:2,5
93:3 97:4,5,21 98:6 99:7

**wireless** 138:4

**WITNES** 9:5

**woman** 77:2 83:22

**won** 47:23

**wondering** 70:8

**word** 98:25 135:17

**words** 34:8

**work** 23:23 26:20 27:15 43:17 84:10,
16 85:4,22 86:11,19 87:12 88:16,20

89:6 104:16 109:10 119:18,24 120:9
131:2,3

**worked** 19:11 22:10,11 66:10 70:15
77:13,21 84:21 119:12 151:24 152:6,
12

**worker** 49:5 51:14,15

**working** 25:2 26:15 27:13 50:18
86:20 88:18 89:6,15 90:8 95:18
104:23 125:3 126:24 130:22 133:10
142:6 146:14,15,20 150:5 151:19,20

**works** 97:20 138:6

**worse** 120:14

**worsened** 120:6

**wound** 133:9

**wrap** 153:18

**writing** 10:10 94:13 96:9 98:13,18
101:20 102:20 104:8 129:12 136:7
141:2,4 142:11 155:17

**written** 78:21,23

**wrong** 40:11 154:11

**wrote** 53:6 149:6

---

## X

**Xavier** 66:24 69:21,23 79:20 93:3
99:10

---

## Y

**year** 17:5 18:13 20:9 38:22 64:19
83:13 122:8 140:16

**years** 15:8 16:17 20:20 23:11,18
27:11 47:20 119:10 136:20

**York** 8:6 9:9 17:4,10 75:25 76:5
110:21,24 111:11 131:2 142:2,10
151:22

**Youhanna** 110:13

**Youkhanna** 56:9 73:22 74:8 110:14
112:23