# EXHIBIT E

For all U.S. Based Employees of
Orange Business Services

employee handbook

# Employee Handbook Acknowledgement for United States

I acknowledge that I have received a copy of the Company's Employee Handbook.

The employee handbook describes important information about the Company, and I understand that I should consult my immediate supervisor or a Human Resources representative regarding any questions not answered in the handbook. I have entered into my employment relationship with the Company voluntarily and acknowledge that there is no specified length of employment. Accordingly, either the Company or I can terminate the relationship at will, for any reason, at any time.

The policies described in the handbook take effect immediately and supersede and replace all previous personnel practices, guidelines, and any oral or written representations made by any Company employee. I understand that the only exceptions to the above are express, written agreements between an individual employee and the Company that are signed by both the employee and an authorized agent of the Company.

Because the information, policies, and benefits described in the handbook are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except as to the Company's policy of employment-at-will. All such changes will be communicated through official written notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Any other alteration or modification of the policies must be in writing signed by an authorized representative. I acknowledge that this handbook is not a contract of employment and does not guarantee employment for a particular period nor does it guarantee any specific process prior to termination. I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

EMPLOYEE'S NAME (printed): _Patricia Havan_

EMPLOYEE'S SIGNATURE: _P. Havan_

DATE: _5/11/17_

This document is a policy statement of Orange Business Services U.S., Inc. Although Orange Business Services U.S., Inc. offers its services under the Orange brand used by companies within the France Telecom Group, Orange Business Services U.S., Inc. is the sole employer for purposes of this policy statement and other personnel matters.

© Copyright Orange Business Services U.S., Inc.
Internal Use Only

January 15, 2013
57 of 57

Confidential

OBS 00013