# EXHIBIT F

- **injury or an emergency:** An employee must comply with the call-in requirements described in the Attendance and Punctuality Policy. Upon return from any unscheduled absences the employee must enter their period of absence into AMS.

- **For absences due to the employee's medical condition:** If an employee is absent three or more days because of illness, the employee must have a doctor's note to return to work.

### How PTO is Paid

PTO is paid at the employee's base rate of pay when he or she takes the time off. It does not reflect bonuses, commissions or other special pay.

### Reporting PTO Use

Each time PTO is taken, an employee must submit PTO hours taken in AMS for pay periods in which PTO is taken.

### Payment of PTO When Employees Leave

Upon the termination of employment, an employee will be paid for half of his or her accrued PTO balance (which will be deemed to consist of unused vacation pay earned during the year of departure). If the departing employee has used PTO time in advance of when it is earned, the final paycheck will be adjusted to reflect the value of PTO used but not yet earned. Various states, including California and New Jersey, have different requirements, and the Company will comply with applicable law. For additional information, employees should contact their designated Human Resources Consultant.

## 6.3   Family and Medical Leave

The Company will grant a leave of absence to eligible employees for certain medical and family-related reasons as provided under the Family and Medical Leave Act ("FMLA") and applicable state or local law. If an employee has questions about his or her eligibility for leave or believes that he or she has been denied any rights provided by this policy, the FMLA or applicable state or local law, the employee is encouraged to discuss the matter with their designated Human Resources Consultant immediately.

### Eligibility

To be eligible for a leave under the FMLA, an employee must have completed at least 12 months of service with the Company and have worked a minimum of 1,250 hours of service in the 12-month period prior to the leave. Because the laws of certain states provide greater or different protection to employees, employees should always contact your designated Human Resources Consultant to determine eligibility and leave entitlements under their specific circumstances.

### Reasons for Leave and Amount of Leave

Eligible employees may take up to 12 weeks total of unpaid leave during a 12-month period (or longer, if required by state law) for one or more of the following reasons:

a. to care for the employee's child upon the birth of the child or upon the placement of the child with the employee for adoption or foster care;

b. to care for the employee's parent, spouse, established same sex domestic partner (hereinafter referred to as "domestic partner") or child who has a serious health condition;

c. when the employee is unable to work because of the employee's own serious health condition (including disability due to pregnancy or childbirth); or

This document is a policy statement of Orange Business Services U.S., Inc., which operates under the "Orange Business Services" brand used by companies within the Orange S.A. Group. For purposes of this policy statement and other personnel matters, Orange Business Services U.S., Inc. is the sole employer.

© Copyright Orange Business Services U.S., Inc.                                                November 5, 2018
Internal Use Only                                                                                        27 of 57

Confidential                                                                                          OBS_00261

d. because of any qualifying exigency that arises because the employee's spouse, son, daughter or parent is a covered military member on active duty (or has been notified of an impending call or order to active duty) in support of a contingency operation. A "qualifying exigency" may include attending certain military events, arranging alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

A "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves either (1) inpatient care (i.e. an overnight stay) in a hospital, hospice, or residential medical care facility (including any period of incapacity or any subsequent treatment in connection with the inpatient care), or (2) continuing treatment by a health care provider in certain circumstances. For further information regarding what is considered a "serious health condition," employees should contact their Human Resources representative.

Eligible employees may take up to 26 weeks of unpaid "Service member Family Leave" leave during a single 12-month period to care for a spouse, son, daughter, parent or next of kin who is a member of the Armed Forces (including the National Guard or Reserves) and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness. A "serious injury or illness" is one incurred by a member of the Armed Forces in the line of duty on active duty that may render the member medically unfit to perform the duties of the member's office, grade, rank, or rating.

When leave is taken under this policy to care for an injured or ill service member, that leave, when combined with any other FMLA-qualifying leave, may not exceed 26 weeks in any single 12-month period.

Where a leave is properly counted as FMLA leave, it runs concurrently with any other leave taken pursuant to Company policy. For example, where an employee is on an FMLA leave because of his or her own injury that is also covered by the Workers' Compensation policy, the entire duration of the leave will count toward the 12 week entitlement under FMLA.

The 12-month period within which an employee may take his or her 12 or 26 weeks of family and medical leave is calculated backwards from the date the employee uses any family and medical leave. In other words, each time an employee takes family and medical leave, the remaining leave entitlement will consist of any balance of the 12 or 26 weeks which has not been used during the immediately preceding 12 months.

Leave for the birth of a child or placement of a child for adoption or foster care must be taken in consecutive workweeks and must conclude within 12 months of the birth or placement.

If the Company employs two individuals who are married to each other, there may be additional limitations imposed on the amount of leave each can take for certain purposes.

If leave is taken because of the employee's serious health condition or to care for a family member with a serious health condition or for the serious injury or illness of a qualifying service member, the employee may take the leave intermittently or on a reduced work schedule if it is medically necessary. If leave is taken because of a qualifying exigency that arises because the employee's spouse, son, daughter, or parent is on active duty or has been called to active duty in the Armed Forces in support of a contingency operation, the employee may take the leave intermittently or on a reduced work schedule when necessary because of the exigency.

