# EXHIBIT H

<a>
</a>
<a>
</a>

 performance review

# PATTY HARAN

Semester 1 - 2020 Performance Review from 01-jan-2020 to 30-jun-2020.



## Review

| | |
|---|---|
| **Evaluated by :** | ADAM KIMMICK |
| **Department :** | Sales NAM 3 |
| **Document completed on :** | 30-jul-2020 |
| **Date of preparation meeting :** | -- |
| **Date of review meeting :** | 27-jul-2020 |
| **Attachment(s) :** | -- |

--

## Job description

| | |
|---|---|
| **Job :** | (CUS81K) |
| **Job starting date :** | 10-apr-2017 |
| **Job title :** | Local account manager (farmer) |
| **Assignment and main activities :** | Develop relationships in support of selling across the OBS portfolio- act as local account manager as part of global team. Continue to support B End for 11 global accounts also new responsibility in 2020 for new module including A end for Pfizer, Moodys, Cleary, Coty, NBA and B end Sanofi. |

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

1/10

OBS_00334

# Content

The performance review is a privileged time for exchange between the employee and their manager. The dialogue that takes place on this occasion serves three purposes:

- Give a feedback on the action of everyone, in a broader context, that of business and enterprise, but also in the specificity of his job,

- Recognize and develop the performance of everyone,

- Anticipate and prepare the career evolutions.

Competencies..........................................................................................................3
   Job......................................................................................................................3
   Main competencies observed.............................................................................3
   Main competencies to strengthen........................................................................4
   Known languages...............................................................................................4

Objectives..............................................................................................................5
   Objectives, Semester 1 - 2020............................................................................5

Training..................................................................................................................7
   Development needs............................................................................................7

Overall rating.........................................................................................................8
   Overall rating......................................................................................................8
   Manager's comments.........................................................................................8
   Employee's comments........................................................................................8

Career plan..........................................................................................................10
   Development wishes.........................................................................................10
   Action plan........................................................................................................10
   Manager view...................................................................................................10

2/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00335

 # Competencies

*The dialogue focused on competencies* enables the identification of possible development and training activities in line with company operational needs and employee career development aspirations.

The Job has a profile of core competencies which are listed in the section "Job Competencies".

## Job

**Detail (group referential):**

## Main competencies observed

### » Strategic approach to customers

| | |
|---|---|
| **Comments from preparation step :** | Handling two modules consisting of 20 accounts currently. Focused on developing relationships, understanding business priorities, landscape and new OBS solutions with new A end strategic accounts Pfizer, Moody's, Coty, NBA and Cleary as well as B end for Sanofi. |
| **Comments from self-assessment / evaluation steps :** | |

### » High level customer relationship

| | |
|---|---|
| **Comments from preparation step :** | Develop alignment between OBS team and clients across service lines and continue to develop local relationships on B end. |
| **Comments from self-assessment / evaluation steps :** | |

### » Knows our products & services

**Comments from preparation step :**

**Comments from self-assessment / evaluation steps :**

### » Being results oriented

**Comments from preparation step :**

**Comments from self-assessment / evaluation steps :**

3/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00336

| » Being creative and innovative |
|---|
| Comments from preparation step : |
| Comments from self-assessment / evaluation steps : |

## Main competencies to strengthen

| » Knows our tools and processes |
|---|
| Comments from preparation step : |
| Comments from assessment step : |

## Known languages

| Language | Proficiency levels |
|---|---|
| English | |

4/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00337

 # Objectives

## Objectives, Semester 1 - 2020

### » Global Account Teaming

| | |
|---|---|
| **Objective description :** | Act as a leader of the global team – gain commitment and engagement as required to ensure the right expertise is in place when required by the client to move opportunities to closure, attain CSAT targets and ensure internal and external customer satisfaction. Continue to further develop a leadership role with the global team in order to effect a structure and successful team. Manage the budget process to ensure AME is recording results commensurate to region anticipation. |
| **Measurement :** | Direct Management of team objectives, subjective and Customer feedback |
| **Due date :** | 30-jun-2020 |
| **Evaluation :** | 3-Achieved |
| **Comments :** | Employee, PATTY HARAN : Good client feedback for professional transition of outgoing DGC accounts and account manager transition, assisted in training new AM on process and client environments for LVMH, Chanel, Atos. Client feedback good on new account-Moody's impressed with our initiative on ERS/IS opportunities and overall improved responsiveness to them in sales. support. Hosted workshop for business development on sell with for Capgemini North America. |

