# EXHIBIT I

 performance review

# PATTY HARAN

Semester 2 - 2020 Performance Review
from 01-jul-2020 to 31-dec-2020.



## Review

| | |
|---|---|
| **Evaluated by :** | ADAM KIMMICK |
| **Department :** | Sales NAM 3 |
| **Document completed on :** | 04-feb-2021 |
| **Date of preparation meeting :** | 04-jan-2021 |
| **Date of review meeting :** | 28-jan-2021 |
| **Attachment(s) :** | -- |

--

## Job description

| | |
|---|---|
| **Job :** | (F00860) |
| **Job starting date :** | 10-apr-2017 |
| **Job title :** | Local account manager (farmer) |
| **Assignment and main activities :** | Develop relationships in support of selling across the OBS portfolio- act as local account manager as part of global team. B End for 3 GAM accounts, develop A end accounts Pfizer and Moody's. |

PH_Performance_Review_01-jul-2020_31-dec-2020.pdf
Document completed the : 04-feb-2021.

OBS_00344

# Content

The performance review is a privileged time for exchange between the employee and their manager. The dialogue that takes place on this occasion serves three purposes:

- Give a feedback on the action of everyone, in a broader context, that of business and enterprise, but also in the specificity of his job,

- Recognize and develop the performance of everyone,

- Anticipate and prepare the career evolutions.

Competencies.........................................................................................................................3
   Job.....................................................................................................................................3
   Main competencies observed............................................................................................3
   Main competencies to strengthen......................................................................................4
   Known languages...............................................................................................................4

Objectives............................................................................................................................5
   Objectives, Semester 2 - 2020..........................................................................................5

Training...............................................................................................................................8
   Development needs............................................................................................................8

Overall rating.......................................................................................................................9
   Overall rating.....................................................................................................................9
   Manager's comments.........................................................................................................9
   Employee's comments........................................................................................................9

Career plan........................................................................................................................10
   Development wishes.........................................................................................................10
   Action plan.......................................................................................................................10
   Manager view....................................................................................................................10

PH_Performance_Review_01-jul-2020_31-dec-2020.pdf
Document completed the : 04-feb-2021.

OBS_00345

 # Competencies

The dialogue focused on competencies enables the identification of possible development and training activities in line with company operational needs and employee career development aspirations.

The Job has a profile of core competencies which are listed in the section "Job Competencies".

## Job

**Detail (group referential):**

## Main competencies observed

> **Strategic approach to customers**

| | |
|---|---|
| **Comments from preparation step :** | Develop account plans and sales strategies for new A end accounts in module: Moody's and Pfizer. Continue to refine them for existing B end accounts including KPMG, Sanofi & Capgemini. Research business drivers and how Orange solutions can support them. Meet with strategic partners to understand landscape and strategic opportunities to pursue on all accounts. |
| **Comments from self-assessment / evaluation steps :** | Employee, PATTY HARAN : Developed plans for all assigned accounts. Worked to engage with newly identified and existing decision makers. As a result Orange was invited to bid on new projects including: KPMG global FinOps and Canadian member firm security initiative. Capgemini contact center sell to and sell with, Pfizer contact center, Moody's Riverbed refresh, Pfizer Riverbed hw. license & prof. services support. |

> **High level customer relationship**

| | |
|---|---|
| **Comments from preparation step :** | Create and execute on contact plans for all accounts. Reach out to C levels based on business drivers. Met with VP of Moody's and Pfizer to understand strategic roadmap and communicate OBS value proposition. Hosted workshop for business development on sell with for Capgemini North America. Complete transition for accounts moving to new B end DGC AM: L'Oreal and LVMH brands in Americas. |
| **Comments from self-assessment / evaluation steps :** | Employee, PATTY HARAN : Developed account plans for Pfizer & Moody's. Engaged with ZScaler team on joint pursuit at Moody's. Engaged with Genesys on Pfizer and also with Orange affiliate BlueSoft on discovery for joint development to compliment digital launch platform - such as implementation and cloud hosting support in various regions. Supported L'Oreal transition and supported warm introduction for new LAM with global CIO. |

> **Knows our products & services**

| | |
|---|---|
| **Comments from preparation step :** | Continue completing solution trainings as assigned. Focus on Altify to support strategic deal development. Understand software and data analytics portfolios and applications within assigned verticals such as pharma and financial. |

PH_Performance_Review_01-jul-2020_31-dec-2020.pdf
Document completed the : 04-feb-2021.

