# EXHIBIT K

**Message**

| | |
|---|---|
| **From:** | SINGH Peter OBS/S EUR [peter1.singh@orange.com] |
| **Sent:** | 2/10/2021 4:39:26 PM |
| **To:** | SINGH Peter OBS/S EUR [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LJWM0335]; HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| **Subject:** | Conversation with SINGH Peter OBS/S EUR |

SINGH Peter OBS/S EUR 3:43 PM:
Hi Dear Patty...

HARAN Patty OBS/S AME 4:12 PM:
Hi Peter

hows it going?

SINGH Peter OBS/S EUR 4:12 PM:
Hey, it's going OK.

HARAN Patty OBS/S AME 4:13 PM:
just okay?

SINGH Peter OBS/S EUR 4:13 PM:
Working on handover stuff for 3M.

Tired of being locked in.

how are you?

HARAN Patty OBS/S AME 4:16 PM:
same here actually. starting to look around at what's next for me, I think.

SINGH Peter OBS/S EUR 4:18 PM:
Do you mean external

HARAN Patty OBS/S AME 4:19 PM:
yes

not much to be had internally that i have seen. what about you?

SINGH Peter OBS/S EUR 4:20 PM:
yep, I've been looking around as well

HARAN Patty OBS/S AME 4:20 PM:
we should chat and compare notes

i have a call in 10 mins though

SINGH Peter OBS/S EUR 4:20 PM:
But more effort in the last 7 days on house hunting

Are you coming to city on Friday

HARAN Patty OBS/S AME 4:22 PM:
yes i am. i asked my mom to check, hopefully they don't allow anyone to go in with the patient and i will have an hour or so of freedom

he appt is at 2 PM i think

SINGH Peter OBS/S EUR 4:24 PM:

> Meeting you will be a respite from doldrums this week

**HARAN Patty OBS/S AME 4:25 PM:**
> i know. i'd like to also. I'll follow up with her. I asked he to email me the address and name of DR. so I can check myself
>
> just texted her.

**SINGH Peter OBS/S EUR 4:26 PM:**
> .Ok I've put it in my calerdar.  Let me know and I can meet you in that neighborhood

**HARAN Patty OBS/S AME 4:29 PM:**
> ok i will

**SINGH Peter OBS/S EUR 4:34 PM:**
> cool