# EXHIBIT L

| | |
|---|---|
| **Message** | |
| **From:** | HARAN Patty OBS/S AME [patty.haran@orange.com] |
| **Sent:** | 2/1/2021 5:33:09 PM |
| **To:** | SINGH Peter OBS/S EUR [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LJWM0335]; HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| **Subject:** | Conversation with SINGH Peter OBS/S EUR |

**HARAN Patty OBS/S AME 4:16 PM:**

Hi There

**SINGH Peter OBS/S EUR 4:20 PM:**

Hi Patty - Are you covered in snow ?

**HARAN Patty OBS/S AME 4:22 PM:**

not personally, but yes. Still coming down. No way to escape, right?

**SINGH Peter OBS/S EUR 4:23 PM:**

No.. still coming down in the city as well.  Kids are in the courtyard burying themselves currently.

at least 12 inches

Maybe 14

How are you?  I miss our chats.

**HARAN Patty OBS/S AME 4:26 PM:**

wow! Let them make some snowpeople. Julia is out sledding in the woods w/ friend. A winter baby, she loves the snow. 1st morning all year, she is up, made her bed and all smiles. How are you?

**SINGH Peter OBS/S EUR 4:27 PM:**

Nice.  I'm good, counting the days to when I can get a vaccine.  Sort of focused on work, sort of not.

I'm rolling off 3M.

Transition to the Justin, who I hired in Minneapolis.

3M now a NAM account.  And new CBU Director Ann Lim taking over.

so, until I get assigned, you can have me fully for KPMG ;-)

**HARAN Patty OBS/S AME 4:33 PM:**

wow, interesting on the changes. What do you think you will get assigned next?

I will be in your area I think- my mom is seeing a DR at 167th Street area and I am driving her in a few weeks. where are you?

**SINGH Peter OBS/S EUR 4:35 PM:**

Excellent... can we meet?  Sounds like you're visiting NY Presbyterian.

I'm at 116 close to 5th ave.

But can meet you near 167 also.

**HARAN Patty OBS/S AME 4:37 PM:**

I think so, I don't know if they will let me go in with my mom. most appt's now unless with a minor are just for the patient. so I may have a little time

would be nice. I need to get the name of DR and exact address. I just know its a eye specialist. Friday, 2/12 at 2PM

OBS_00922

**SINGH Peter OBS/S EUR 4:39 PM:**
That sounds good. Hopefully she'll have a good visit, and we can have a good catch up as well.

166-168 and Broadway is the NY P complex.

I know it well, both kids born there :)

**HARAN Patty OBS/S AME 4:42 PM:**
makes sense. I dont think my mom realizes its at NYP. She keeps saying the Dr.'s office.

**SINGH Peter OBS/S EUR 4:45 PM:**
As far as next challenge, dunno... maybe Goodyear or GSK

How is your year starting off?

**HARAN Patty OBS/S AME 4:50 PM:**
Nice to have a little break while it's figured out, right?

I finally closed Moody's renewal, so that helps a bit. But honestly things are intense as far as pressure for more business quickly. Not sure how safe I am

**SINGH Peter OBS/S EUR 4:55 PM:**
Yeah, I know about the heat. Congrats on Moody's!

**HARAN Patty OBS/S AME 4:58 PM:**
you feeling the heat too?

or just heard from me already about my heat?

**SINGH Peter OBS/S EUR 4:59 PM:**
Whenever I think about you, I start of heat up.... that's what you meant right?

:-)

**HARAN Patty OBS/S AME 5:00 PM:**
that was good

nice pivot

made me smile, which I can use right about now.

thanks

**SINGH Peter OBS/S EUR 5:02 PM:**
I think I'm OK, but if we don't sign GSK things can get a bit dicey for me.

I'm not too worried about it. If it happens change is good. And you shouldn't worry either.

**HARAN Patty OBS/S AME 5:05 PM:**
yes, it is good. We can go always go somewhere else- just might take a little longer right now.

