# EXHIBIT M

Message

| | |
|---|---|
| **From:** | HARAN Patty OBS/S AME [patty.haran@orange.com] |
| **Sent:** | 2/24/2021 12:19:55 PM |
| **To:** | PICHON Xavier DGC/IND IT [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KDSQ7320]; HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| **Subject:** | Conversation with PICHON Xavier DGC/IND IT |

**HARAN Patty OBS/S AME 11:59 AM:**
Hi Xavier

**PICHON Xavier DGC/IND IT 11:59 AM:**
Hi Patty

Was thinking about you

can we talk?

**HARAN Patty OBS/S AME 12:00 PM:**
i have some bad news

sure

**PICHON Xavier DGC/IND IT 12:00 PM:**
What about?

**HARAN Patty OBS/S AME 12:00 PM:**
i have been let go, effective today

**PICHON Xavier DGC/IND IT 12:01 PM:**
Are you kidding?

**HARAN Patty OBS/S AME 12:01 PM:**
no severance. they say they don't think my module has enough business to support my salary

i wish i was.

you will be hearing from my manager soon I suppose. my email will be cut off soon so you can whatsapp me

**PICHON Xavier DGC/IND IT 12:02 PM:**
I am so sad to read this Patty

I don't know what to say...

**HARAN Patty OBS/S AME 12:02 PM:**
me too. i just wanted you to know. this is the down side of life in america. they can let people go at any time with no warning

i can give you a debrief on what i was working on

**PICHON Xavier DGC/IND IT 12:04 PM:**
Yeah

**HARAN Patty OBS/S AME 12:04 PM:**
i will forward you a meeting i had lined up for Friday after my effort with Tom Gallagher

**PICHON Xavier DGC/IND IT 12:05 PM:**
unfortunately I have seen this many times at Dimension DAta

and my wife is working for a US company

she saw that many times with former colleagues which were US based.

They learnt by email after a conference call they were those selected to leave...

**HARAN Patty OBS/S AME 12:07 PM:**
i feel that due to my daughter's illness in Q4 that I should have taken family medical leave off but I didn't want to let the company down. I cannot believe they gave me no severance. And they didnt pay me my owed commission on capgemini for 2020.

i just forwarded you the invite for friday call with Tom Gallagher's direct report with agenda she would like to discuss

**PICHON Xavier DGC/IND IT 12:07 PM:**
NOted

can I call you in 10mns?