# EXHIBIT O

Message
_____

| | |
|---|---|
| From: | HARAN Patty OBS/S AME [patty.haran@orange.com] |
| Sent: | 10/8/2020 3:25:42 PM |
| To: | KIMMICK Adam OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ZRPK4373]; HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| Subject: | Conversation with KIMMICK Adam OBS/S AME |

HARAN Patty OBS/S AME 2:58 PM:

  Hi Adam

KIMMICK Adam OBS/S AME 2:59 PM:
  Hi Patty

HARAN Patty OBS/S AME 3:02 PM:
  Eddy had reached out asking me to participate in training 3 days next week.... i said I could but now looks like i iwll need to take a few days off for my daughter's situation

  should i let him know directly I won't be able to participate in full session so he can open the spot for someone else

  i think it was tuesday-thursday training

  tues, wed, thurs

KIMMICK Adam OBS/S AME 3:04 PM:
  OK.  I haven't told anyone (eddy) yet about your doughter

  so if you can't join, I can tell Eddy.  He'll certainly understand

  I can call him if you want

HARAN Patty OBS/S AME 3:06 PM:
  me either. he just needed to fill some training spots so he asked and at time i thought I could participate but today we found out she will need surgery and it will likely be on wed.

KIMMICK Adam OBS/S AME 3:06 PM:
  just take the time Patty

  I'll let Eddy know

  just called Eddy

HARAN Patty OBS/S AME 3:08 PM:
  yes. do you want to just select someone else to join? he has Paul renassia and Ken McDonald from your team for differentiated selling 10/13-1/15 9 AM-1 PM

KIMMICK Adam OBS/S AME 3:08 PM:
  no problem

HARAN Patty OBS/S AME 3:08 PM:
  ok thanks.

KIMMICK Adam OBS/S AME 3:08 PM:
  Eddy will find someone else

  take care of your daughter Patty.  Will think of you!

HARAN Patty OBS/S AME 3:12 PM:

OBS_00575

thanks. i will firm up when i will be out once I know. insurance has to approve etc. details but she will be in hospital for 3 days Wed-Fri is the plan

KIMMICK Adam OBS/S AME 3:12 PM:
understand.  Let me know i you need anything.  Eddy offered as well

HARAN Patty OBS/S AME 3:13 PM:
okay thanks. will do.