

# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's mobile: (917) 816-5121

**Application GRANTED.** The parties shall file the remaining briefs related to Defendant's motion for summary judgment in accordance with their proposed schedule.  No further extensions will be granted absent compelling circumstances.  So Ordered.

Dale E. Ho
United States District Judge
Dated: March 8, 2024
New York, New York

**VIA ECF**
Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re:   Patricia Haran v. Orange Business Services Inc.
(Case No.: 21-cv-10585) (VSB)

Dear Judge Ho:

    We represent Plaintiff in the above-entitled matter. Due to Plaintiff's counsel's engagement in other pressing matters, we write with the consent of Defendants to request the following amendments to the briefing schedule for Defendant's Motion for Summary Judgment:

Deadline for Plaintiff's opposition: moved from 3/12/24 to 3/26/24.

Deadline for Defendant's Reply: moved from 3/26/24 to 4/12/24.

    This is the second request for an extension of the summary judgment deadlines. The first request was granted. The parties are not currently scheduled to appear before the Court at this time. We thank the Court for its attention to this matter.

Respectfully submitted,

FISHER TAUBENFELD LLP

_____/s/_____
Liane Fisher, Esq.
Attorneys for Plaintiff