UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA HARAN,<br><br>                                        *Plaintiff,*<br><br>-against-<br><br>ORANGE BUSINESS SERVICES INC.,<br><br>                                        *Defendant.* | CASE NO.: 1:21-CV-10585-DEH-JW<br><br>**DECLARATION OF JUSTIN A. GUILFOYLE, ESQ. IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Justin A. Guilfoyle, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice in, among other courts, the courts of the State of New York and the United States District Court for the Southern District of New York. I also am an Associate at the law firm of Baker & Hostetler LLP, counsel for Defendant Orange Business Services U.S. Inc.[1] in this action. As such, I am fully familiar with the facts and circumstances set forth herein.

2. A true and accurate copy of Plaintiff's Microsoft Teams chats with her supervisor, Adam Kimmick, on August 21, 2020 is annexed hereto as Exhibit A and bears Bates number OBS_000544.

3. A true and accurate copy of emails between, *inter alia*, Plaintiff and her supervisor, Adam Kimmick, on November 30, 2020 is annexed hereto as Exhibit B and bears Bates numbers OBS_000671-OBS_000678.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2024
       New York, New York                                            / s /  *Justin A. Guilfoyle*
                                                                           Justin A. Guilfoyle, Esq.

---

[1] Plaintiff incorrectly sued "Orange Business Services Inc." At all relevant times, Orange Business Services U.S., Inc. was Plaintiff's employer.