# EXHIBIT A

| | |
|---|---|
| **Message** | |
| **From**: | HARAN Patty OBS/S AME [patty.haran@orange.com] |
| **Sent**: | 8/21/2020 2:22:31 PM |
| **To**: | KIMMICK Adam OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ZRPK4373]; HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| **Subject**: | Conversation with KIMMICK Adam OBS/S AME |

**HARAN Patty OBS/S AME 2:08 PM:**

Hi Adam- I'll be out on PTO all next week. On pfizer legal discussions, would you mind if I let Heather & Stephanie each know to communicate with you around updates on the MSA refresh and legal review? If not, I can ask Lou.

**KIMMICK Adam OBS/S AME 2:09 PM:**
Yes.  I will manage that while your out

**HARAN Patty OBS/S AME 2:09 PM:**
ok thanks

**KIMMICK Adam OBS/S AME 2:10 PM:**
enjoy PTO Patty

**HARAN Patty OBS/S AME 2:13 PM:**
Thanks, I will!