# EXHIBIT B

| | |
|---|---|
| **Message** | |
| From: | KIMMICK Adam OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ZRPK4373] |
| Sent: | 11/30/2020 11:36:28 AM |
| To: | HARAN Patty OBS/S AME [/O=EXC-CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LNSJ0690] |
| Subject: | RE: thanks and follow up |

Thanks Patty. I'm free on the 10th between 4 and 5pm.

Before we get on with Bill, I'd like to have a conversation with Urs and his manager about the account. Since we don't have a contract here, and it does not seem like we are progressing toward one, we need to decide how we approach Pfizer. For example, if we pull all the current business, including the EMEA voice services into one AME contact point, and the result of this is that we are asked to update the contract terms or renegotiate the deal, then this is a bad outcome for Orange.

It may be inevitable. But I'm cautious not to force a decision that will result in a lost client.

Thanks,
Adam


Business Services

**Adam Kimmick**
Head of Sales - NY and Midwest US
Orange Business Services

Phone: +1(917)373-3577
adam.kimmick@orange.com

10 East 40th Street
New York, NY 10016
www.orange-business.com

---

**From:** HARAN Patty OBS/S AME
**Sent:** November 30, 2020 11:28 AM
**To:** KIMMICK Adam OBS/S AME
**Subject:** FW: thanks and follow up

Hi Adam,

For our call with Bill Barnes.
Your calendar looks open on 12/10 from 4-5PM so I can request that time slot for our call.
Also, Bill had already sent us an email requesting single team support globally for Pfizer, attached. Do you think this is sufficient to take back to EMEA team on global teaming changes for 2021?

Thanks



**Patty Haran**
Sr. Acct Manager
Orange Business Services
Phone: +1 5167020769
patty.haran@orange.com
10 E 40th Street
New York, NY 10016
www.orange-business.com



---

**From:** Belmonte, Lisa A [mailto:Lisa.Belmonte@pfizer.com]
**Sent:** November 30, 2020 11:08 AM
**To:** HARAN Patty OBS/S AME
**Subject:** FW: thanks and follow up

Bill's availability:
12/7, 10-11 or 1-2
12/10, 11-12 or 4-5
12/11, 10-11, 1-3

Thank you.

**Lisa Belmonte**
Executive Assistant to Brian Cincera
SVP & Chief Information Security Officer
Pfizer Digital
**Office**: 484.865.0024



---

**From:** Barnes, William A <William.A.Barnes@pfizer.com>
**Sent:** Sunday, November 29, 2020 5:39 PM
**To:** patty.haran@orange.com; Belmonte, Lisa A <Lisa.Belmonte@pfizer.com>
**Subject:** RE: thanks and follow up

Patty,

Calendars are tough this week. Please reach out to Lisa Belmonte to schedule 30 minutes. I have no additional items to include in the agenda.

Bill

**From:** patty.haran@orange.com <patty.haran@orange.com>
**Sent:** Friday, November 20, 2020 2:28 PM
**To:** Barnes, William A <William.A.Barnes@pfizer.com>
**Subject:** [EXTERNAL] RE: thanks and follow up

Hi Bill,

I hope all is well.
I wanted to follow up from our last meeting and request a follow up session the week of November 30th along with my sales director, Adam Kimmick.
Here's a draft of discussion topics I have in mind plus whatever else you'd like to cover:

1. Request for Orange to support Pfizer globally with account team support led out of USA – written request
2. Refresh of USA MSA currently expired and/or go forward plan with EMEA agreement
3. Exclusion of PII privacy amendment and impacts
4. Pfizer voice migration to cloud & roadmap 2021
5. Riverbed monitoring unwind. Proposal for 2021 maintenance renewals on Steelhead, Steel Central and ARS-remote monitoring

Please let me know if you are open to this discussion and I can work with your admin for scheduling.
Thank you!



