UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Haran,<br><br>                Plaintiff,<br><br>      v.<br><br>Orange Business Services Inc.,<br><br>                Defendant. | 21-CV-10585 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

      The Court's Opinion and Order adjudicating Defendant's motion for summary judgment, ECF No. 65, resolved all pending matters in this case.  *See* ECF No. 80.  Therefore, it is hereby ORDERED that this case be closed.  The Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                                DALE E. HO
                                   United States District Judge