Employees who are on an approved family and medical leave of absence may not perform work for any other employer during that leave.

This document is a policy statement of Orange Business Services U.S., Inc., which operates under the "Orange Business Services" brand used by companies within the Orange S.A. Group. For purposes of this policy statement and other personnel matters, Orange Business Services U.S., Inc. is the sole employer.

© Copyright Orange Business Services U.S., Inc.    November 5, 2018
Internal Use Only    28 of 57

Confidential    OBS_00262

### Notice by Employee

An employee who wants to take family and medical leave ordinarily must provide his or her supervisor with at least 30 days' notice of the need for leave, if the need is foreseeable. If the employee's need for leave is not foreseeable, the employee should give the Company as much notice as is practicable (normally, within one or two business days of the date the need for leave becomes known to the employee). Requests for leave (or for an extension of leave) should be submitted in writing to the supervisor and HR using the Family and Medical Leave Act Form. When leave is needed for planned medical treatment, the employee must try to schedule the treatment in such a way as to limit disruptions of the employee's schedule. While on leave, employees must update the Human Resources Department at least every four weeks concerning their expected return to work date, unless the facts and circumstances of the leave situation dictate otherwise.

In providing notice of a need for FMLA leave, employees must provide enough information to permit the Company to determine if the leave may qualify for FMLA and the expected timing and duration of leave. Sufficient information may include that the employee is unable to perform daily activities, the need for hospitalization or continuing treatment by a healthcare provider, or circumstances supporting the need for military family leave. Calling in sick is not sufficient and will not provide the Company with enough information to make an FMLA assessment. Employees must provide reasons for the leave to permit the Company to assess whether the FMLA may be implicated. If the request is for leave that previously was designated as FMLA leave, the employee must inform the Company of this when again requesting leave.

### Certification of a Serious Health Condition

Employees who request leave for their own or a family member's serious health condition or for the serious injury or illness of a qualifying service member must provide medical certification of the serious health condition, illness or injury from a health care provider. The appropriate medical certification form can be obtained on the HR Portal, iris or from Human Resources. The Company may, at its own discretion, also require a second or third opinion (at the Company's expense), periodic re-certifications of the serious health condition, illness or injury, and, when the leave is a result of the employee's own serious health condition, a fitness for duty report before permitting the employee to return to work. Once the employee has provided the Company with notice of the leave and certification as required, the Company will determine whether the leave is designated as family and medical leave which counts toward the employee's 12 or 26 weeks of leave.

Failure to provide proper advance notice or certification for leave may result in a delay in the commencement of leave until the Company receives such certification or in a denial of the leave request. In the event of an unforeseeable leave, the failure to provide certification within a reasonable period (i.e., fifteen calendar days or as soon as practicable under the circumstances) may result in the termination of the leave or in a determination by the Company that the leave will not be counted as FMLA leave. In addition, a refusal to provide the required certification may result in disciplinary action, up to and including termination of employment.

### Compensation and Benefits

Leave taken under this policy may consist of both paid and unpaid leave. Generally, the Company requires employees to take accrued paid leave concurrently with FMLA leave. If leave is requested for the birth or adoption of a child, to care for a family member with a serious health condition, to address a qualifying exigency arising from a family member's National Guard or Reserves duty, or to care for a service member with a serious illness or injury, then the employee must first use any accrued paid time off (PTO). If leave is requested for the employee's own serious health condition, the employee must first use any grandfathered sick leave days, then any accrued PTO, and then short-term disability benefits. After any paid time off has been exhausted, the remainder of the employee's FMLA leave will be unpaid leave. If an

This document is a policy statement of Orange Business Services U.S., Inc., which operates under the "Orange Business Services" brand used by companies within the Orange S.A. Group. For purposes of this policy statement and other personnel matters, Orange Business Services U.S., Inc. is the sole employer.

© Copyright Orange Business Services U.S., Inc.  
Internal Use Only

November 5, 2018  
29 of 57

Confidential                                                                                           OBS_00263

employee is on short-term disability or workers' compensation for a condition which is also a serious health condition under the FMLA, the employee's short-term disability absence, and/or workers' compensation absence will be counted against the employee's family and medical leave entitlement.

Except as stated in the paragraph immediately above, an employee's use of family and medical leave will not result in the loss of any employment benefit that accrued prior to the start of the employee's leave. However, benefits that accrue according to length of service (such as PTO) do not accrue during periods of leave.

During an employee's family and medical leave, the employee will be retained on the Company's health insurance plan under the same conditions that applied before the leave began. To continue health coverage, the employee must continue to contribute his or her portion of the premiums as he or she did before taking leave. Failure of the employee to pay his or her share of the health insurance premiums may result in loss of coverage. The Company's obligation to maintain health insurance ceases if the employee is over thirty (30) days late in paying his or her portion of the insurance premium or if the employee does not return from leave or states his or her intention not to return from leave.

If the employee fails to return to work after his or her family and medical leave has expired, the employee may be required to reimburse the Company for the health insurance premiums the Company paid during the leave (unless the employee failed to return to work due to the continuance, recurrence, or onset of a serious health condition of the employee or a family member or due to some other circumstances beyond the employee's control).