### » Customer Satisfaction

| | |
|---|---|
| **Objective description :** | Ensure customer satisfaction rating is high, both in terms of CLI and in general customer loyalty. Address and resolve key areas of concern. Manage and grow a leardership and consultative relationship with assigned accounts. |
| **Measurement :** | Meet CSAT objectves for 2019 as defined on goal sheet. |
| **Due date :** | 30-jun-2020 |
| **Evaluation :** | 3-Achieved |
| **Comments :** | Employee, PATTY HARAN : No CSAT done in Q1 due to COVID. For Ampacet we closed out SIP related to slow responsiveness from 2019. Ampacet feels we have improved in this regard.Create and executing on contact plans for all accounts. Reach out to C levels based on business drivers. Met with VP of Moody's and Pfizer to understand strategic roadmap and communicate OBS value proposition<br><br>Additional preparation is needed to develop a baseline in knowledge of the client's business (beyond technology) in order to drive a more consultative discussion. This should include an open dialogue, with openness to new ideas and information, from the full team. This comment could also be applied to the "Sell Strategically" objective. |

### » Target Achievement

| | |
|---|---|
| **Objective description :** | Achieve order, revenue, strategic orders and profitability targets for 2019 YTD as agreed in 2019 Compensation Plan and Goal Sheet. Ensure a healthy funnel to achieve order target and focus on strategic products. |
| **Measurement :** | Achieve Revenue, orderbook, strategic orders, AR and profitability targets for second half 2019 |

5/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00338

| | |
|---|---|
| **Due date :** | 30-jun-2020 |
| **Evaluation :** | 3-Achieved |
| **Comments :** | Employee, PATTY HARAN : Annual Achievement<br>Revenue 95.83%<br>Orders N&G Core 104.61%<br>Orders N&G Strategic 74.74%<br>Orders Keep 128.35%<br><br>Results for 2020 are "in progress" -  New territory as of May - Results show 101% revenue,  74% N&G, 0% Strategic, 15% keep. |

### » Sell Strategically

| | |
|---|---|
| **Objective description :** | Use consulative sales technicques to sell services that meet our client's business needs, and also achieve Orange's goal to add uniques value in the marketplace. |
| **Measurement :** | Meet strategic sales targets, build active and adequate funnel with qualified Create a comprehensive area (account) plan to sell managed services, Security, SDWAN, Cloud services, Voice services and collaboration opportunities that meet client business needs. |
| **Due date :** | 30-jun-2020 |
| **Evaluation :** | 3-Achieved |
| **Comments :** | Employee, PATTY HARAN : Continue to engage with partners and expand reach into assigned accounts utilizing strategic product portfolio, digital & data, Orange Healthcare, wholesale for subsea cable and high capacity connectivity( for Moody's performance hub architecture)  and other divisions to expand our value proposition within assigned accounts. Look for new business units and teaming with other Orange entities.Working with Juniper and Palo Alto as well as Zoom on Moody's as example. Collaborating with RVBD on Pfizer to expand scope. |

### » Maintain Activity level to attain Acqusition Objectives

| | |
|---|---|
| **Objective description :** | Create and develop a healthy pipeline of new business opportunities in line with the achievement of Annual Order goals.<br>Focus should be on New business. |
| **Measurement :** | At least three client meetings per week to discuss and qualify new business opportunities.<br>Partner alignment and opportunity sharing.  Two direct partner meetings per month<br>At least one "C" level meeting per month to discuss and develop a new business opportunity. |
| **Due date :** | 30-jun-2020 |
| **Evaluation :** | 2-Partially Achieved |
| **Comments :** | Activity level marks a "point in time" - which currently is muted by COVID as well as Patty's work in transitioning her prior territory.  This is also challenging right now because Patty is building relationships in a new territory.<br>Looking forward to added pipeline in new areas during 2H 2020 which will lead to achievement in this area. |

6/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00339

 # Training

## Development needs

No written content for this section.