OBS_00346

| Comments from self-assessment / evaluation steps : | Employee, PATTY HARAN : Participated in contact center trainings with Genesys and in practice to develop solution for client. Engaged with new partner CloudCheckr to introduce service to AME teams FinOps from KPMG oppty. Started utilizing LinkedIn Sales Navigator to identify and engage with new contacts - followed Orange  training. ALso participated in several other trainings including UC and conferencing, HR related trainings, OJ calls etc. |
|---|---|

### ᐳ Being results oriented

| Comments from preparation step : | Attain sales targets for strategic accounts and execute to further to close revenue gap due to losses on departing accounts such as NBA and Coty. |
|---|---|
| Comments from self-assessment / evaluation steps : | Employee, PATTY HARAN : Pending FT transfer and true-up  on $2.3M remaining to reach SCORE in new/get for 2020. |

### ᐳ Being creative and innovative

| Comments from preparation step : | Continue to engage with partners and expand reach into assigned accounts utilizing strategic product portfolio, digital & data, Orange Healthcare, wholesale for subsea cable and high capacity connectivity and other divisions to expand our value proposition within assigned accounts. Look for new business units and teaming with other Orange entities. |
|---|---|
| Comments from self-assessment / evaluation steps : | Employee, PATTY HARAN : In addition to previously mentioned areas of FinOps, security, Capgemini sell with areas and engagement with partners, on Sanofi account was able to engage with 3rd party consultant Mobitz and identify activity involving SDWAN pilot with Palo Alto. Meeting in January with Mobitz \, based in CA, to introduce Orange and determine possible joint partnership with them. |

## Main competencies to strengthen

### ᐳ Knows our tools and processes

| Comments from preparation step : | Follow DAC processes and engage early. Utilize resources and overlay support such as contact center, IS and software specialists to bring opportunities to closure efficiently. |
|---|---|
| Comments from assessment step : | Employee, PATTY HARAN : Engaged directly on DAC and got Moody's renewal SRB adjustments approved for 2 year term. Working with overlay teams such as contact center on several opptys. Worked with presales consultants and IS overlay on refining sales strategy on Moody's and Pfizer accounts in series of sessions to develop account plan. |

## Known languages

| Language | Proficiency levels |
|---|---|
| English | |

PH_Performance_Review_01-jul-2020_31-dec-2020.pdf
Document completed the : 04-feb-2021.

OBS_00347

 # Objectives

## Objectives, Semester 2 - 2020

### > Global Account Teaming

| | |
|---|---|
| **Objective description :** | Act as a leader of the global team – gain commitment and engagement as required to ensure the right expertise is in place when required by the client to move opportunities to closure, attain CSAT targets and ensure internal and external customer satisfaction. Continue to further develop a leadership role with the global team in order to effect a structure and successful team.  Manage the budget process to ensure AME is recording results commensurate to region anticipation. |
| **Measurement :** | Direct Management of team objectives, subjective and Customer feedback |
| **Due date :** | 31-dec-2020 |
| **Evaluation :** | 3-Achieved |
| **Comments :** | Employee, PATTY HARAN : Acted as a team lead on Moody's, Pfizer. B end for Sanofi & Capgemini. On Capgemini good teaming example is  business development on contact center BsV oppty. I discovered opportunity with client and engaged global DGC team,  BU and Cisco team to develop multifaceted approach to partnership and opportunity development. This continues in 2021. |
| | On Pfizer led plan for global team including mgmt, legal and CISO to refresh & update MSA terms. Engaged with partners including new partnership with CloudCheckr. C level meetings with procurement and IT to review areas of business development and renewal of existing EAM and cobrand. On Sanofi made contact and introduction to new consultant Mobiz engaged with Sanofi on SDWAN. Also scheduled meeting with regional IT leaders, BU and I to review SDWAN roadmap and capabilities. Brought in presales support with Ampacet for voice SIP, network monitoring. For L'Oreal handover I arranged warm handover and meeting for new AM to meet with global CIO. |

### > Customer Satisfaction

| | |
|---|---|
| **Objective description :** | Ensure customer satisfaction rating is high, both in terms of CLI and in general customer loyalty.  Address and resolve key areas of concern.  Manage and grow a leardership and consultative relationship with assigned accounts. |
| **Measurement :** | Meet CSAT objectves for 2020 as defined on goal sheet. |
| **Due date :** | 31-dec-2020 |
| **Evaluation :** | 2-Partially Achieved |