**SINGH Peter OBS/S EUR 5:06 PM:**
I think once the economy opens up again, I think lots of people will look to start fresh in new jobs, maybe new geography, etc. There will be opportunities.

**HARAN Patty OBS/S AME 5:07 PM:**
yes for sure. 2022 will be a big year of job change. i was hoping to hang in here for a bit longer until things open up a bit more

**SINGH Peter OBS/S EUR 5:08 PM:**
Btw, I'm actively looking for a country cabin or cottage.

**HARAN Patty OBS/S AME 5:09 PM:**

really?

SINGH Peter OBS/S EUR 5:09 PM:
I went house viewing upstate recently to look at houses in the Rock Hill area.  Do you know it?

HARAN Patty OBS/S AME 5:09 PM:
i haven't heard of it. NY or CT?

SINGH Peter OBS/S EUR 5:10 PM:
NY, lower Catskills north of Middletown which is the big town in teh area.

Nice lake community

I found a place I really liked, but HOA and taxes were too high, so I passed.

I'm also looking in Poconos.

HARAN Patty OBS/S AME 5:14 PM:
we have stayed near candlewood Lake area in CT (New Fairfield, New Milford). There are a few lake communities there. Not too far from NY. Also Squantz Pond which is nicer than it sounds

if you want to be near a lake.... otherwise lots of other options

SINGH Peter OBS/S EUR 5:16 PM:
I'll take another look.  I haven't come across anything in CT though.  I'd like to stay in NY.  But the market is hot right now.  People leaving the city.

I'm trying to balance lake and mountains, which I like.  Lake community with some amenities is good for the kids.

In Rock Hill, there is a pool, tennis courts, basketball courts, playground, etc.

HARAN Patty OBS/S AME 5:20 PM:
yes same. Candlewood Shores, they all have tennis, bb. not sure on pool. that would be nice through. Lots of options to explore. Now is the time while your kids are young to enjoy

SINGH Peter OBS/S EUR 5:20 PM:
Yeah, before they don't want to be seen with me...lol

I'll check out CS.

HARAN Patty OBS/S AME 5:21 PM:
yep. we waited to o long. too worried about spending the $$. llake houses aren't investments for the most part. but nice to enjoy, you can use it in winter too.

SINGH Peter OBS/S EUR 5:23 PM:
Yeah, I don't think I'll make money as an investment, but this is what working hard is about, right?

HARAN Patty OBS/S AME 5:23 PM:
yes. and if its not too costly, it can stay in the family

SINGH Peter OBS/S EUR 5:23 PM:
To be able to add these things to enjoy life.

yep

Thinking long term as well.

HARAN Patty OBS/S AME 5:24 PM:
I hope you find the right spot. maybe rent for a summer 1st to make sure you like it

the area

SINGH Peter OBS/S EUR 5:25 PM:

Plus I had a banner year in my market investments, and think I should convert to a hard asset. So, good investment from this perspective.

HARAN Patty OBS/S AME 5:26 PM:
yes true. I did well too all things considered.

SINGH Peter OBS/S EUR 5:26 PM:
Yep, lets see. I started literally on Jan 2 thinking about this.

And thought, why not. Now's the time.

Something different in 2021.

HARAN Patty OBS/S AME 5:28 PM:
Good for you. I hope it works out. candlewood Isles is another spot. the real estate lady I spoke with last summer has me on her mailing list :-)

SINGH Peter OBS/S EUR 5:29 PM:
Let's both buy in the same spot... lol

I want dangerous liaisons...

HARAN Patty OBS/S AME 5:30 PM:
sounds like fun

SINGH Peter OBS/S EUR 5:30 PM:
A little distraction., excitment

I can day dream....

And reality will coming storming back soon when they return, so I'll go figure out the dinner menu now.

Wishing you a good evening! ciao ciao bela.

HARAN Patty OBS/S AME 5:32 PM:
yes you too. same here. TTYL