**Patty Haran**
Sr. Acct Manager
Orange Business Services
Phone: +1 5167020769
patty.haran@orange.com
10 E 40th Street
New York, NY 10016
www.orange-business.com



**From:** Barnes, William A [mailto:William.A.Barnes@pfizer.com]
**Sent:** October 19, 2020 1:44 PM
**To:** HARAN Patty OBS/S AME
**Subject:** RE: thanks and follow up

Thx Patty.  Bill

**From:** patty.haran@orange.com <patty.haran@orange.com>
**Sent:** Sunday, October 18, 2020 5:15 PM
**To:** Barnes, William A <William.A.Barnes@pfizer.com>
**Subject:** [EXTERNAL] RE: thanks and follow up

Hi Bill,

Confidential   OBS_00673

Please give me some time to work on this issue. I will be out on Monday and possibly Tuesday on PTO due to a medical issue with my daughter and Adam, my manager is also out on PTO next week. But working on it so will follow up shortly.

Thanks



**Patty Haran**
Sr. Acct Manager
Orange Business Services
Phone: +1 5167020769
patty.haran@orange.com
10 E 40th Street
New York, NY 10016
www.orange-business.com



---

**From:** Barnes, William A [mailto:William.A.Barnes@pfizer.com]
**Sent:** October 17, 2020 8:39 AM
**To:** HARAN Patty OBS/S AME; Belmonte, Lisa A
**Cc:** MONROE Matthew OBS/S AME
**Subject:** RE: thanks and follow up

Patty,

Before scheduling the discussion, I would like to confirm Orange is prepared to consolidate all Pfizer-related activity with a single account manager. If so, please reach out to Lisa to schedule 30 minutes during the second week in November.

Regards,
Bill

---

**From:** patty.haran@orange.com <patty.haran@orange.com>
**Sent:** Friday, October 9, 2020 4:36 PM
**To:** Barnes, William A <William.A.Barnes@pfizer.com>; Belmonte, Lisa A <Lisa.Belmonte@pfizer.com>
**Cc:** MONROE Matthew OBS/S AME <matthew.monroe@orange.com>
**Subject:** [EXTERNAL] thanks and follow up

Hi Bill,

Thanks for the time earlier this week. As discussed I looked into the Riverbed EAM monitoring service and it expires effective December 31st 2020. Pfizer has already paid Orange in advance for this service.
I'd like to schedule a follow up call with you to discuss Pfizer's needs surrounding hosted, managed voice solutions. I will add Matt Monroe, specialist in voice and UCC services to speak with you about what we can offer globally and understand your specific requirements more. Please let me know when you can be available in October and we can schedule an open dialogue session.

Thank you,



**Patty Haran**
Sr. Acct Manager
Orange Business Services
Phone: +1 5167020769
patty.haran@orange.com
10 E 40th Street
New York, NY 10016
www.orange-business.com



---

**From:** Barnes, William A [mailto:William.A.Barnes@pfizer.com]
**Sent:** October 1, 2020 11:14 AM
**To:** HARAN Patty OBS/S AME; Belmonte, Lisa A
**Subject:** RE: Save the date for the Hello Show by Orange Silicon Valley - October 27th to 29th 2020

Lisa,

Can you please help find 30 minutes on my calendar to speak with Patty Haran from Orange?

Regards,
Bill

---

**From:** patty.haran@orange.com <patty.haran@orange.com>
**Sent:** Wednesday, September 23, 2020 3:12 PM
**To:** Barnes, William A <William.A.Barnes@pfizer.com>
**Subject:** [EXTERNAL] Save the date for the Hello Show by Orange Silicon Valley - October 27th to 29th 2020

Hi Bill,

Hope you can join and also please share with your teams. Also, I'd like to connect with you on the priorities for YE2020 and 2021. I will send an invite out if you can let me know your availability.