An employee's participation in the 401(k) Plan will continue during the course of an FMLA leave in accordance with the terms of the 401(k) Plan.

### Return to Work

The Company will reinstate an employee returning from family and medical leave to the same or an equivalent position with equivalent pay, benefits, and other terms and conditions of employment. However, an employee on family and medical leave does not have any greater right to reinstatement or to other benefits and conditions of employment than if the employee had been continuously working for the Company during the leave period. Certain highly compensated key employees may be denied reinstatement when necessary to prevent "substantial and grievous economic injury" to the Company's operations.

When practicable, employees should provide at least two weeks of notice prior to their anticipated return to work. Employees who have taken leave because of their own serious health condition must provide a fitness for duty report from their health care provider in order to return to work. The Company also reserves the right, in certain circumstances and subject to applicable law, to require the covered family member to submit to medical examinations by physicians designated by the Company. All such medical examinations will be paid for by the Company.

### Non-Retaliation Under the FMLA

The Company supports its employees' right to the protections available under the FMLA and will not interfere with, restrain, or deny employees the opportunity to exercise their FMLA rights, nor will the Company discharge or discriminate against any employee for opposing practices prohibited by the FMLA or being involved in any FMLA proceedings. Employees who believe that their rights to FMLA have been violated in any way should bring the matter to the attention of Human Resources promptly. The Company will not retaliate against any employee who asserts a right to take FMLA leave, who takes leave in compliance with Company policies, or who lodges or supports a complaint concerning his or her FMLA rights. Any employee who

This document is a policy statement of Orange Business Services U.S., Inc., which operates under the "Orange Business Services" brand used by companies within the Orange S.A. Group. For purposes of this policy statement and other personnel matters, Orange Business Services U.S., Inc. is the sole employer.

© Copyright Orange Business Services U.S., Inc.    November 5, 2018
Internal Use Only    30 of 57

Confidential    OBS_00264

believes that he or she is being retaliated against should immediately notify the employee's supervisor or Human Resources so that appropriate action can be taken.

## 6.4 Maternity/Paternity Leave

Employees who have or adopt a child may be entitled to leave under the FMLA or disability plan. They may also take time off under the Paid Time Off Policy. The Company does not provide other, separate maternity/paternity leave to employees. However, employees of the following Orange entities who were on active duty as of January 1, 2007 will have their prior maternity/paternity leave grandfathered: Etrali, FTNA, FTRD East, and Orange Service.

## 6.5 Bereavement Leave

Regular full-time employees are eligible for paid bereavement leave of up to three days in the event of a death of an immediate family member who lived in the state in which the employee works, up to five days if the relative lived out of state, up to six days if the employee must travel more than 200 miles for the funeral and up to seven days if the employee must travel more than ten hours (round trip) for the funeral. For purposes of this policy, immediate family member means an employee's spouse, child, stepchild, parent, stepparent, domestic partner, mother-in-law, father-in-law, sister-in-law, brother-in-law, daughter-in-law, son-in-law, sibling, stepsibling, grandparent, or grandchild.

Employees who wish to take time off due to the death of an immediate family member should promptly notify their supervisors. While it will not normally be necessary, the Company reserves the right to require proof of death or travel for a funeral.

## 6.6 Voting Time Off

The Company encourages employees to fulfill their civic responsibilities by voting in elections. Generally, employees should be able to find time to vote either before or after their regular work schedules. If they are unable to vote in an election during their non-working hours, the Company will grant up to two hours of unpaid time off to vote, unless applicable state law requires another form of voting accommodation.

Employees should request time off to vote from their supervisor at least two working days prior to the Election Day. Advance notice enables the supervisor to schedule the necessary time off in order to provide the least disruption to the normal work schedule.

## 6.7 Jury Duty Leave

The Company encourages employees to fulfill their civic responsibilities by serving jury duty when required. Regular full-time employees may request up to two weeks of paid jury duty leave during any one year period, or such additional time as may be required for employees under applicable state laws. If an employee is required to serve on jury duty for a period that may exceed two weeks, the employee should notify their designated Human Resources Consultant and, in its sole discretion, the Company may grant an extension of the paid leave. An employee may use any available paid time off during the remainder of the jury duty leave period, which will otherwise be unpaid. Employees receiving a stipend or other compensation for their jury duty service are not required to reimburse the Company.

An employee who is summoned for jury duty must promptly show the jury duty summons to his or her immediate supervisor. Similarly, upon being selected to serve on a jury, the employee must notify his or her immediate supervisor and provide any information in his or her possession concerning the anticipated duration of the jury service and the likely court schedule so the supervisor can make arrangements to accommodate the absence. Employees are expected to

This document is a policy statement of Orange Business Services U.S., Inc., which operates under the "Orange Business Services" brand used by companies within the Orange S.A. Group. For purposes of this policy statement and other personnel matters, Orange Business Services U.S., Inc. is the sole employer.

© Copyright Orange Business Services U.S., Inc.                    November 5, 2018
Internal Use Only                                                   31 of 57