# Training

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00340

 # Overall rating

## Overall rating

**Rating : 3-Fully Successful**

**Manager's comments**

1H 2020 was a challenge for Patty in her new territory. Results on revenue were in line with expectations, but fell short of target in both keep and N&G orders. Her qualified pipeline is not currently sufficient to meet her 2020 financial objectives, and the new opportunities created in 2019 with her B-end accounts, exploring partnership and "sell with" opportunities to expand our portfolio, have not yet matured as winnable opportunities. A mitigating factor in attainment is that Patty has been assisting to manage an extended transition from her old territory, which has been appreciated. Her new accounts are difficult, and their technology direction and response to COVID have not always been aligned with Orange's products. She has not yet built an agreed consensus on strategy with her team in response to these difficult situations, and this has led to some miscommunication. There was also a miscommunication with a client. These episodes resulted some concern that Patty may not be fully understanding feedback, or has not had the time to "read between the lines" regarding indirect or non-verbal cues which are critical for a sales leader. This has not been typical of past experience, so I am expecting and predicting future leadership and team alignment to meet objectives and grow our business. I trust that, based on Patty's prior performance, 2H2020 will be on track to meet business objectives.

**Employee's comments**

In terms of N&G orders, there are several open issues related to compensation and quota that have not been resolved from 1H2020. These open issues are negatively impacting my 2020 financial results to date.
On "sell with" opportunities, I've been directed multiple times by sales management to cease pursuit of opportunities in favor of another sales person directly pursuing them instead as "sell to". Given these decisions, quota wasn't adjusted to align accordingly.
Aggressive quotas were set in 2020 in my new territory including on two accounts despite the fact that they had announced to Orange in 2019, prior to my arrival, they were already executing on plans to disconnect most or all of their Orange services in 2020.
Management pressure to continue pursuit for one of the disconnecting accounts resulted in the customer knowingly stringing the account team along on false pretenses, and a negative episode when the deception was finally revealed.
With regards to team strategy, I made a clear request to replace a crucial member of an account team where this individual was clashing unproductively both with a key client contact and others on the Orange account team. My requests for a change were first downplayed, then outright denied. It's not reasonable to resist clear and repeated calls for support from multiple parties and expect no negative influence on the 'strategy'. The distraction of constant undermining, argument, and lack of focus/follow-thru dominate and consume time and resources, to the detriment of the actual commercial goals at hand. This individual has also communicated an inability to effectively support me in his job because of an overburdened workload as well as direction from leadership to prioritize other accounts over those in my territory.
I've been asked to continue providing training and guidance to a newly hired account manager as well as to continue supporting some of my previous territory accounts. This situation is waning but still ongoing into 2H2020.
In my new territory, the accounts were transitioned to me in a rushed and inadequate manner and with significant issues to resolve. I've developed account plans for key accounts and alignment with global team members, where they previously didn't exist. The plans will need continued development and execution in 2H2020 to meet sales objectives. With proper alignment, coaching, support and clear

8/10
PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00341

> guidance from sales leadership, I'll be on track to meet business objectives in 2H2020.

Acknowledgement by the employee the : 30-jul-2020.
Document completed (by the manager) the : 30-jul-2020.

9/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00342

 # Career plan

Career development plan taking into account competencies, motivation and real career-enhancing opportunities.

## Development wishes

| | |
|---|---|
| **Expected due date :** | 12 months |
| **Development wishes :** | ▪ Stay in my business area |
| **Specify :** | Manager, ADAM KIMMICK : Employee, PATTY HARAN : Short list of key B end accounts, focus on largest opportunity development in Atos, Capgemini, LVMH & L'oreal with additional solutions areas and business units. Explore identifying additional A end account(s) to focus on developing in '19.<br>Employee, PATTY HARAN : Employee, PATTY HARAN : Short list of key B end accounts, focus on largest opportunity development in Atos, Capgemini, LVMH & L'oreal with additional solutions areas and business units. Explore identifying additional A end account(s) to focus on developing in '19. |

## Action plan

No written content for this section.

| Action | Due date |
|---|---|
|  |  |

### Manager view

**View :** 1-Favourable

**Specify :**

10/10

PH_Performance_Review_01-jan-2020_30-jun-2020.pdf
Document completed the : 30-jul-2020.

OBS_00343