OBS_00348

| Comments : | Employee, PATTY HARAN : Moody's: renewal of MSA & BVPN secured for 2 years. Working to rebuild loyalty and develop new relationships in support of earning new business. We have grown voice business in 2020, added new BVPN & have been invited to participate in new bids for ERS/IS space such as Riverbed and Juniper. Working to improve CSAT feedback by ensuring Moody's key contacts are included in ops reviews, and are updated on Orange team resources and processes. Hosted meetings with Moody's key IT and procurement contacts to review network transformation plans and Orange alignment. Developed Zoom Phone BYOC opportunity for 2021 pipeline. Capgemini: CSAT result-Myself and IS AA both got called out for kudos from IT procurement contact at Capgemini on good responsiveness and support overall in the space of ERS/ IS. Met with global Procurement and CIS BU executives to expand scope of contacts. Engaged on expansion of Software sales IR prognosis with migration to MS Teams and alignment with BYOC oppty. Ampacet: SIP opened after negative CSAT review by Dan Batten at Ampacet. I also directly reviewed and clarified with him the features of My Service Space platform including proactive incident notifications. CSM to schedule refresh training and further review of improvement on service delivery and other possible areas of improvement with client experience. |
|---|---|

## › Target Achievement

| Objective description : | Achieve order, revenue, strategic orders and profitability targets for 2020 YTD as agreed in 2020 Compensation Plan and Goal Sheet.  Ensure a healthy funnel to achieve order target and focus on strategic products. |
|---|---|
| Measurement : | Achieve Revenue, orderbook, strategic orders, AR and profitability targets for second half 2020 |
| Due date : | 31-dec-2020 |
| Evaluation : | 3-Achieved |
| Comments : | Employee, PATTY HARAN : 2020 results (pending December results): expect to be 100% on revenue, order book 100%. Funnel was approximately 4 times quota for 2H '20. As of Oct '20 funnel for 2021 pipeline was in line with target of $22M per person @ $26M. AR: Worked with collections and sales ops to resolved AR issues on Pfizer account (tax exempt) & Sanofi (double billing)

Although overall pipeline activity is approximately 26M the pipeline velocity needs to improve as does the win rate - especially for renewals. |

## › Sell Strategically

| Objective description : | Use consulative sales technicques to sell services that meet our client's business needs, and also achieve Orange's goal to add uniques value in the marketplace. |
|---|---|
| Measurement : | Meet strategic sales targets, build active and adequate funnel with qualified Create a comprehensive area (account) plan to sell managed services, Security, SDWAN, Cloud services, Voice services and collaboration opportunities that meet client business needs. |
| Due date : | 31-dec-2020 |
| Evaluation : | 3-Achieved |
| Comments : | Employee, PATTY HARAN : Developed plans for all assigned accounts. Worked to engage with newly identified and existing decision makers. As a result Orange was invited to bid on new projects including: KPMG global FinOps and Canadian member firm security initiative. Capgemini contact center sell to and sell with, Pfizer contact center, Moody's Riverbed refresh, Pfizer Riverbed hw. license & prof. services support, Ampacet MS teams DR, Moody's Zoom Phone BYOC and expanded BTALK, Capgemini bid on software subscription for WCC, IR Prognosis, video device deployment, and various software and hardware maintenance renewals. |

OBS_00349

> **Maintain Activity level to attain Acquisition Objectives**

| | |
|---|---|
| **Objective description :** | Create and develop a healthy pipeline of new business opportunities in line with the achievement of Annual Order goals.<br>Focus should be on New business. |
| **Measurement :** | At least three client meetings per week to discuss and qualify new business opportunities.<br>Partner alignment and opportunity sharing.  Two direct partner meetings per month<br>At least one "C" level meeting per month to discuss and develop a new business opportunity. |
| **Due date :** | 31-dec-2020 |
| **Evaluation :** | 2-Partially Achieved |
| **Comments :** | Employee, PATTY HARAN : Moodys: Developing several oppty tracks with leadership and Flint Barber as well as new contact (George Kurion): Palo and/ or ZSCaler  interest in micro-segmentation- Orange value add to be developed. Met with Zscaler, Cisco, Fortinet, Zoom teams for Pfizer.  On Pfizer worked extensively with Genesys team on contact center oppty. For Sanofi engaged with Cisco & Palo Alto to discuss SDWAN partnering. KPMG engagement with Cisco on development with KPMG US and Canada member firms- met with KPMG Canada on security initiatives, ongoing.  ALso proposed to KPMG FinOps with new partner CloudCheckr- provided demo, budgetary pricing. Presented Orange capabilities  update to several clients including: Cleary, Ampacet, Pfizer, Capgemini acquisition Altran & IBM as new B end for 2021.<br>As I mentioned above, although Patty is good administratively I'm noting partial attainment here related to pipeline velocity. |

> **Maintain Activity level to attain Acqusition Objectives**

| | |
|---|---|
| **Objective description :** | Create and develop a healthy pipeline of new business opportunities in line with the achievement of Annual Order goals.<br>Focus should be on New business as well as strategic products. |
| **Measurement :** | At least three client meetings per week to discuss and qualify new business opportunities.<br>Partner alignment and opportunity sharing.  Two direct partner meetings per month<br>At least one "C" level meeting per month to discuss and develop a new business opportunity. |
| **Due date :** | 31-dec-2020 |
| **Evaluation :** | N-Not applicable |
| **Comments :** | Employee, PATTY HARAN : duplicate of above metric<br><br>This is a duplicate of the prior objective and should not be considered. |

OBS_00350

 Training

## Development needs

No written content for this section.