## Save the date

**We are excited to invite you to the very first Hello Show by Orange Silicon Valley, which will take place from October 27th to 29th, 2020.**

The **Hello Show by Orange Silicon Valley** brings together top executives, innovation partners, leaders, venture capitalists, and entrepreneurs for three days of technology and exploration. We will explore technology and business trends as well as investment and partnership opportunities with breakthrough local startups from the Silicon Valley, New York, and other US tech hubs.

Throughout this summit, inspiring leaders, startup founders, and investors will come together to discuss how disruptive technologies are shaping the future of business in a responsible digital world.

The agenda includes:

Day One – The "Big Ideas" and technology themes shaping the economy

Day Two – An overview of Orange's innovation and "Deep Dives" on eight industry verticals

Day Three – Sessions on "Digital Transformation," the Future of Work, and Robotics

This year the summit will be held online.

Please be sure to save these dates and register here: **link**

Orange Silicon Valley

Orange Business Services

Thanks,



**Patty Haran**
Sr. Acct Manager
Orange Business Services
Phone: +1 5167020769
patty.haran@orange.com
10 E 40th Street
New York, NY 10016
www.orange-business.com



---

Ce message et ses pieces jointes peuvent contenir des informations confidentielles ou privilegiees et ne doivent donc
pas etre diffuses, exploites ou copies sans autorisation. Si vous avez recu ce message par erreur, veuillez le signaler
a l'expediteur et le detruire ainsi que les pieces jointes. Les messages electroniques etant susceptibles d'alteration,
Orange decline toute responsabilite si ce message a ete altere, deforme ou falsifie. Merci.

This message and its attachments may contain confidential or privileged information that may be protected by law;
they should not be distributed, used or copied without authorisation.
If you have received this email in error, please notify the sender and delete this message and its attachments.
As emails may be altered, Orange is not liable for messages that have been modified, changed or falsified.
Thank you.

---

Ce message et ses pieces jointes peuvent contenir des informations confidentielles ou privilegiees et ne doivent donc
pas etre diffuses, exploites ou copies sans autorisation. Si vous avez recu ce message par erreur, veuillez le signaler
a l'expediteur et le detruire ainsi que les pieces jointes. Les messages electroniques etant susceptibles d'alteration,
Orange decline toute responsabilite si ce message a ete altere, deforme ou falsifie. Merci.

This message and its attachments may contain confidential or privileged information that may be protected by law;
they should not be distributed, used or copied without authorisation.
If you have received this email in error, please notify the sender and delete this message and its attachments.
As emails may be altered, Orange is not liable for messages that have been modified, changed or falsified.
Thank you.

Confidential   OBS_00677

Ce message et ses pieces jointes peuvent contenir des informations confidentielles ou privilegiees et ne doivent donc
pas etre diffuses, exploites ou copies sans autorisation. Si vous avez recu ce message par erreur, veuillez le signaler
a l'expediteur et le detruire ainsi que les pieces jointes. Les messages electroniques etant susceptibles d'alteration,
Orange decline toute responsabilite si ce message a ete altere, deforme ou falsifie.
Merci.

This message and its attachments may contain confidential or privileged information that may be protected by law;
they should not be distributed, used or copied without authorisation.
If you have received this email in error, please notify the sender and delete this message and its attachments.
As emails may be altered, Orange is not liable for messages that have been modified, changed or falsified.
Thank you.

_____

Ce message et ses pieces jointes peuvent contenir des informations confidentielles ou privilegiees et ne doivent donc
pas etre diffuses, exploites ou copies sans autorisation. Si vous avez recu ce message par erreur, veuillez le signaler
a l'expediteur et le detruire ainsi que les pieces jointes. Les messages electroniques etant susceptibles d'alteration,
Orange decline toute responsabilite si ce message a ete altere, deforme ou falsifie.
Merci.

This message and its attachments may contain confidential or privileged information that may be protected by law;
they should not be distributed, used or copied without authorisation.
If you have received this email in error, please notify the sender and delete this message and its attachments.
As emails may be altered, Orange is not liable for messages that have been modified, changed or falsified.
Thank you.