PH_Performance_Review_01-jul-2020_31-dec-2020.pdf
Document completed the : 04-feb-2021.

OBS_00351

 # Overall rating

◈ Overall rating

**Rating : 2-Improvement Needed**

## Manager's comments

I noted the 1H 2020 was a huge challenge for Patty in her newly assigned territory, this remained the case in 2H2020. She has met her objectives related to her B-end accounts, but the largest A-end accounts (Moody's, COTY and Pfizer) have made decisions to move away from Orange products and services. These decisions were being fomented before Patty took on responsibility for managing the accounts. And in the case of Pfizer, Orange was unable to accept some onerous contract terms. Nevertheless, this difficult situation has created a gap in the business Patty manages. She has made progress during 2H2020 in building an agreed consensus on her strategy with her team. However, this strategy has not resulted in an increased in proposed services. In fact, her pipeline velocity is potentially not sufficient to meet her 2021 financial growth objectives, and this will be a critical discussion as we set targets for 2021. The new opportunities created in 2020 (largely with B-end accounts), are exploring partnership and "sell with" opportunities to expand our portfolio. These have not matured, and no new deals in this space have been moved through the funnel to negotiation. I recognize that some of the challenges (and consequences) in building and growing a healthy business were exceptional, especially during the CVD19 crisis. That said, fragile prospects for stability and growth in Patty's business remain. Urgent focus needs to be on identifying new opportunities and moving these aggressively through the funnel.

## Employee's comments

We will need to look at account assignment mix for 2021 and discuss to consider adding select targeted A or B end acquisition accounts to augment current deck. Considering in particular Coty, Pfizer accounts currently in inactive status. Overall Moody's was expected to be a loss due to problems with Orange inventory scope on previous renewal.
In 2H delivered increase in SIP voice for Moody's and usage by $ 360K monthly. New BVPN service wins in $120k TCV in H2. $2M BVPN renewal was won and support from new coach sets stage for add'l growth. New bids for GigE internet services. New opptys identified with SDWAN with Cloudgenix, new hosted voice solution identified $1M forecasted.
On Pfizer uncovered new contact center oppty with Pfizer valued at $600K and potential to expand voice footprint as well as expanding contact center scope with other BU's with stated support from Pfizer Medical division. Also uncovered, but lost, new scope of professional services and software with Riverbed on Pfizer. Uncovered private cloud oppty to support e-health in regional data centers in Europe. Pfizer: MS Team DR oppty uncovered. Capgemini I Closed $ 600K in ERS/IS in 2020

Acknowledgement by the employee the : 29-jan-2021.
Document completed (by the manager) the : 04-feb-2021.

OBS_00352

 # Career plan

Career development plan taking into account competencies, motivation and real career-enhancing opportunities.

## Development wishes

**Expected due date :**   12 months

**Development wishes :**   ＊ Stay in my business area

**Specify :**   Manager, ADAM KIMMICK : Manager, ADAM KIMMICK : Employee, PATTY HARAN : Develop new A end accounts globally, continue support on short list of key B end accounts, focus on largest opportunity development in Moody's Pfizer, Capgemini, & Sanofi with additional solutions areas and business units. Look to consider a hybrid sales model with development in select new acquisition accounts Employee, PATTY HARAN : Manager, ADAM KIMMICK : Employee, PATTY HARAN : Develop new A end accounts globally, continue support on short list of key B end accounts, focus on largest opportunity development in Moody's Pfizer, Capgemini, & Sanofi with additional solutions areas and business units. Look to consider a hybrid sales model with development in select new acquisition accounts

## Action plan

| Action | Due date |
|---|---|
| Develop A end accounts existing and new | 31-dec-2020 |

⇨ Manager view

**View :** 1-Favourable

**Specify :**

Although I agree that additional opportunities need to be generated, and that it might happen through the addition of new accounts, this will require a change in structure to the sales team and sales compensation structure.  I will support the recommendation, but the implementation of this plan is outside my purview.   In the meantime, Patty needs to work within her assigned territory.

10/10

OBS_00353